# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Blizzard Entertainment, Inc., and
Valve Corporation, _____
                    Plaintiff(s),

                    v.

Lilith Games (Shanghai) Co. Ltd.,
uCool, Inc., and uCool Ltd., _____
                    Defendant(s).
_____ /

CASE NO. 3:15-cv-04084-CRB _____

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR *(please identify process and provider)* Chosen process to be _____

private mediation. _____

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order
referring the case to an ADR process unless otherwise ordered. )*

☒ other requested deadline  The parties will confer and agree on a date. _____

Dated: 11-17-15 _____          /s/ Marc E. Mayer _____
                                          Attorney for Plaintiff
                                          Marc E. Mayer
Dated: 11-17-15 _____          /s/ Evette D. Pennypacker _____
                                          Attorney for Defendant
                                          Evette D. Pennypacker

CONTINUE TO FOLLOWING PAGE

**[PROPOSED]** **ORDER**

☒ The parties' stipulation is adopted and IT IS SO ORDERED.

☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: _____November 18th__, 2015

_____

UNITED STATES  DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11