1
2
3
4
5
6
7
8
9
10
11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

| | |
|---|---|
| Blizzard Entertainment, Inc., and Valve Corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>Lilith Games (Shanghai) Co. Ltd., uCool, Inc., and uCool Ltd.,<br><br>            Defendants. | CASE NO. 3:15-cv-04084-CRB<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATION REGARDING INITIAL CASE MANAGEMENT CONFERENCE DATE** |

Defendant uCool, Inc. and Plaintiffs Blizzard Entertainment, Inc. and Valve Corporation have stipulated to continue the initial case management conference in this matter until January 15, 2016.

The requested continuance is GRANTED. The initial case management conference in this matter is now set for January 15, 2016.

IT IS SO ORDERED.

DATED: __December 7_____, 2015

_____
Honorable Charles R. Breyer
UNITED STATES DISTRICT COURT JUDGE