# EXHIBIT A

**EXHIBIT A**

**Exemplars Of Infringing Visual Depictions of Heroes**

| **Plaintiffs' Works** | **Defendants' Works** |
|---|---|
| "Chen Stormstout," as depicted in World of Warcraft | "Drunken Master" as depicted in Heroes Charge (Hero Card and sprite) |
| Details of the above image | Detail from above Heroes Charge sprite |



**"Chen Stormstout," as depicted in Warcraft III**

 

**"Pandor" from Dot Arena
(Sprite and Hero Card)**



**"Chen Stormstout" as depicted in Heroes of the Storm**

 

**Tauren Characters from World of Warcraft**



**Tauren from Warcraft III**



**World of Warcraft Concept Art Published on Blizzard Website**





**Buster from Dot Arena (Sprite and Hero Card)**

3



 

**"Muradin Bronzebeard" from Heroes of the Storm**

**Lightning Master from Heroes Charge (Sprite and Hero Card)**



4



**Male Naga from World of Warcraft**



**Male Naga from Warcraft III**





**"Savage One" from Heroes Charge
(Hero card and Sprite)**



**"Illidan Stormrage" from Heroes of the Storm**



**"Illidan Stormrage" from Warcraft III**





**"Blake" from Dot Arena
(Sprite and Hero Card)**

6





**"Illidan Stormrage" from World of Warcraft**





**"Dante" from Dot Arena (Sprite and Hero Card)**

7



**"Baron Rivendare the Death Knight" from World of Warcraft**

 

**"Lig the Deathknight" from Heroes Charge
(Sprite and Hero Card)**

8




**"Heigan the Unclean" from World of Warcraft**



**"Heigan the Unclean" from Hearthstone**




**"Rashek the Soul Hunter" from Heroes Charge (Sprite and Hero Card)**






**Naga Character from World of Warcraft**

**Naga Character from Heroes Charge (Sprite and Hero Card)**



**Troll Characters from World of Warcraft**






**Shadow Shaman from Heroes Charge**





**"Durotan" from World of Warcraft**



**Character Sprite from Heroes Charge**



**World of Warcraft concept artwork published on Blizzard's Website**



**Blood Elf Silvermoon Guard from World of Warcraft**



**Hero Card from Dot Arena**

13

 

**Silencer from Heroes Charge**
**(Sprite and Hero Card)**







**"Malfurion Stormrage" from Heroes of the Storm and World of Warcraft**

**Character artwork from Dot Arena**

15



**"Goblin Tinkerer" from Warcraft III**



**"Gazlowe" from Heroes of the Storm**





**Machinist from Heroes Charge
(Sprite and Hero Card)**



"Axe" from Dota 2



"Brute" from Heroes Charge
(Hero Card and Sprite)



"Brutus" from Dot Arena

17