# EXHIBIT B

**EXHIBIT B**

**Exemplar Comparisons of Hero Roles and Skills between DotA/Dota 2, Heroes Charge, and Dot Arena/Dota Legends**

| DotA / Dota 2 Hero | Heroes Charge Hero | Lilith Game Hero |
|---|---|---|
|   **"Aiushtha the Enchantress" as featured in DotA and Dota 2** Aiushtha the Enchantress is a half-deer-half-woman ranged hero who uses a javelin to attack her opponents. Her in-game skills include the abilities to (1) charm her enemies, reducing their effectiveness in combat; (2) take control of enemy units, forcing them to fight for her team; (3) heal her teammates using nature magic; and (4) empower her javelin to deliver an especially strong ranged attack. |  **"Rynn the Chaplain" from Heroes Charge** Rynn the Chaplain is a half-deer-half-woman "backline" (ranged) hero who uses a javelin to attack her opponents. Her in-game skills include the abilities to (1) charm her enemies, reducing their effectiveness in combat; (2) take control of enemy units, forcing them to fight for her team; (3) heal her teammates using nature magic; and (4) empower her javelin to deliver an especially strong ranged attack. |  **"Eva" from Dot Arena** Eva is a half-deer-half-woman "long ranged" hero who uses a javelin to attack her opponents. Her in-game skills include the abilities to (1) charm her enemies, reducing their effectiveness in combat; (2) take control of enemy units, forcing them to fight for her team; (3) heal her teammates using nature magic; and (4) empower her javelin to deliver an especially strong ranged attack. |

|   |  |  |
|---|---|---|
| **"Luna the Moon Rider" as featured in DotA and Dota 2**<br><br>Luna the Moonrider is a female ranged hero who rides a dark, armored, sabre-toothed cat and who attacks by throwing a glaive weapon that hits multiple enemies at once and by controlling the power of the moon.<br><br>Her in-game skills include the abilities to (1) call down a beam of lunar energy, causing damage to the enemy; (2) empower her glaive to jump from one enemy to another (with the damage dealt decreasing per jump), thereby striking multiple opponents per attack; (3) passively increase the attack damage of her and her allies; and (4) call down barrage of lunar energy attacks, striking random nearby enemies and causing damage. | **"Loreth the Lunar Guardian" from Heroes Charge**<br><br>Loreth the Lunar Guardian is a female "middle" ranged hero who rides a dark, armored, sabre-toothed cat and who attacks by throwing a glaive weapon that hits multiple enemies at once and by controlling the power of the moon.<br><br>Her in-game skills include the abilities to (1) call down a beam of lunar energy, causing damage to the enemy; (2) empower her glaive to "bounce" from one enemy to another (with the damage dealt decreasing per "bounce"), thereby striking multiple opponents per attack; (3) passively increase the attack damage of her and her allies; and (4) call down barrage of lunar energy attacks, striking random nearby enemies and causing damage. | **"Lumina" from Dot Arena**<br><br>Lumina is a female "mid-range" hero who rides a dark, armored, sabre-toothed cat and who attacks by throwing a glaive weapon that hits multiple enemies at once by "call[ing] down moonbeams to fry her enemies."<br><br>Her in-game skills include the abilities to (1) call down a beam of moonlight, causing damage to the enemy; (2) empower her glaive to jump from one enemy to another (with the damage dealt decreasing per jump), thereby striking multiple opponents per attack; (3) passively increase the attack damage of her and her allies; and (4) call down barrage of "lunar light" beams, striking random nearby enemies and causing damage. |

