# EXHIBIT C

**EXHIBIT C**
**Exemplars of Locations and Landmarks**

| | |
|---|---|
| <br>**Warcraft III**<br>**"Moonwell"** | <br>**Heroes Charge**<br>**Location Icon** |
| <br>**World of Warcraft**<br>**"The Dark Portal" to "Outland"** | <br>**Heroes Charge**<br>**"Outland Portal" Icon** |
| <br>**World of Warcraft**<br>**"Silvermoon"** | <br>**Heroes Charge**<br>**Location Icon** |

Case 3:15-cv-04084-CRB   Document 36-3   Filed 01/08/16   Page 3 of 3

| | |
|---|---|
| **World of Warcraft "Thunder Bluff"** | **Heroes Charge Location Icon** |
| **World of Warcraft "Naxxramas"** | **Heroes Charge Location Icon** |

2

7286101.2

*EX C - PG 58*