# EXHIBIT D

**EXHIBIT D**
**Exemplars of Copied Icon Artwork**

| "Warcraft III," "WoW" and "DotA" | "Dota Legends" / "Dot Arena" | "Heroes Charge" |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



2



7324472.1                                                                                                                                                          *EX D - PG 61*



7324472.1