UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Blizzard Entertainment, Inc., and Valve Corporation,<br><br>             Plaintiffs,<br><br>     v.<br><br>Lilith Games (Shanghai) Co. Ltd., uCool, Inc., and uCool Ltd.,<br><br>             Defendants. | CASE NO. 3:15-cv-04084-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UCOOL, INC.'S MOTION TO DISMISS** |

1  Defendant uCool, Inc. has moved to dismiss Plaintiffs Blizzard Entertainment, Inc. and
2  Valve Corporation's copyright claims with respect to the works DotA, DOTA 2, Diablo III, and
3  Starcraft II. Having considered Defendant uCool, Inc.'s motion and all supporting papers, the
4  responses and replies thereto, and all other arguments of the parties, and good cause having been
5  shown, the Court hereby orders as follows:
6     1. Defendant uCool Inc.'s Motion to Dismiss is hereby GRANTED
7     2. All claims relating to DotA, DOTA 2, Diablo III, and Starcraft II are hereby DISMISSED
8        WITH PREJUDICE.

11     IT IS SO ORDERED.

13  DATED: _____, 2016

16  _____
    Honorable Charles R. Breyer
17  UNITED STATES DISTRICT COURT JUDGE