

LIBRARY OF CONGRESS

# Copyright Office of the United States
WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached additional certificate is a claim of copyright for a work entitled **DOTA2** registered under number **TXu 1-823-638.** This work has been registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY ALSO,** that the attached flash drive is a true copy of the work entitled **DOTA2** deposited in the Copyright Office with claim of copyright registered under **TXu 1-823-638.**

**THIS IS TO CERTIFY FURTHER,** that deposit submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on December 29, 2015.

Maria A. Pallante
Register of Copyrights

By: Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

TXu 1-823-638

**Effective date of registration:**

August 29, 2012

## Title
- **Title of Work:** DOTA2

## Completion/Publication
- **Year of Completion:** 2012

## Author
- **Author:** Valve Corporation
- **Author Created:** text, editing, computer program, artwork, Soundrecording
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States
- **Anonymous:** Yes

## Copyright claimant
- **Copyright Claimant:** Valve Corporation
  109000 NE 4th Street, Suite 500, Bellevue, WA, 98004, United States
- **Transfer Statement:** By written agreement

## Limitation of copyright claim
- **Material excluded from this claim:** DOTA
- **New material included in claim:** text, editing, computer program, artwork, Soundrecording

## Rights and Permissions
- **Organization Name:** K&L Gates LLP
- **Name:** Phi Lan Tinsley
- **Email:** philan@klgates.com
- **Telephone:** 617-261-3100
- **Address:** State Street Financial Center
  One Lincoln Street
  Boston, MA 02111 United States

## Certification

Page 1 of 2

VALVE003526

**Name:** Phi Lan Tinsley
**Date:** August 21, 2012
**Applicant's Tracking Number:** DOTA2 Expedited Application

---

**Correspondence:** Yes

VALVE003527



DOTA2
TXu 1-823-638

VALVE003528