

TheWarCenter                                               Help    Search    Members    Calendar

Welcome Guest ( Log In | Register )                                           Resend Validation Email

→ TheWarCenter Forums -> Warcraft III -> Defense of the Ancients

Pages: (8) **[1]** 2 3 ... Last » ( Go to first unread post )          Closed Topic    NEW TOPIC   NEW POLL

→ Farewell

                                              Track this topic | Email this topic | Print this topic

**Eul**                    **Posted:** Sep 23 2004, 02:36 AM                                QUOTE

DOTA Creator               As some of you have probably figured out, I really don't have the time for this map anymore. I tried
                           to make time to work on it, but I just can't anymore.

Group: Members             To be completely honest, I planned from the start to release 4.0 as Second Anniversary Edition in late
Posts: 1101 [1.9 a day]    November, but now that school has started and I'm working again, I haven't found a way to complete
Member No.: 146            the map, so the work suffered. Also, I somehow didn't make the connection that HALO 2 is released
Joined: 28-April 03        before the Anniversary.. and I'm sorry, but I've been waiting years for HALO 2, so I know it will be
                           impossible for me to work on the map once its released.

                           I wish I could give you a last map that's playable, but I can't. Instead, from this point forward DOTA is
                           now open source. Whoever wishes to release a version of DOTA may without my consent, I just ask
                           for a nod in the credits to your map.

                           I can't say its always been fun, but sometimes it has. You probably won't be seeing me much
                           anymore guys, but I might come back now and then if you make a HALO 2 board.. see you on AIM
                           and Xbox Live.

                           PM  E-MAIL

**OMG_NOOB**                **Posted:** Sep 23 2004, 02:37 AM                               QUOTE

Defias Bandit              :(
                           gl hf further on B)

Group: Members             and ty for giving me some great years, with a great map :P
Posts: 62 [0.1 a day]      had some great fun with it :-)
Member No.: 4049           i got way to addicted though ;)
Joined: 29-June 03

                           This post has been edited by **OMG_NOOB** on Sep 23 2004, 02:41 AM

                           PM  E-MAIL    Users Website

**peartree**                **Posted:** Sep 23 2004, 02:37 AM                               QUOTE

Unregistered               thanks for the time you put in

**Legend_Killer**

Greenie Meanie
TWC Moder

Group: TWC Moders
Posts: 4131 [5.7 a day]
Member No.: 2
Joined: 14-December 02

**Posted:** Sep 23 2004, 02:38 AM

> **QUOTE** (Eul @ Sep 23 2004, 02:36 AM)
> see you on AIM and **Xbox Live.**

So you're the guy that uses it.

Users Website   ICQ   AIM   MSN

---

**puffindapenguin**

The Penguin

Group: Members
Posts: 6823 [14.8 a day]
Member No.: 6545
Joined: 10-September 03

**Posted:** Sep 23 2004, 02:38 AM

GLHF eul... thanks for creating DOTA :)

So... does this mean we're allowed to post unnoficial versions now?

Users Website   Integrity Messenger IM   ICQ   AIM   Yahoo   MSN

---

**daveo the great**

Scarlet Monk

Group: Members
Posts: 1494 [4.3 a day]
Member No.: 8641
Joined: 27-December 03

**Posted:** Sep 23 2004, 02:39 AM

but but but but.... where go my dota?

---

**Bouncew3**

Blackrock Hunter

Group: Members
Posts: 160 [0.9 a day]
Member No.: 13332
Joined: 15-June 04

**Posted:** Sep 23 2004, 02:39 AM

=[...bye

everyone get ready for the noob allstaysion invasion to take over all of dota, and eventually the world

Now im all sad :(

This post has been edited by **Bouncew3** on Sep 23 2004, 02:43 AM

---

**Trogdor-**

Cursed Darkhound

Group: Members
Posts: 997 [2.3 a day]
Member No.: 6862

**Posted:** Sep 23 2004, 02:39 AM

It was good while it lasted. Though now you basically give permission to an endless amount of people to go and host their modded versions of dota that they secretly rig for themselves. One last request would be to appoint an editor who knows what they will be doing so we can have some official versions that tournaments will go by.



**Publicious**

Forsaken Assassin

Group: Members
Posts: 1554 [3.6 a day]
Member No.: 7100
Joined: 13-October 03

**Posted:** Sep 23 2004, 02:41 AM

Hmmm...

Well, thank you for posting so we can figure out what to do now.

MSN

---

**Throdo**

Cursed Darkhound

Group: Members
Posts: 878 [3.9 a day]
Member No.: 11270
Joined: 4-May 04

**Posted:** Sep 23 2004, 02:42 AM

Eul > all. Thnx for the best dota map ever man!

much <3

Yahoo

---

**guimontag**

Venture Co. Taskmaster

Group: Members
Posts: 274 [1.3 a day]
Member No.: 11746
Joined: 14-May 04

**Posted:** Sep 23 2004, 02:42 AM

THANKS EUL WE LOVE

---

**Bouncew3**

Blackrock Hunter

Group: Members
Posts: 160 [0.9 a day]
Member No.: 13332
Joined: 15-June 04

**Posted:** Sep 23 2004, 02:42 AM

**QUOTE** (Trogdor- @ Sep 23 2004, 02:39 AM)
> It was good while it lasted. Though now you basically give permission to an endless amount of people to go and host their modded versions of dota that they secretly rig for themselves. One last request would be to appoint an editor who knows what they will be doing so we can have some official versions that tournaments will go by.

trogdor know all..rawr

---

**Zorlins_Shadow**

Defias Bandit

Group: Members
Posts: 31 [0.2 a day]
Member No.: 13678
Joined: 25-June 04

**Posted:** Sep 23 2004, 02:43 AM

Good luck in all that you do Eul. And also, if you did such a great job on DOTA, why dont you think of making a career out of making games? We can already see you have the talent, and the will for balanced, fun play. Just a hint, hope you find it useful.



**pa_dunkadunk**

Rockjaw Trogg

Group: Members
Posts: 7 [0.1 a day]
Member No.: 15339
Joined: 21-September 04

Posted: Sep 23 2004, 02:43 AM

QUOTE (Trogdor- @ Sep 23 2004, 02:39 AM)
> It was good while it lasted. Though now you basically give permission to an endless amount of people to go and host their modded versions of dota that they secretly rig for themselves. One last request would be to appoint an editor who knows what they will be doing so we can have some official versions that tournaments will go by.

I would just like to say that I agree with Trogdor-. It will get out of hand. And at the same time I agree with you that dota will take a second place seat to HALO 2. Look for you on the XBOX Live!

---

**Kopek**

Rockjaw Trogg

Group: Members
Posts: 8 [0 a day]
Member No.: 13612
Joined: 23-June 04

Posted: Sep 23 2004, 02:45 AM

Thanks for the map, and not blocking me when I messaged you on AIM. I knew you weren't giving the community the finger...that's just dumb. Peace.

---

0 User(s) are reading this topic (0 Guests and 0 Anonymous Users)

0 Members:

« Next Oldest | **Defense of the Ancients** | Next Newest »

Pages: (8) **[1]** 2 3 ... Last »    Closed Topic

Powered by Invision Power Board(U) v1.2 © 2003 IPS, Inc.