



99999-00628/7662959.1