# Exhibit 14 Part 1

Farseer Jetbike Con... Case: 1:10-cv-08103 Document #: 213-12 Filed: 08/14/12 Page 2 of 19 PageID #:6241 1/10/12 10:43 PM

# Exhibit

# 40.



Shopping Cart | Checkout

Search [Search]

## PRODUCTS

**Eldar Compatible Bits**
- 28mm Figures
- Jetbike Conversion Kits

Knight Praetorian TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:
[                    ]

Password:
[                    ]

Forgotten Password

Login

OR

Create an Account

**Sign up for the ChapterHouse Newsletter!**

### Farseer Jetbike Conversion Kit

Product Code: Farseer Jetbike Conversion Kit

Reward Points: 0

Availability: 14

**Price: $16.00**

Qty: [1]

Add to Cart

★★★★★ 4 reviews | Write a review

Share

**Description** | Reviews (4)

This is a sculpted 12 piece resin conversion kit that when combined with the Games Workshop Eldar Jetbike kit can  form the model shown.  It is meant to aid players in converting a regular Jetbike kit into a farseer on jetbike model.

Each conversion kit comes with 2 weapon choices (spear and sword), 1 left arm, 2 upper torso choice (male or female), 1 lower torso,1  head, 1 control panel, 2 shield generators and 2 bike accessories.

Games Workshop Jetbike kit not included and for scale and demonstrative purposes only.

**Tags:** Farseer Jetbike Conversion Kit.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept  PayPal

About us    Contact    Forum    Gallery    Commisions    Careers    Newsletter    Shipping Policy

2011 ChapterHouse Studios®

---



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

Search | Search

### PRODUCTS

**Eldar Compatible Bits**

- 28mm Figures
- Jetbike Conversion Kits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

## Warlock Jetbike Conversion Kit



Product Code: Warlock Jetbike Conversion Kit
Reward Points: 0
Availability: 23

**Price: $14.50**

Qty: | 1 |
Add to Cart

★★★★★ 1 reviews | Write a review

Share

**Description**    Reviews (1)

This is a sculpted 11 piece resin conversion kit that when combined with the Games Workshop Eldar Jetbike kit can form the model shown. It is meant to aid players in converting a regular Jetbike into a warlock on jetbike model.

Each conversion kit comes with 2 weapon choices (spear and sword), 1 left arm, 1upper torso, 1 lower torso, 1 head, 1 control panel, 2 shield generators and 2 bike accessories.

Games Workshop Jetbike kit not included and for scale and demonstrative purposes only.

Warlock Jetbike Conversion

...10/12 10:44 PM

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood
Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel
Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device,
'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World,
Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo,
Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri,
Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo,
Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space
Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet
Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device,
Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia,
characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world,
and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the
UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their
respective owners.

We accept    PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy

2011 ChapterHouse Studios®

# Exhibit

# 41.

Highly Confidential – Filed Under Seal

# Exhibit

# 42.

# Exhibit

# 43.

Highly Confidential – Filed Under Seal

Highly Confidential – Filed Under Seal

# Exhibit

# 44.

# Exhibit

# 45.

Highly Confidential - Filed Under Seal

Highly Confidential - Filed Under Seal

# Exhibit

# 46.

# Exhibit

# 47.

Highly Confidential – Filed Under Seal

Highly Confidential – Filed Under Seal

Case: 1:10-cv-08103 Document #: 213-12 Filed: 08/14/12 Page 13 of 19 PageID #:6252

# Exhibit

# 48.

Case: 1:10-cv-08103 Document #: 213-12 Filed: 08/14/12 Page 14 of 19 PageID #:6253

## THE WAR COUNCIL

The Great Crusade was a mammoth operation involving millions of troops and thousands of ships. Imperial armies fought campaigns across the broad sweep of the galaxy. Tens of thousands of human worlds needed to be saved.

The Imperial military of this time comprised the entire force of Space Marine Legions, hundreds of auxiliary regiments drawn from the freshly reconquered worlds, gigantic war machines supplied by the Mechanicum and their Forge Worlds, foremost amongst these the mighty Titans of the Collegia Titanica, and a host of other smaller organisations and armed formations. The most significant of the smaller formations were the Custodian Guard, the Emperor's Bodyguard.

All of these were supported by a bewildering array of battleships, dropships and troop transports variously commanded by the Space Marine Legions, the Mechanicum and the other Imperial Commanders and leaders.

To manage the execution of the Great Crusade the Emperor convened the War Council. This effectively became the ruling body of the Imperium during the Great Crusade and through it the Emperor's law was brought to hundreds of thousands of human worlds.

The Emperor sat at the head of Council; at his right hand was Malcador. Each of the Primarchs had a seat on the Council, as did the chief custodian. When the Emperor made his alliance with Mars the fabricator-general of the Mechanicum was offered a seat. Supporting the Council was a team of astropaths who provided communication between the members since it became increasingly impractical for the group to physically assemble given the size of the growing Imperium and the inherent difficulties of travel through the warp.



