# Exhibit 14 Part 2

# Exhibit

# 111.

Customer Service   1-800-394-4263   Welcome!   Sign In   Why Register?





FREE SHIPPING ON ALL ORDERS OVER $50
OFFER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Find a Gift List   Warhammer 40,000 Guide

Product Search

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

Space Marine Sternguard Veteran with Combi Weapon

## Space Marine Sternguard Veteran with Combi Weapon

Tweet    Like  1



 

### Have you got?



$13.25

**Space Marine Sternguard Veteran with Boltgun 2**



$45.00          add to cart

**Space Marine Sternguard Veteran Squad**

### Related Articles

- Space Marine: Heroes of the Adeptus Astartes

**Space Marine Sternguard Veteran with Combi Weapon**

Sternguard veterans deploy wherever the battleline is most vulnerable, facing down the most impossible odds with icy calm and precise bursts of bolter fire. They are the very image of what every Space Marine aspires to become, and the pinnacle of any Chapter's fighting force.

This blister contains one metal Space Marine Sternguard Veteran with a Combi Weapon, and includes both a combi-plasma gun and a combi-meltagun. Model supplied with a 25mm round base.

**Availability:** No Longer Available
**Part Code:** 99060101412

**Price:  $13.25**
Quantity:  1

**With this box set you can make the following:**

**Sternguard Veteran Squad**

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|

Space Marine Sternguard Veteran with Combi-Weapon | Games Workshop    2/10/12 11:01 PM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Space Marine Sergeant | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 3+ |
| Veteran | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 3+ |

**Unit Composition:** 1 Space Marine Sergeant; 4-9 Veterans

**Unit Type:** Infantry

**War Gear:** Power armour; Boltgun; Bolt pistol; Special issue ammunition; Frag and krak grenades

**Transport:** May select a Drop Pod, Rhino or a Razorback.

Carry Our Products    Real Estate    Privacy Policy    Legal    About Us    Black Library    Forge World    Investor Relations    Careers    Site Map    Contact Us

Country Select

Copyright    © Games Workshop Limited 2000-2012    © New Line Productions Inc    © The Saul Zaentz Company d/b/a Middle-earth Enterprises    All rights reserved to their respective owners.

# Exhibit

# 112.



# Exhibit

# 114.



# Exhibit

# 115.

Highly Confidential – Filed Under Seal

# Exhibit

# 116.



Space Wolves Wolf Guard Terminators - Pics - Space Wolves - Warhammer 40,000 - Games Workshop     8/14/12 2:35 AM




Customer Service  1-800-394-4263  Welcome! | Sign In | Why Register?

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Find a Gift List   Warhammer 40,000 Guide

Product Search

# Exhibit

# 117

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod260002a        Page 1 of 3

Warhammer 40,000  Warhammer 40,000 Armies  Space Wolves  Elites
Space Wolves Wolf Guard Terminators

# Space Wolves Wolf Guard Terminators

Tweet  Like 135  ADD TO CART

### Have you got?



$74.25  add to cart
**Space Marine Land Raider**



$49.50  add to cart
**Canis Wolfborn**



   

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Grey Knights
Imperial Guard
Necrons
Orks
Sisters of Battle
Space Marines
Space Wolves
Getting Started
Army Essentials
HQ
Elites
Troops
Dedicated Transports
Fast Attack
Heavy Support
Bitz
Novels
Space Wolves Articles
Tau Empire
Tyranids
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Books
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

**Space Wolves Wolf Guard Terminators**

The Wolf Guard are the hand-picked battle-brothers that fight alongside each Great Company's Wolf Lord. Each has earned his place through some heroic feat of arms. Wolf Guard Terminators are a brotherhood of hulking, nigh-invulnerable champions, each eager to dispense his own particular brand of death.

This box set contains five multi-part plastic Space Wolves Wolf Guard Terminators. This 100-piece set includes: five different leg variations, five torso variants and 13 different shoulder guard variants, and 13 heads. Also included are: four sets of wolf claws, an assault cannon, four thunder hammers and storm shields, a heavy flamer, five storm bolters, three power fists, two chainfists, a frost axe, and a power sword. Models supplied with 40mm round bases.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99120101079

**Price: $50.00**
Quantity: 1

ADD TO CART
ADD TO GIFT LIST
Bookmark & Share

### Related Articles
- Exclusive Battle Mission; Space Wolves
- Space Wolves - Golden Demon Showcase
- Space Wolves - Sample Armies
- Imperial Guard & Bitz, & basing materials
- Getting Started with Space Wolves
- Saga Of The Great Wolf

**With this box set you can make the following:**

| Wolf Guard Terminator Pack | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Wolf Guard Terminator | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 2+ |

**Unit Composition:** 3-10 Wolf Guard
**War Gear:** Terminator armour, Storm bolter, Power weapon

Carry Our Products  Real Estate  Privacy Policy  Legal  About Us  Black Library  Forge World  Investor Relations  Careers  Site Map  Contact Us
Copyright © Games Workshop Limited 2000-2012 © New Line Productions Inc © The Saul Zaentz Company d/b/a Middle-earth Enterprises  All rights reserved to their respective owners.

Case: 1:10-cv-08103 Document #: 213-21 Filed: 08/14/12 Page 17 of 20 PageID #:6416

# Exhibit

# 118.

Case: 1:10-cv-08103 Document #: 213-21 Filed: 08/14/12 Page 18 of 20 PageID #:6417



# Exhibit

# 119

# Exhibit

# 120

Highly Confidential – Filed Under Seal

Highly Confidential – Filed Under Seal