| "King Leoric" from Diablo III and Heroes of the Storm | "War Chief" from Heroes Charge |
|---|---|
|  | |

99999-00628/7664218.1