| "Terran Marine" from Starcraft II | "Rifleman" from Heroes Charge |
|---|---|
|  |  |