| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Claude M. Stern (Bar No. 96737)<br>   claudestern@quinnemanuel.com<br>Evette D. Pennypacker (Bar No. 203515)<br>   evettepennypacker@quinnemanuel.com<br>Michael F. LaFond (Bar No. 303131)<br>   michaellafond@quinnemanuel.com<br>555 Twin Dolphin Dr., 5th Fl.<br>Redwood Shores, California 94065<br>Telephone:   (650) 801-5000<br>Facsimile:   (650) 801-5100<br><br>Derek J. Tang (Bar No. 296230)<br>   derektang@quinnemanuel.com<br>50 California St., 22nd Fl.<br>San Francisco, California 94111<br>Telephone:   (415) 875-6600<br>Facsimile:   (415) 875-6700<br><br>Attorneys for uCool, Inc. | KARIN G. PAGNANELLI (SBN 174763),<br>   kgp@msk.com<br>MARC E. MAYER (SBN 190969),<br>   mem@msk.com<br>DANIEL A. KOHLER (SBN 285501),<br>   dxk@msk.com<br>MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard<br>Los Angeles, CA 90064-1683<br>Telephone:   (310) 312-2000<br>Facsimile:   (310) 312-3100<br><br>Attorneys for Plaintiffs Blizzard Entertainment, Inc. and Valve Corporation |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Blizzard Entertainment, Inc., and Valve Corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>Lilith Games (Shanghai) Co. Ltd., uCool, Inc., and uCool Ltd.,<br><br>        Defendants. | CASE NO. 3:15-cv-04084-CRB<br><br>The Honorable Charles R. Breyer<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFFS' TIME TO RESPOND TO UCOOL'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**Discovery Cutoff:**   None Set<br>**Pretrial Conference:**   None Set<br>**Trial Date:**   None Set |

1  Defendant uCool, Inc. ("uCool") and Plaintiffs Blizzard Entertainment, Inc. and Valve
2  Corporation (collectively "Plaintiffs"), by and through their respective attorneys, hereby submit
3  the following Joint Stipulation, as follows:
4  WHEREAS, Plaintiffs filed a First Amended Complaint on January 8, 2016;
5  WHEREAS, the Parties previously conferred and agreed to extend Defendant uCool's time
6  respond to the First Amended Complaint to February 8, 2016 (Dkt. 39-40);
7  WHEREAS, Defendant uCool filed a Motion To Dismiss the First Amended Complaint on
8  February 8, 2016 (Dkt. 44);
9  WHEREAS, the Parties have conferred and agreed to extend Plaintiffs' time to oppose
10 uCool's Motion To Dismiss the First Amended Complaint, and uCool's time to file a reply in
11 support of said Motion To Dismiss;
12 WHEREAS, no other deadlines will be affected;
13 NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY
14 REQUEST that the deadline for Plaintiffs' opposition to uCool's Motion To Dismiss the First
15 Amended Complaint be extended until **March 1, 2016**, and the deadline for uCool's reply in
16 support of its Motion To Dismiss be extended until **March 14, 2016.**

17       Respectfully submitted,                  Respectfully submitted,

18
19
20 By:  */s/ Evette D. Pennypacker*          By:  */s/ Marc E. Mayer*
     Evette D. Pennypacker                       Marc E. Mayer
21   QUINN EMANUEL                                MITCHELL SILBERBERG & KNUPP
     URQUHART & SULLIVAN LLP                      LLP
22   Attorneys for Defendant                      Attorneys for Plaintiffs Blizzard
     uCool, Inc.                                  Entertainment, Inc. and Valve
                                                  Corporation
23 Dated:  February 22, 2016                 Dated:  February 22, 2016

24
25
26
27
28

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Marc E. Mayer.

By:   /s/ *Evette D. Pennypacker*

Dated: February 22, 2016

**ORDER**

Defendant uCool, Inc. and Plaintiffs Blizzard Entertainment, Inc. and Valve Corporation have stipulated to extend the deadline for Plaintiffs' opposition to uCool's Motion To Dismiss the First Amended Complaint until March 1, 2016, and the deadline for uCool's reply in support of its Motion To Dismiss until March 14, 2016.

The requested extension is GRANTED.   Plaintiffs' opposition to uCool's Motion To Dismiss the First Amended Complaint will be filed no later than March 1, 2016, and uCool's reply in support of its Motion To Dismiss will be filed no later than March 14, 2016.

IT IS SO ORDERED.

DATED:    February 22, 2016

---

Honorable Charles R. Breyer
UNITED STATES DISTRICT COURT JUDGE