KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
DANIEL A. KOHLER (SBN 285501), dxk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs Blizzard
Entertainment, Inc. and Valve Corporation

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Blizzard Entertainment, Inc., and Valve Corporation,<br><br>                Plaintiffs,<br><br>      v.<br><br>Lilith Games (Shanghai) Co. Ltd., uCool, Inc., and uCool Ltd.,<br><br>                Defendants. | CASE NO. 3:15-cv-04084-CRB<br><br>The Honorable Charles R. Breyer<br><br>**REQUEST FOR JUDICIAL NOTICE ISO OPPOSITION OF PLAINTIFFS BLIZZARD ENTERTAINMENT, INC. AND VALVE CORPORATION TO UCOOL, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**DATE:** April 8, 2016<br>**TIME:** 10:00 a.m.<br>**CTRM.:** 6, 17th Floor |

Mitchell
Silberberg &
Knupp LLP

7420193.1

CASE NO. 3:15-cv-04084-CRB
**REQUEST FOR JUDICIAL NOTICE**

Plaintiffs Blizzard Entertainment, Inc. and Valve Corporation ("Plaintiffs") respectfully file this Request, under Federal Rule of Evidence 201, seeking judicial notice of:

1. Copyright Registration Certificates for three versions of Defense of the Ancients ("DotA") (Beta2, v. 6.68, and v. 6.83) and the paper application form for DotA v. 6.83 (Exs. 2-5 to the Declaration of Marc E. Mayer).

2. Screenshots of the Copyright Office's electronic application form, Circular 14, and website, and a blank form TX application for registration issued by the Copyright Office (Exs. 6 - 9 to the Declaration of Marc E. Mayer).

3. The Declaration of Jacky Cheung in Support of uCool's Opposition to Lilith Games' Motion for a Preliminary Injunction filed in *Lilith Games (Shanghai) Co. Ltd. v. uCool, Inc. et al*, No. 3:15-cv-01267-SC (N.D. Cal. 2015) on July 17, 2015 (Ex. 10 to the Declaration of Marc E. Mayer).

Each of these documents is attached as an Exhibit to the Declaration of Marc E. Mayer, filed concurrently herewith.

**Exhibits 2- 5: DotA Copyright Registrations and Application.**  The Court may take judicial notice of the existence of copyright registrations, as well as filed copyright applications. *See, e.g. Disney Enterprises, Inc. v. Tran,* 2013 U.S. Dist. LEXIS 62548, *7, n. 4 (N.D. Cal. May 1, 2013) ("The Court takes judicial notes [*sic*]of the copyright registration certificates"); *see also Ricketts v. Haah,* 2013 U.S. Dist. LEXIS 90241, *5 (C.D. Cal. June 26, 2013); *Ajaxo, Inc. v. Bank of Am. Tech. & Operations, Inc.*, 2007 U.S. Dist. LEXIS 89969, *2 (E.D. Cal. Nov. 21, 2007) (judicial notice of document maintained by the Copyright Office).

**Exhibit 6: Screenshot of the Copyright Office's Online Application Form; Exhibit 7: Blank Form TX Paper Application Form; and Exhibits 8 and 9 – Screenshots of Copyright Office's Circular 14 and Webpage.**  The Court also may take judicial notice of the Copyright

1    Office's electronic and paper application forms, as well as screen captures of the Copyright

2    Office's webpage.  *See AtPac, Inc. v. Aptitude Solutions, Inc.*, 2010 U.S. Dist. LEXIS 42109 (E.D.

3    Cal. Apr. 28, 2010) (taking judicial notice of "a copy of the U.S. Copyright Office's web page"

4    because "the record is generated by an official government website such that its accuracy is not

5    reasonably in dispute."); *Ajaxo, Inc.* 2007 U.S. Dist. LEXIS 89969, at *2.

6

7        **Exhibit 10 - The Declaration Of Jacky Cheung.**  Courts may take judicial notice of

8    records publicly filed in related cases, such as court pleadings, filings, and opinions.  *See, e.g.*,

9    *Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002) (judicial notice of state court of appeal

10   opinion and briefs); *MGIC Indem. Corp. v. Weisman,* 803 F.2d 500, 504 (9th Cir. 1986) (a court

11   may take judicial notice of pleadings and other documents that are matters of public record).

12   Accordingly, Plaintiffs respectfully request that the Court take judicial notice of Exhibit 10 to the

13   declaration of Marc E. Mayer.

14

15   DATED:  March 1, 2016                   KARIN G. PAGNANELLI
                                             MARC E. MAYER
16                                           DANIEL A. KOHLER
                                             MITCHELL SILBERBERG & KNUPP LLP
17

18                                           By:__/s/ Marc E. Mayer_____
                                                 MARC E. MAYER
19                                               Attorneys for Plaintiffs Blizzard
                                                 Entertainment, Inc. and Valve Corporation
20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

7420193.1