KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
DANIEL A. KOHLER (SBN 285501), dxk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs Blizzard
Entertainment, Inc. and Valve Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Blizzard Entertainment, Inc., and Valve Corporation,<br><br>            Plaintiffs,<br><br>    v.<br><br>Lilith Games (Shanghai) Co. Ltd., uCool, Inc., and uCool Ltd.,<br><br>            Defendants. | CASE NO. 3:15-cv-04084-CRB<br><br>The Honorable Charles R. Breyer<br><br>**DECLARATION OF MARC E. MAYER IN SUPPORT OF OPPOSITION OF PLAINTIFFS BLIZZARD ENTERTAINMENT, INC. AND VALVE CORPORATION TO UCOOL, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**DATE:**    April 8, 2016<br>**TIME:**    10:00 a.m.<br>**CTRM.:**   6, 17th Floor |
|---|---|

Mitchell Silberberg & Knupp LLP

7420216.1

CASE NO. 3:15-cv-04084-CRB
**DECLARATION OF MARC E. MAYER**

I, Marc E. Mayer, declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California. I am, through my professional corporation, a partner at the law firm Mitchell Silberberg & Knupp LLP, counsel of record for Plaintiffs Blizzard Entertainment, Inc. and Valve Corporation (collectively, "Plaintiffs") in this action. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto under oath.

2. On January 15, 2016, the Court held an initial case management conference in this action. Following the case management conference, uCool's counsel advised me that uCool intended to file a motion on the grounds that Valve's copyright registration for Dota 2 did not permit it to maintain an action for any elements of Dota 2 that are also contained in DotA. On February 4, 2016, I wrote an email to uCool's counsel stating that while Plaintiffs did not believe that a separate registration for DotA was necessary, Plaintiffs would file such a registration in order to avoid the time and expense of filing and opposing a motion based on what was, at most, a curable defect. Attached hereto as **Exhibit 1** is a true and correct copy of my email.

3. On February 5, 2016, I caused to be filed with the United States Copyright Office two Applications for Copyright Registration, one for DotA version 6.83 (the most recent version) and one for DotA Beta 2 (the very first version released to the public). Attached hereto as **Exhibit 2** is a true and correct copy of the copyright registration for DotA version 6.83. Attached hereto as **Exhibit 3** is a true and correct copy of the copyright registration for DotA Beta 2. Also, attached hereto as **Exhibit 4** is a true and correct copy of the copyright application for DotA version 6.83, which was a paper filing. Notably, the registration was issued on the electronic form, even though the application was filed using the paper form.

4. On February 12, 2016, I caused to be filed an Application for Copyright Registration for DotA 6.68, released in 2010. Attached hereto as **Exhibit 5** is a true and correct copy of the copyright registration for DotA 6.68.

5.      Attached hereto as **Exhibit 6** is a true and correct copy of a screen capture from the Copyright Office electronic registration form, reflecting the screen presented to a user to input the name of preexisting works.  The language presented in this form cannot be modified in any manner.

6.      Attached hereto as **Exhibit 7** is a true and correct copy of the paper form TX, which I obtained from the Copyright Office website.

7.      Attached hereto as **Exhibit 8** is a true and correct copy of Copyright Office Circular 14, which I obtained from http://copyright.gov/circs/circ14.pdf on February 22, 2016.

8.      Attached hereto as **Exhibit 9** is a true and correct copy of a web page from the United States Copyright Office Website titled "Help: Limitation of Claim," which I caused to be captured from the URL http://www.copyright.gov/eco/help-limitation.html.

9.      Attached hereto as **Exhibit 10** is a true and correct copy of the Declaration of Jacky Cheung, filed *by uCool* in the action *Lilith Games (Shanghai) Co., Ltd. v. uCool, Inc.*, Case No. 3:15-cv-01267, on July 17, 2015, apparently drafted by uCool's counsel.  I obtained this document from the Court's ECF system.  Paragraph 14 of the Declaration appears to contain two screen captures of Heroes Charge: one from August 2014 and one from July 2015.

10.     Attached hereto as **Exhibit 11** are true and correct copies of pages from the "Heroes Charge Wiki" concerning the characters "War Chief" and "Rifleman."  These pages are available at the URLs http://heroes-charge.wikia.com/wiki/War_Chief and http://heroes-charge.wikia.com/wiki/Rifleman.  The pages display an image of the Hero Card for "War Chief" that is different from the one attached to Mr. LaFond's declaration (Ex. 18).  This page also notes:

> ***Garl is based on King Leoric, known as The Skeleton King, from the Diablo franchise (more specifically from Diablo III).***  In the original release of Heroes Charge, his old appearance looked similar to The Skeleton King from the first Diablo game.   Garl's DOT Arena counterpart is Leo, which further confirms that both characters are inspired on King Leoric.

11.     Attached hereto as **Exhibit 12** is a true and correct copy of an excerpt from uCool's responses to Plaintiffs' first set of document requests.  In response to Plaintiffs' request that it produce "a copy of each and every version of HEROES CHARGE, including alpha and beta

Mitchell Silberberg & Knupp LLP
7420216.1

2         CASE NO. 3:15-cv-04084-CRB
**DECLARATION OF MARC E. MAYER**

versions of the game software, for any platform," uCool lodged objections and has claimed that it does not have possession of its game. To date, uCool has not produced a single copy of "Heroes Charge."

12. Attached hereto as **Exhibit 13** is a true and correct copy of a printout of a forum posting titled "Regarding Artwork of Characters," from uCool's Heroes Charge forum, located at http://forum.ucool.com/showthread.php?13041-Regarding-artwork-of-heroes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of March, 2016, at Los Angeles, California.

_____
Marc E. Mayer