# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-149-056**

**Effective Date of Registration:**
February 05, 2016

## Title

|                          |                                        |
|--------------------------|----------------------------------------|
| **Title of Work:**       | DotA 6.83                              |
| **Previous or Alternate Title:** | Defense of the Ancients; DotA-Allstars |

## Completion/Publication

|                             |                 |
|-----------------------------|-----------------|
| **Year of Completion:**     | 2015            |
| **Date of 1st Publication:**| March 27, 2015  |
| **Nation of 1st Publication:** | United States |

## Author

|                         |                                          |
|-------------------------|------------------------------------------|
| • **Author:**           | Icefrog, a pseudonym                     |
| **Author Created:**     | Software code, textual material, artwork |
| **Work made for hire:** | No                                       |
| **Citizen of:**         | United States                            |
| **Pseudonymous:**       | Yes                                      |

## Copyright Claimant

|                          |                                                                    |
|--------------------------|--------------------------------------------------------------------|
| **Copyright Claimant:**  | Valve Corporation<br>10500 NE 8th St., Ste 1000, Bellevue, WA, 98004 |
| **Transfer statement:**  | By Written Assignment                                              |
| **Copyright Claimant:**  | Blizzard Entertainment, Inc.<br>16210 Alton Pkwy, Irvine, CA, 92618 |
| **Transfer statement:**  | By Written Assignment                                              |

## Limitation of copyright claim

|                                     |                                                                                                                                |
|-------------------------------------|--------------------------------------------------------------------------------------------------------------------------------|
| **Material excluded from this claim:** | (1) Warcraft III; (2) prior versions of DotA, which are owned by claimants Valve Corporation and Blizzard Entertainment, Inc. |
| **Previously registered:**          | No                                                                                                                             |
| **New material included in claim:** | Software code, textual material, artwork                                                                                       |

## Certification

**Name:** Marc E. Mayer
**Date:** February 04, 2016

**Correspondence:** Yes

