EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-148-171

**Effective Date of Registration:**
February 05, 2016

## Title

| | |
|---|---|
| **Title of Work:** | DotA beta 2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2002 |
| **Date of 1st Publication:** | December 27, 2002 |
| **Nation of 1st Publication:** | United States |

## Author

- | | |
  |---|---|
  | **Pseudonym:** | Eul |
  | **Author Created:** | Computer program, software code, textual material, screen displays |
  | **Citizen of:** | United States |
  | **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Valve Corporation |
| | 10500 NE 8th Street, Suite 1000, Bellevue, WA, 98004, United States |
| **Transfer statement:** | By Assignment |

| | |
|---|---|
| **Copyright Claimant:** | Blizzard Entertainment, Inc. |
| | 16215 Alton Parkway, Irvine, CA, 92618 |
| **Transfer statement:** | By Assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Warcraft III |
| **Previous registration and year:** | PA0001072560, 2002 |
| | PA0001082161, 2002 |
| **New material included in claim:** | Computer Program, Screen Displays, Text |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Mitchell Silberberg & Knupp LLP |
| **Name:** | Marc Mayer |
| **Email:** | mem@msk.com |

**Telephone:** (310)312-3154
**Alt. Telephone:** (310)312-2000
**Address:** 11377 West Olympic Blvd.
Los Angeles, CA 90064-1683 United States

## Certification

**Name:** Steven K. Bevins
**Date:** February 05, 2016
**Applicant's Tracking Number:** 46804-1