# EXHIBIT 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
**TX 8-153-084**
Effective Date of Registration:
February 12, 2016

## Title

|  |  |
|---|---|
| Title of Work: | DotA 6.68 |
| Previous or Alternate Title: | Defense of the Ancients, DotA-Allstars |

## Completion/Publication

|  |  |
|---|---|
| Year of Completion: | 2010 |
| Date of 1st Publication: | July 28, 2010 |
| Nation of 1st Publication: | United States |

## Author

|  |  |
|---|---|
| • Author: | Icefrog, a pseudonym |
| Author Created: | Computer program, text, artwork |
| Work made for hire: | No |
| Citizen of: | United States |
| Pseudonymous: | Yes |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | Valve Corporation |
|  | 10500 NE 8th St., Ste 1000, Bellevue, WA, 98004 |
| Transfer statement: | By Assignment |
| Copyright Claimant: | Blizzard Entertainment Inc. |
|  | 16210 Alton Pkwy, Irvine, CA, 92618 |
| Transfer statement: | By Assignment |

## Limitation of copyright claim

|  |  |
|---|---|
| Material excluded from this claim: | Warcraft III; Prior versions of DotA, which also are owned by Claimants, including DotA Beta 2, DotA 4.0, DotA 5.0, DotA 5.84, and interim versions. |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | Computer code, text, artwork |

## Certification

**Name:** Marc E. Mayer
**Date:** February 10, 2016

---

**Correspondence:** Yes