# EXHIBIT 9

**Basic Information**

Complete this screen to limit your claim only if this work is based on or incorporates preexisting material and is therefore either a "derivative work" or a "compilation." Preexisting material should be excluded from the claim to copyright. Material is preexisting if it has been previously registered, previously published, is in the public domain, or is not owned by this claimant. The registration in a derivative work or compilation extends only to the new material that has been added.

A "derivative work" is a work that is based on or incorporates one or more preexisting works. Examples of derivative works include translations, fictionalizations, abridgments, musical arrangements, screenplays based on preexisting novels, reproductions of paintings, or any other form in which a work may be recast, transformed, or adapted. Derivative works also include works consisting of editorial revisions, annotations, or other modifications, if these changes, as a whole, represent an original work of authorship

A "compilation" is a work formed by the collection and assembling of preexisting materials or of data that are selected, coordinated, or arranged in such a way that the resulting work as a whole constitutes an original work of authorship.

The right to make a derivative work (or new version) is one of the exclusive rights of a copyright owner. Copyright protection does not extend to any part of a work in which someone else's copyrighted material has been used unlawfully.

**Material Excluded**

Check the appropriate box(es) to exclude any **preexisting material that this work is based on or incorporates**, such as previously registered material, previously published material, material in the public domain, and material not owned by this claimant. You may use the Other space to specifically identify a preexisting work or to give a more detailed description of the material excluded from this claim. (See examples of how to fill out the **Material Excluded** and **Material Included** sections).

**Previous Registration**

Complete this space if this work or another version of it has been previously registered. If a certificate of registration has been issued, give the previous registration number and year in the space provided. If there have been multiple registrations, give information regarding the two most recent registrations. If the previous registration has not been completed, state "pending" in the space for the registration number.

DO NOT give preregistration information here (numbers beginning with PRE). Preregistration information should be given in the Publication/Completion area of the application

**New Material Included**

Check the appropriate box(es) to identify all **new or revised material being claimed in this registration.** You may use the Other space to give a more specific description of the new material created by the author(s). In the preceding **Author** section, be sure you have named the author(s) of all the material checked or described below. This material must also be checked or described in the Author section. (See examples of how to fill out the **Material Excluded** and **Material Included** sections).

**Examples of Material Excluded and Material Included Statements**

- Literary

- Visual Arts
- Sound Recordings
- Performing Arts
- Motion Pictures

**Literary Examples**

**Your work:** biography, including letters and photographs owned by others

**Material Excluded**

☒ Text

☒ Photograph(s )

☒ Other *letters and photos from different sources*

**Material Included**

☒ Text

**Your work:** telephone book, third edition, with revised compilation of classified ads

**Material Excluded**

☒ Compilation

**Material Included**

☒ Compilation

☒ Other *revised compilation of classifieds*

**Your work:** computer program, updated version

**Material Excluded**

☒ Computer Program

**Material Included**

☒ Computer Program

**Your work:** collection of recipes from family members, unpublished, with intro and recipes by complier

**Material Excluded**

☒ Text

☒ Other *recipes from family members*

**Material Included**

☒ Text

☒ Compilation

☒ Other *introduction and some new recipes*

**Your work:** college textbook with preexisting photos and illustrations

**Material Excluded**

☒ Photograph(s)

☒ Artwork

**Material Included**

☒ Text

☒ Compilation

**Your work:** anthology of poems by different authors, some of which were previously published; claim in collective work, with introduction

**Material Excluded**

☒ Text

**Material Included**

☒ Text

☒ Compilation

☒ Other *introduction*

**Your work:** database of biological abstracts, updated quarterly, photographs not by institution

**Material Excluded**

☒ Text

☒ Photograph(s)

☒ Compilation

**Material Included**

☒ Text

☒ Compilation

☒ Other *new abstracts*

**Your work:** website for company selling inexpensive, easy-to-install ceiling fans, updated at irregular intervals

**Material Excluded**

☒ Text

☒ Photograph(s)

**Material Included**

☒ Text

- ☒ Photograph(s)
- ☒ Compilation

**Your work:** English translation of a Spanish novel

**Material Excluded**

- ☒ Text
- ☒ Other *Spanish novel previously published*

**Material Included**

- ☒ Translation

**Visual Arts Examples**

**Your work:** a lithographic reproduction of a 17th century painting

**Material Excluded**

- ☒ Artwork

**Material Included**

- ☒ Other *lithographic reproduction of painting*

**Your work:** an advertisement that incorporates some stock photography

**Material Excluded**

- ☒ Photograph(s)
- ☒ Other *one stock photograph*

**Material Included**

- ☒ Text
- ☒ Photograph(s)

**Your work:** a map based on preexisting source materials

**Material Excluded**

- ☒ Map
- ☒ Other *U.S.G.S. base maps*

**Material Included**

- ☒ Map
- ☒ Text
- ☒ Other *new cartographic compilation and descriptions of places of interest*

**Your work:** an architectural renovation of an existing building

**Material Excluded**

☒ Architectural work

**Material Included**

☒ Architectural work

☒ Other *new wing, revised floor plan*

---

**Sound Recordings Examples**

**Your work:** sound recording with 5 previously published tracks & 6 new tracks

**Material Excluded**

☒ Sound recording

☒ Other *tracks 1, 3, 7, 8 and 11*

**Material Included**

☒ Sound recording

☒ Performance

☒ Other *tracks 2, 4, 5, 6, 9 and 10*

**Your work:** remix album

**Material Excluded**

☒ Sound recording

☒ Other *pre-72 sound recordings*

**Material Included**

☒ Sound recording

☒ Text

☒ Photograph(s)

☒ Other *remix from multi-track sources, liner notes, 2 photographs*

---

**Performing Arts Examples**

**Your work:** songs with preexisting samples

**Material Excluded**

☒ Lyrics

☒ Music

☒ Other *contains sample from Cloudy Skies Ahead*

**Material Included**

☒ Lyrics

☒ Music

**Your work:** new arrangement of preexisting song

**Material Excluded**

☒ Lyrics

☒ Music

**Material Included**

☒ Arrangement

**Your work**: some new songs added to a previously registered collection

**Material Excluded**

☒ Lyrics

☒ Music

**Material Included**

☒ Lyrics

☒ Music

☒ Other *2 new songs*

**Your work:** screenplay based on novel under different title

**Material Excluded**

☒ Text

☒ Other *The Sun Also Rises*

**Material Included**

☒ Screenplay

---

**Motion Pictures Examples**

**Your work:** motion picture based upon a previously registered screenplay

**Material Excluded**

☒ Script/Screenplay

**Material Included**

- ☒ Production as a motion picture

**Your work:** a revised edition of a car repair video, originally released on VHS tape, now updated and released on DVD

**Material Excluded**

- ☒ Some preexisting footage

**Material Included**

- ☒ Additional new footage
- ☒ Revisions/additions to script
- ☒ Other *artwork on packaging*

**Your work:** documentary motion picture containing archival footage and photographs (either public domain or used by permission)

**Material Excluded**

- ☒ Some preexisting footage
- ☒ Some preexisting photographs

**Material Included**

- ☒ All other cinematographic material
- ☒ New narration
- ☒ Editing

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000
(202) 707-3000

Revised: 02-Apr-2007