# EXHIBIT 11



| THE HOME OF FANDOM | Games | Movies | TV | Explore Wikia | Search Heroes Charge Wiki... | Submit Query  Sign In |

## War Chief

- Regular
- Legendary



### Garl

Front line Strength Tank, who deals great attack damage and has the ability to revive after Purple Promotion.

*'Weak! You are all weak!'*

| Evolution Level | Stones Required for Evolution | STR Growth | INT Growth | AGI Growth |
|---|---|---|---|---|
| ⭐ | --- | --- | --- | --- |
| ⭐⭐ | 30 | 4.35 | 2.4 | 2.55 |
| ⭐⭐⭐ | 50 | 5.8 | 3.2 | 3.4 |
| ⭐⭐⭐⭐ | 100 | 7.25 | 4 | 4.25 |
| ⭐⭐⭐⭐⭐ | 150 | 8.7 | 4.8 | 5.1 |

Contents [show]





### How to get    Edit

- Climbing to the Stars (Chapter 1.5 Elite)
- These Old Bones (Chapter 4.6 Elite)
- The Cold of the Draugr (Chapter 7.5 Elite)

### Skills    Edit

- Hammer Throw
- Power Swing
- Kreln Bloodcall
- Rage



- Legendary Skill




Games   Movies   TV   Explore Wikia   Search Heroes Charge Wiki...   Submit Query   Sign In

Garl throws a hammer at a target, causing magic damage and stunning them.

*This skill's hit rate increases with level but is not measurable by the user.*

| Level | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 00 | --- | 24 | 48 | 72 | 96 | 120 | 144 | 168 | 192 | 216 |
| 10 | 240 | 264 | 288 | 312 | 336 | 360 | 384 | 408 | 432 | 456 |
| 20 | 480 | 504 | 528 | 552 | 576 | 600 | 624 | 648 | 672 | 696 |
| 30 | 720 | 744 | 768 | 792 | 816 | 840 | 864 | 888 | 912 | 936 |
| 40 | 960 | 984 | 1008 | 1032 | 1056 | 1080 | 1104 | 1128 | 1152 | 1176 |
| 50 | 1200 | 1224 | 1248 | 1272 | 1296 | 1320 | 1344 | 1368 | 1392 | 1416 |
| 60 | 1440 | 1464 | 1488 | 1512 | 1536 | 1560 | 1584 | 1608 | 1632 | 1656 |
| 70 | 1680 | 1704 | 1728 | 1752 | 1776 | 1800 | 1824 | 1848 | 1872 | 1896 |
| 80 | 1920 | 1944 | 1968 | 1992 | 2016 | 2040 | 2064 | 2088 | 2112 | 2136 |
| 90 | 2160 | 2184 | 2208 | 2232 | 2256 | 2280 | 2304 | 2328 | 2352 | 2376 |



A mighty cut that results in massive physical damage.

| Level | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 00 | --- | 19.2 | 38.4 | 57.6 | 76.8 | 96 | 115.2 | 134.4 | 153.6 | 172.8 |
| 10 | 192 | 211.2 | 230.4 | 249.6 | 268.8 | 288 | 307.2 | 326.4 | 345.6 | 364.8 |
| 20 | 384 | 403.2 | 422.4 | 441.6 | 460.8 | 480 | 499.2 | 518.4 | 537.6 | 556.8 |
| 30 | 576 | 595.2 | 614.4 | 633.6 | 652.8 | 672 | 691.2 | 710.4 | 729.6 | 748.8 |
| 40 | 768 | 787.2 | 806.4 | 825.6 | 844.8 | 864 | 883.2 | 902.4 | 921.6 | 940.8 |
| 50 | 960 | 979.2 | 998.4 | 1017.6 | 1036.8 | 1056 | 1075.2 | 1094.4 | 1113.6 | 1132.8 |
| 60 | 1152 | 1171.2 | 1190.4 | 1209.6 | 1228.8 | 1248 | 1267.2 | 1286.4 | 1305.6 | 1324.8 |
| 70 | 1344 | 1363.2 | 1382.4 | 1401.6 | 1420.8 | 1440 | 1459.2 | 1478.4 | 1497.6 | 1516.8 |
| 80 | 1536 | 1555.2 | 1574.4 | 1593.6 | 1612.8 | 1632 | 1651.2 | 1670.4 | 1689.6 | 1708.8 |
| 90 | 1728 | 1747.2 | 1766.4 | 1785.6 | 1804.8 | 1824 | 1843.2 | 1862.4 | 1881.6 | 1900.8 |



