# EXHIBIT 12

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California  94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Derek J. Tang (Bar No. 296230)
  derektang@quinnemanuel.com
50 California St., 22nd  Fl.
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Attorneys for uCool, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Blizzard Entertainment, Inc. and Valve Corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>uCool, Inc. and uCool Ltd.<br><br>            Defendant. | CASE NO. 3:15-cv-04084-CRB<br><br>**DEFENDANT UCOOL, INC.'S RESPONSES TO PLAINTIFF BLIZZARD, ENTERTAINMENT INC. AND VALVE CORPORATION'S FIRST AND SECOND SETS OF REQUESTS FOR PRODUCTION (Nos. 1-45)**<br><br>**Courtroom:**   6, 17th Floor<br>**Judge:**         The Hon. Charles R. Breyer |

**REQUEST FOR PRODUCTION NO. 14:**

A copy of each and every version of HEROES CHARGE, including alpha and beta versions of the game software, for any platform.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

uCool objects to this Request as overbroad as Plaintiffs have not accused the entirety of Heroes Charge of copyright infringement. uCool further objects to this Request to the extent that it seeks copies of software which were never distributed to the public or offered commercially, and therefore cannot form an actionable basis for copyright infringement, including under the doctrine of fair use. uCool further objects to the extent that this Request seeks the production of documents that are not in uCool's possession, custody, and control in view of uCool's status as the publisher of Heroes Charge. uCool further objects as Plaintiffs have affirmatively represented that source code is not at issue in this case and this Request seeks the production of source code. uCool

1  further objects to this Request to the extent that it seeks the production of documents protected by
2  attorney client privilege, work product privilege, or any other applicable privilege.
3      uCool will grant Plaintiffs access to all player-facing aspects of the playable version of
4  Heroes Charge and will produce the art assets from prior versions of Heroes Charge which are
5  currently within uCool's possession, custody, and control.

course of a mediation). Accordingly, uCool believes that documents responsive to Request No. 45 are privileged and non-discoverable.

DATED: January 25, 2016

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Evette D. Pennypacker*
Claude M. Stern
Evette D. Pennypacker
*Attorneys for uCool, Inc.*