| | | |
|---|---|---|
|   |  |  |
| **"Aurel the Gyrocopter" as featured in DotA and Dota 2**<br><br>Aurel the Gyrocopter is a gnome-like male ranged hero who flies a small, boxy aircraft outfitted with propellors and disproportiontely large guns and missles.<br><br>His in-game skills include the abilities to (1) fire a long-range missle which causes damage and stuns its target for a period of time; (2) launch an explosive barrage which deals damage to all enemies within the attacks' radius; (3) fire his machine guns, dealing damage to all enemies within range of the attack; and (4) fire high-potency missles which cause damage to their targets and slow the targets' movement speed. | **"Rexus the Pilot" from Heroes Charge**<br><br>Rexus the Pilot is a gnome-like male "back line" (ranged) hero who flies a small, boxy aircraft outfitted with propellors and disproportiontely large guns and missles.<br><br>His in-game skills include the abilities to (1) fire a long-range missle which causes damage and stuns its target for a period of time; (2) launch an explosive barrage which deals damage to all enemies within the attacks' radius; (3) fire his machine guns, dealing damage to all enemies within range of the attack; and (4) fire high-potency missles which cause damage to their targets and increases Rexus's armor penetration. | **"Gyzmo" from Dot Arena**<br><br>Gyzmo is a gnome-like male "long range" hero who flies a small, boxy aircraft outfitted with propellors and disproportiontely large missles.<br><br>His in-game skills include the abilities to (1) fire a long-range missle which causes damage and stuns its target for a period of time; (2) launch an explosive barrage which deals damage to all enemies within the attacks' radius; (3) fire his machine guns, dealing damage to all enemies within range of the attack; and (4) fire high-potency missles which cause damage to their targets and increases Gyzmo's armor penetration. |

| | | |
|---|---|---|
|   |  |  |
| **"Barathrum the Spirit Breaker" as featured in DotA and Dota 2**<br><br>Barathrum the Spirit Breaker is a bull-like humanoid melee hero, with large horns and a ring through his septum, who wields a fiery magical lantern, which he uses as a weapon. Barathrum charges towards his enemies and uses his ability to travel through space and time to teleport to enemies and engage them head on.<br><br>His in-game skills include the abilities to: (1) charge directly to a far-away enemy, causing a stunning "bash" attack to any enemy he passes through on the way, and stunning the target and causing damage when he reaches his destination; (2) unleash a "bash" attack (titled "greater bash"), which causes damage and stuns the target; and (3) phase through space to appear next to a target enemy, delivering "bash" attacks upon reappearing and dealing bonus damage. | **"Barret the Vanguard Warrior" from Heroes Charge**<br><br>Barret the Vanguard Warrior is a bull-like humanoid melee hero, with large horns and a ring through his septum, who wields a fiery magical lantern. Barret charges towards his enemies and uses his ability to travel through space and time to teleport to enemies and engage them head on.<br><br>His in-game skills include the abilities to: (1) charge directly to a far-away enemy, causing a stunning "bash" attack to any enemy he passes through on the way, and stunning the target and causing damage when he reaches his destination; (2) unleash a "bash" attack (titled "heavier bash"), which causes damage and stuns the target; and (3) phase through space to appear next to a target enemy, delivering "bash" attacks upon reappearing and dealing bonus damage. | **"Brody" from Dot Arena**<br><br>Brody is a bull-like humanoid melee hero, with large horns and a ring through his septum, who wields a fiery magical lantern. Brody charges towards his enemies and uses his ability to travel through space and time to teleport to enemies and engage them head on.<br><br>His in-game skills include the abilities to: (1) charge directly to a far-away enemy, causing a stunning "bash" attack to any enemy he passes through on the way, and stunning the target and causing damage when he reaches his destination; (2) unleash a "bash" attack (titled "mighty bash"), which causes damage and stuns the target; and (3) phase through space to appear next to a target enemy, delivering "bash" attacks upon reappearing and dealing bonus damage. |