### MALCADOR THE SIGILLITE

During the conquest of Earth the Emperor gathered about him trusted lieutenants and gave to them tasks and duties befitting men of status. Most of these servants were drawn from the ranks of his bodyguard and Space Marine Legions.

Malcador was an exception. He was not a warrior but a man of learning with the bearing of a priest. From the early years of the Battle of Unification he was ever-present at the Emperor's side. His origins were unknown to all save perhaps the Emperor. He wore the hooded robes of a simple Terran administrator.

Malcador was appointed to run the Emperor's Palace and through it he managed the administration of newly conquered Terra. As the Crusade progressed Malcador's power and influence grew as he became overseer of the Imperial Tithe and chief of the Imperial Administration.

Blessed with unnaturally long life there were many rumours about the true nature of this enigmatic figure. Some say he was a psyker, the first to have undergone the soul-binding ritual. Other rumours say that he was distantly related to the Emperor.





THE HORUS HERESY | 15

GW0001893





THE HORUS HERESY | 139



THE HORUS HERESY | 152

GW0002017

GW0002030

# Exhibit

# 49.



GW0001726



GW0001727

# Exhibit

# 86.



GW0001503

Case: 1:10-cv-08103 Document #: 213-18 Filed: 08/14/12 Page 3 of 10 PageID #:6347

# Exhibit

# 87.

Case: 1:10-cv-08103 Document #: 213-18 Filed: 08/14/12 Page 4 of 10 PageID #:6348



Highly Confidential - AEO

GW0008925

# Exhibit

# 88.

Over the centuries, the Alpha Legion have used this method of warfare to pull Imperial forces to neighbouring sectors, before attacking in force, their warships and ruthless soldiers pouring out of the Eye of Terror to assail a now-unprotected world.

It was agents of the Alpha Legion who led to the eventual destruction of the Emperor's Swords Chapter midway through the 40th Millennium. For more than a dozen generations, agents of the Alpha Legion infiltrated the hive slums of Ghorstangrad, the Emperor's Swords' home world. Through subtle manipulation of the most dominant sects and gangs, the Alpha Legion began to take control of the disordered urban nightmare from which the Emperor's Swords recruited, seeding potential future Space Marines with all manner of deviant philosophies and subconscious triggers. Certain images and phrases used in clandestine rituals on the very young inculcated following generations to react in predetermined ways. Over many decades, though many of these brainwashed youths were rejected by the Librarians and Chaplains, some were recruited by the Emperor's Swords – a lurking threat unknown even to the recruits.

Almost three centuries after they had first put their plan into motion, the Alpha Legion broke out of the Eye of Terror and attacked Ghorstangrad. When the Emperor's Swords met them in combat, the Alpha Legion

unleashed all manner of hypnotic and disorienting psychic attacks, releasing the nascent personalities hidden deep within the minds of the unknowing infiltrators. Dazed and distressed, these few deranged Space Marines turned on their battle brethren, and within hours the Chapter disintegrated into a morass of battling factions, some of which joined forces directly with the Alpha Legion and others who simply fought on for their own survival. The Emperor's Swords were destroyed, Ghorstangrad was razed, and the gene-seed of the Chapter was stolen. Many of the Chapter's Space Marines have gone on to become infamous reavers in their own right, either leading warbands of their own or in the colours of the Alpha Legion.

The Emperor's Swords were not the first Chapter split by the corruption of Chaos, and certainly will not be the last. Battle brother against battle brother, Company against Company, the Dark Gods of Chaos can bring division and death even to Chapters that few would ever doubt. Sometimes the Chapter never recovers, sometimes the loyalists triumph, hunting down and destroying their wayward battle brethren, and on occasion the renegades escape justice and flee the wrath of their former comrades. It is a great stain upon the honour of a Chapter for its warriors to turn renegade and it will be scrutinised heavily for centuries after such events, as agents of the Adeptus Terra and Inquisition seek to root out any lingering malfeasance.



LORDS OF DECAY
Cross-ref: Space Hulk Monolith of Woe, currently pursued in the Mextieth sector

NIGHT LORDS
Ref: Teutonia Extremis
Notes: Rapid attack, guerilla hit-and-run assaults

ORACLES OF CHANGE
Notes: Led by Sorceror Amadeus Velkenia (formerly Epistolary Vaneus)

PUNISHERS
Origins: Unknown
Location: Unknown

THE SANCTIFIED
Cross-ref: Word Bearers
Location: Siege of Tamilian Hive, Hancock's Landing

THE REBORN
Notes: Corroded amour; antiquated weaponry
1st sighting: 793.M40 (query?)

THE PURGE
Participation in Verbalies genocides, responsible for 14,000,000,000+ deaths

SKULLTAKERS
Ref: Formerly Berserkers of Khardon; contact lost 153.M34–184.M39

CHAOS SPACE MARINES     21

GW0000803

# Exhibit

# 89.



# Exhibit

# 90.