Grants a life-stealing ability to the whole Team.

| Level | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 00 | --- | 6.3 | 6.6 | 6.9 | 7.2 | 7.5 | 7.8 | 8.1 | 8.4 | 8.7 |
| 10 | 9 | 9.3 | 9.6 | 9.9 | 10.2 | 10.5 | 10.8 | 11.1 | 11.4 | 11.7 |
| 20 | 12 | 12.3 | 12.6 | 12.9 | 13.2 | 13.5 | 13.8 | 14.1 | 14.4 | 14.7 |
| 30 | 15 | 15.3 | 15.6 | 15.9 | 16.2 | 16.5 | 16.8 | 17.1 | 17.4 | 17.7 |
| 40 | 18 | 18.3 | 18.6 | 18.9 | 19.2 | 19.5 | 19.8 | 20.1 | 20.4 | 20.7 |
| 50 | 21 | 21.3 | 21.6 | 21.9 | 22.2 | 22.5 | 22.8 | 23.1 | 23.4 | 23.7 |
| 60 | 24 | 24.3 | 24.6 | 24.9 | 25.2 | 25.5 | 25.8 | 26.1 | 26.4 | 26.7 |
| 70 | 27 | 27.3 | 27.6 | 27.9 | 28.2 | 28.5 | 28.8 | 29.1 | 29.4 | 29.7 |
| 80 | 30 | | | | | | | | | |

Video Games   Entertainment   Lifestyle                                    Check out the



| Level | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 00 | --- | 6150 | 6300 | 6450 | 6600 | 6750 | 6900 | 7050 | 7200 | 7350 |
| 10 | 7500 | 7650 | 7800 | 7950 | 8100 | 8250 | 8400 | 8550 | 8700 | 8850 |
| 20 | 9000 | 9150 | 9300 | 9450 | 9600 | 9750 | 9900 | 10050 | 10200 | 10350 |
| 30 | 10500 | 10650 | 10800 | 10950 | 11100 | 11250 | 11400 | 11550 | 11700 | 11850 |
| 40 | 12000 | 12150 | 12300 | 12450 | 12600 | 12750 | 12900 | 13050 | 13200 | 13350 |
| 50 | 13500 | 13650 | 13800 | 13950 | 14100 | 14250 | 14400 | 14550 | 14700 | 14850 |
| 60 | 15000 | | | | | | | | | |

*Description...*

Promotion Requirements    Edit





}}

## Strengths and Weaknesses    Edit

### Strengths    Edit

- High damage output for single targets.
- Can grant Life Steal to the whole team with *Kreln Bloodcall* (Blue Skill).
- *Rage* (Purple Skill) allows him to revive once after dying.
- Considerate easy to farm for on Elite Stages.

### Weaknesses    Edit

- Somewhat "squishy" for a Tank character, having very low magic resist.
- Lack of variety for attacks (only one Control Skill).
- *Rage* doesn't allow him to revive more than once in Crusades.
- Requires good control characters in order to dish out his damage properly.

**Overall Rating:** Campaign (9/10), Arena (9/10), Crusade (8/10)

**Notable Counters**: Heroes with low armor and physical resist.

**Countered by:** Heroes with high Intelligence with high Magical Damage Burst.

**Good Synergy**: Ember Blade, Commando, Lunar Guardian, Shadowleaf, Arcane Sapper, Cloud Walker, Fallen Dominion, Iron Hoof, Vanguard Warrior, Swordsmaster, Phoenix.