| | | |
|---|---|---|
|  <br><br>**"Xin the Ember Spirit" as featured in DotA and Dota 2**<br><br>Xin the Ember Spirit is a melee (close range) hero (depicted as a Pandaren in DotA, and a fiery humanoid in Dota 2) who wields two swords, one in each hand, and controls the power of flame to attack his enemies.<br><br>His in-game skills include the abilities to: (1) unleash fiery chains which anchor his opponents in place and deal damage over time; (2) dash around the battlefield, becoming temporarily invincible and dealing damage to enemies within the radius of his attack; (3) surround himself in a shield of fire, resisting damage and causing damage to nearby enemies; and (4) summon up to 3 "fire remnants" (*i.e.* flaming images of himself) which are placed on the battlefield and can be made to explode, causing damage to nearby enemies, and teleporting Xin to the remnant's location. | <br><br>**"Xun the Ember Blade" from Heroes Charge**<br><br>Sun the Ember Blade is a panda-esque humanoid melee (close range) hero who wields two swords, one in each hand, and controls the power of flame to attack his enemies.<br><br>His in-game skills include the abilities to: (1) unleash fiery chains which anchor his opponents in place and deal damage over time; (2) dash around the battlefield, becoming temporarily invincible and dealing damage to enemies within the radius of his attack; (3) surround himself in a shield of fire, resisting damage and causing damage to nearby enemies; and (4) summon up to 3 "fire remnants" (*i.e.* flaming images of himself) which are placed on the battlefield and can be made to explode, causing damage to nearby enemies, and teleporting Xun to the remnant's location. | <br><br>**"Pyro" from Dot Arena**<br><br>Pyro is a panda-esque humanoid melee (close range) hero who wields two swords, one in each hand, and controls the power of flame to attack his enemies.<br><br>His in-game skills include the abilities to: (1) unleash fiery chains which anchor his opponents in place and deal damage over time; (2) dash around the battlefield, becoming temporarily invincible and dealing damage to enemies within the radius of his attack; (3) surround himself in a shield of fire, resisting damage and causing damage to nearby enemies; and (4) summon up to 3 "fire totems" which are placed on the battlefield and can be made to explode, causing damage to nearby enemies, and teleporting Pyro to the remnant's location. |

| | | |
|---|---|---|
|    **"Akasha the Queen of Pain" as depicted in DotA and Dota 2**  Akasha the Queen of Pain is a winged female demon, with short, curved horns, who functions as a ranged hero. She wears thigh-high boots and wields a single dagger. In combat, Akasha attacks by throwing her dagger from a distance, and by unleashing powerful scream attacks.  Her in-game skills include the abilities to (1) hurl a poisoned dagger which deals damage over time to the target; (2) teleport from one location to another, avoiding damage; (3) unleash a potent shout attack which damages enemies in front of her; and (4) unleash a heavy scream attack which damages all enemies in its wake. |   **"Tala the Succubus" from Heroes Charge.**  Tala the Succubus is a winged female demon, with short, curved horns, who functions as a "middle" (ranged) hero. She wears thigh-high boots and wields a single dagger. In combat, Tala attacks by throwing her dagger from a distance, and by unleashing powerful scream attacks.  Her in-game skills include the abilities to (1) hurl a poisoned dagger which deals damage over time to the target; (2) teleport from one location to another, avoiding damage; (3) unleash a potent shout attack which damages enemies in front of her; and (4) unleash a heavy scream attack which damages all enemies in its wake. |   **"Lilith" from Dot Arena**  Lilith is a winged female demon, with short, curved horns, who functions as a "mid range" hero. She wears thigh-high boots and wields a single dagger. In combat, Lilith attacks by throwing her dagger from a distance, and by unleashing powerful scream attacks.  Her in-game skills include the abilities to (1) hurl a poisoned dagger which deals damage over time to the target; (2) teleport from one location to another, avoiding damage; (3) unleash a potent shout attack which damages enemies in front of her; and (4) unleash a heavy scream attack which damages all enemies in its wake. |

|   |  |  |
|---|---|---|
| **"Demnok Lannik the Warlock" as depicted in DotA and Dota 2**<br><br>Demnok Lannik the Warlock is an warlock (orcish in DotA and human in Dota 2) who wears dark robes and commands dark magic.  In DotA he is depicted as carrying a staff that is adorned with a horned animal skull, and wearing on his back a large fetish made of bone with human skulls held aloft by long sticks.<br><br>His in-game skills include the abilities to: (1) call upon a giant golem to fight for him, which stuns nearby enemies upon being summoned; (2) direct his summoned golem to attack the enemy with its flaming fists and fire magic; and (3) cast a dark spell which either heals the target (if the target is an ally) or causes damage (if the target is an enemy). | **"Tannok T'uk'ran the Disease Bringer" from Heroes Charge**<br><br>Tannok T'uk'ran the Disease Bringer is an orcish warlock who wears dark robes and commands dark magic.  He carries a staff that is adorned with a horned animal skull, and wears on his back a large fetish made of bone.  He is depicted on his Hero Card as wearing a fetish with a human skull held aloft by long sticks.[1]<br><br>His in-game skills include the abilities to: (1) call upon a giant golem to fight for him, which stuns nearby enemies upon being summoned; (2) direct his summoned golem to attack the enemy with its flaming fists and fire magic; and (3) cast a dark spell which either heals the target (if the target is | **"Lokz" from Dot Arena**<br><br>Lokz is an orcish warlock who wears dark robes and commands dark magic.  He carries a staff that is adorned with a horned animal skull, and wears on his back a large fetish made of bone with human skulls held aloft by long sticks.<br><br>His in-game skills include the abilities to: (1) call upon a giant golem to fight for him, which stuns nearby enemies upon being summoned; (2) direct his summoned golem to attack the enemy with its flaming fists and fire magic; and (3) cast a dark spell which either heals the target (if the target is an ally) or causes damage (if the target is an enemy). |