**Recommended Evolution:** 4 or 5 Stars.

## Trivia    Edit

- Garl is based on King Leoric, known as The Skeleton King, from the *Diablo* franchise (more specifically from *Diablo III*).
    - In the original release of Heroes Charge, his old appearance looked similar to The Skeleton King from the first Diablo game.
- Garl's *DOT Arena* counterpart is Leo  , which further confirms that both characters are inspired on King Leoric.
- This hero is based on the Dota 2 hero Skeleton King/Wraith King



THE HOME OF FANDOM  Games  Movies  TV  Explore Wikia    ▼ Search Heroes Charge Wiki...    Submit Query  Sign In

**GAMES**

About   Help   Community Central   Careers   Advertise   API   Contact Wikia   Terms of Use   Privacy Policy   Global Sitemap

Content is available under CC-BY-SA.

▼ Video Games  ▼ Entertainment  ▼ Lifestyle    Check out the

| THE HOME OF FANDOM | Games | Movies | TV | Explore Wikia ▾ | ▾ Search Heroes Charge Wiki... | Submit Query | Sign In ▾ |



Fandom @getfandom  1h
Marvel's Gambit, starring Channing Tatum, gets shelved for maybe a later time.
bit.ly/1RBj81z
Reply   Retweet   Like

Fandom @getfandom  2h
Gotham is back tonight! Catch up on all the drama before the premiere.
bit.ly/1Q5Ycam

Follow @getfandom

# Rifleman



- Regular
- Legendary



## Prime

Back line damage dealer, who has the most powerful weapons!

*I am a sharpshooter, each bullet destroys an enemy!*

| Evolution Level | Stones Required for Evolution | STR Growth | INT Growth | AGI Growth |
|---|---|---|---|---|
| ★☆☆☆☆ | 10 | 1.7 | 2.1 | 2.9 |
| ★★☆☆☆ | 20 | 2.55 | 3.15 | 4.35 |
| ★★★☆☆ | 50 | 3.4 | 4.2 | 5.8 |
| ★★★★☆ | 100 | 4.25 | 5.25 | 7.25 |
| ★★★★★ | 150 | 5.1 | 6.3 | 8.7 |

Contents [show]





## How to Get    Edit

- ~~Crusade Supply Depot~~
- ~~Monthly Signin Rewards~~ (November, 2014)
- now only available trough boxes

## Skills    Edit

- Laser Cannon
- Stimulant
- Open Fire


Video Games   Entertainment   Lifestyle

- Penetration
- Legendary Skill

THE HOME OF FANDOM    Games    Movies    TV    Explore Wikia ▾    ▾ Search Heroes Charge Wiki...    Submit Query    Sign In ▾

 Prime fires a dazzling laser, causing massive magic damage.

| Level | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 00 | --- | 16.5 | 33 | 49.5 | 66 | 82.5 | 99 | 115.5 | 132 | 148.5 |
| 10 | 165 | 181.5 | 198 | 214.5 | 231 | 247.5 | 264 | 280.5 | 297 | 313.5 |
| 20 | 330 | 346.5 | 363 | 379.5 | 396 | 412.5 | 429 | 445.5 | 462 | 478.5 |
| 30 | 495 | 511.5 | 528 | 544.5 | 561 | 577.5 | 594 | 610.5 | 627 | 643.5 |
| 40 | 660 | 676.5 | 693 | 709.5 | 726 | 742.5 | 759 | 775.5 | 792 | 808.5 |
| 50 | 825 | 841.5 | 858 | 874.5 | 891 | 907.5 | 924 | 940.5 | 957 | 973.5 |
| 60 | 990 | 1006.5 | 1023 | 1039.5 | 1056 | 1072.5 | 1089 | 1105.5 | 1122 | 1138.5 |
| 70 | 1155 | 1171.5 | 1188 | 1204.5 | 1221 | 1237.5 | 1254 | 1270.5 | 1287 | 1303.5 |
| 80 | 1320 | 1336.5 | 1353 | 1369.5 | 1386 | 1402.5 | 1419 | 1435.5 | 1452 | 1468.5 |
| 90 | 1485 | 1501.5 | 1518 | 1534.5 | 1551 | 1567.5 | 1584 | 1600.5 | 1617 | 1633.5 |