---

[1] Plaintiffs are informed and believe that previous versions of Heroes Charge depicted this Hero's sprite as wearing armor similar or identical to the one worn by its corresponding Dot Arena hero.

| | an ally) or causes damage (if the target is an enemy). | |
|---|---|---|
|  <br><br>**"Leviathan the Tidehunter" as depicted in DotA and Dota 2**<br><br>Leviathan the Tidehunter is a hulking green melee hero whose appearance is evocative of a giant moray eel. In DotA he was depicted with a long beard, and as wearing a shark on his head. In Dota 2, he can equiped with an octopus hat. He carries an anchor which he uses as a weapon.<br><br>His in-game skills include the abilities to (1) call upon the power of the sea, launching his enemies into the air and stunning them; (2) spray the enemy with water, reducing their armor for a period of time; (3) swing his ship anchor, dealing damage to the enemy; and (4) harden his skill, causing him to resist damage. | <br><br>**"Moray the Shallows Keeper" from Heroes Charge**<br><br>Moray the Shallows Keeper is a hulking green "frontline" hero whose appearance is evocative of a giant moray eel. He uses an anchor as a weapon, and wears an octopus for a hat.<br><br>His in-game skills include the abilities to (1) call upon the power of the sea, launching his enemies into the air and stunning them; (2) spray the enemy with water, reducing their armor for a period of time; (3) swing his ship anchor, dealing damage to the enemy; and (4) harden his skill, causing him to resist damage. | <br><br>**"Gills" from Dot Arena**<br><br>Gills is a hulking green "close range" hero whose appearance is evocative of a giant moray eel. He carries an anchor which he uses as a weapon, and wears an shark for a hat.<br><br>His in-game skills include the abilities to (1) call upon the power of the sea, stunning them; (2) spray the enemy with water, reducing their armor for a period of time; (3) swing his ship anchor, dealing damage to the enemy; and (4) harden his skill, causing him to resist damage. |

|  |  |  |
|---|---|---|
| **"Pugna" as depicted in DotA and Dota 2**<br><br>Pugna is ranged hero, who is depicted as a diminutive skeletal mage who wears wears a cloak with a large collar that entends ove his head. His skull and ribs are visible, and his skull glows with green flame. He carries a wand in one hand, adorned with a bright magical stone.<br><br>His in-game skills include the abilities to: (1) siphon the enemy target's health, restoring his own health dramatically; (2) banish an ememy unit, rendering it unable to attack or be attacked physically, and causing the afflicted unit to take amplified magic damage; (3) cause an explosion of magical energy, dealing damage in a certain radius; and (4) place a magic ward which reduces the opponents magic regeneration in the area and attacks nearby enemy spellcasters. | **"Salar" from Heroes Charge**<br><br>Salar is a "middle line mage" (ranged) hero, who is depicted as a diminutive skeletal mage who wears wears a cloak with a large collar that entends ove his head. His skull and ribs are visible, and his skull glows with green flame. He carries a wand in one hand, adorned with a bright magical stone.<br><br>His in-game skills include the abilities to: (1) siphon the enemy target's health, restoring his own health dramatically; (2) banish an ememy unit, rendering it unable to attack or be attacked physically, and causing the afflicted unit to take amplified magic damage; (3) cause an explosion of magical energy, dealing damage in a certain radius; and (4) place a magic sigil which increases his teammates magic resistance. | **"Marven" from Dot Arena.**<br><br>Marven is a "mid range" hero, who is depicted as a diminutive skeletal mage who wears wears a cloak with a large collar that entends ove his head. His skull and ribs are visible, and his skull glows with green flame. He carries a wand in one hand, adorned with a bright magical stone<br><br>His in-game skills include the abilities to: (1) siphon the enemy target's health, restoring his own health dramatically; (2) banish an ememy unit, rendering it unable to attack or be attacked physically, and causing the afflicted unit to take amplified magic damage; (3) cause an explosion of magical energy, dealing damage in a certain radius; and (4) cast a spell which increases his teammates magic resistance. |