 Prime sacrifices 20% of his HP to boost his attack damage and speed.

| Level | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 00 | --- | 34 | 42 | 50 | 58 | 66 | 74 | 82 | 90 | 98 |
| 10 | 106 | 114 | 122 | 130 | 138 | 146 | 154 | 162 | 170 | 178 |
| 20 | 186 | 194 | 202 | 210 | 218 | 226 | 234 | 242 | 250 | 258 |
| 30 | 266 | 274 | 282 | 290 | 298 | 306 | 314 | 322 | 330 | 338 |
| 40 | 346 | 354 | 362 | 370 | 378 | 386 | 394 | 402 | 410 | 418 |
| 50 | 426 | 434 | 442 | 450 | 458 | 466 | 474 | 482 | 490 | 498 |
| 60 | 506 | 514 | 522 | 530 | 538 | 546 | 554 | 562 | 570 | 578 |
| 70 | 586 | 594 | 602 | 610 | 618 | 626 | 634 | 642 | 650 | 658 |
| 80 | 666 | 674 | 682 | 690 | 698 | 706 | 714 | 722 | 730 | 738 |
| 90 | 746 | 754 | 762 | 770 | 778 | 786 | 794 | 802 | 810 | 818 |

Prime keeps loading his weapons to give bonus damage.

| Level | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| 00 | --- | 65 | 68 | 71 | 74 | 77 | 80 | 83 | 86 | 89 |
| 10 | 92 | 95 | 98 | 101 | 104 | 107 | 110 | 113 | 116 | 119 |
| 20 | 122 | 125 | 128 | 131 | 134 | 137 | 140 | 143 | 146 | 149 |
| 30 | 152 | 155 | 158 | 161 | 164 | 167 | 170 | 173 | 176 | 179 |
| 40 | 182 | 185 | 188 | 191 | 194 | 197 | 200 | 203 | 206 | 209 |
| 50 | 212 | 215 | 218 | 221 | 224 | 227 | 230 | 233 | 236 | 239 |
| 60 | 242 | 245 | 248 | 251 | 254 | 257 | 260 | 263 | 266 | 269 |
| 70 | 272 | 275 | 278 | 281 | 284 | 287 | 290 | 293 | 296 | 299 |
| 80 | 302 | | | | | | | | | |

Video Games    Entertainment    Lifestyle



**THE HOME OF FANDOM**   Games   Movies   TV   Explore Wikia ▾   ▾ Search Heroes Charge Wiki...   Submit Query   Sign In ▾

**Orange**

**Orange+1**

**Orange+2**

## Trivia   Edit

- Prime is possibly based on the Terran Marines from *StarCraft*, more specifically Jim Raynor in his Thunderstrike Armor. This is made more evident by comparing Prime with his *DOT Arena* counterpart, Jimmy .

Categories:  Heroes | Agility | RepeatedDMG | Machinery |   [ Add category ]

### You May Like                                    Sponsored Links by Taboola

**31 Shockingly Rare Historical Photos**
Daily Bananas

**Five Things Episode VIII Needs to Explain**
Fandom

**A New MMORPG You Won't Get Bored With. Click Here To Try!**
Stormfall - Online Game

**Netflix Might Revive Young Justice**

**The Most Horrible News Broadcast Slip Ups Ever**
My Daily Viral

**Here Are Deadpool's Newest Naughty and Nice Trailers**
Fandom

Video Games    Entertainment    Lifestyle



THE HOME OF FANDOM   Games   Movies   TV   Explore Wikia ▾   ▾ GAMES Heroes Charge Wiki...   Submit Query   Sign In ▾

About   Help   Community Central   Careers   Advertise   API   Contact Wikia   Terms of Use   Privacy Policy   Global Sitemap

Content is available under CC-BY-SA.

Video Games   Entertainment   Lifestyle

THE HOME OF FANDOM   Games   Movies   TV   Explore Wikia ▾   ▾ GAMES Heroes Charge Wiki...