| | | |
|---|---|---|
|   |  |  |
| **"Slithice the Naga Siren" as depicted in DotA and Dota 2**<br><br>Slithice the Naga Siren is a melee hero who is depicted as an aquatic half-snake-half woman whith a large, distinctive crest on her head. She specializes in dealing damage and disabling the enemy.<br><br>Her in-game skills include the abilities to: (1) create mirror images of herself which can attack and divert enemy attacks; (2) ensnare an enemy in a net, immobilizing them; (3) deal an area attack to all units within range; and (4) sing a magical song which incapacitates | **"Talenta the Depth's Voice" from Heroes Charge**<br><br>Talenta the Depth's Voice is a "front line" (melee) hero who is depicted as an aquatic half-snake-half woman whith a large, distinctive crest on her head. She specializes in dealing damage and disabling the enemy.<br><br>Her in-game skills include the abilities to: (1) create a mirror image of herself which can attack and divert enemy attacks; (2) ensnare an enemy in a net, immobilizing them; (3) deal an area attack to all units within range; and (4) sing a magical song which incapacitates | **"Marina" from Dot Arena**<br><br>Marina is a "close range" (melee) hero who is depicted as an aquatic half-snake-half woman whith a large, distinctive crest on her head. She specializes in dealing damage and disabling the enemy.<br><br>Her in-game skills include the abilities to: (1) create mirror images of herself which can attack and divert enemy attacks; (2) ensnare an enemy in a net, immobilizing them; (3) deal an area attack to all units within range; and (4) sing a magical song which incapacitates |

| | | |
|---|---|---|
|   **"Mirana" as depicted in DotA and Dota 2**<br><br>Mirana is an elf-like female ranged hero (depicted as a Night Elf in DotA) who rides a white saber-toothed-tiger-like cat. Mirana uses a bow and arrow to attack her foes from a distance, and calls upon the power of the moon and stars to unleash damaging magical attacks.<br><br>Her in-game skills include the abilities to: (1) call down a meteor shower to damage nearby enemies; (2) fire a magically imbued arrow which causes damage and stuns its target; (3) leap to safety, in the process empowering her teammates with bonus attack and movement speed; and (4) call upon the power of the moon, turning her allies invisible temporarily. |  **"Commando" from Heroes Charge**<br><br>Commando is an elf-like female "Back line" (ranged) hero who rides a white saber-toothed-tiger-like cat. Commando uses a bow and arrow to attack her foes from a distance, and calls upon the power of the moon and stars to unleash damaging magical attacks.<br><br>Her in-game skills include the abilities to: (1) call down a meteor shower to damage nearby enemies; (2) fire a magically imbued arrow which causes damage and stuns its target; (3) empower her teammates with bonus attack and movement speed; and (4) call upon the power of the moon, increasing the agility of her teammates. |  **"White Tiger" from Dota Legends**<br><br>White Tiger is an elf-like female ranged hero who rides a white saber-toothed-tiger-like cat. White Tiger uses a bow and arrow to attack her foes from a distance, and calls upon the power of the moon and stars to unleash damaging magical attacks.<br><br>Her in-game skills include the abilities to: (1) call down a meteor shower to damage nearby enemies; (2) fire a magically imbued arrow which causes damage and stuns its target; (3) leap to safety, in the process empowering her teammates with bonus attack and movement speed; and (4) call upon the power of the moon, hiding her teammates and improving their agility. |