# EXHIBIT 13



| Username | Password | Log in | Help | Register |

☐ Remember Me?

| **Home** | | | | | | |

| New Posts | FAQ | Calendar | Community | Forum Actions | Quick Links | Advanced Search |

🏠 Forum   »   Heroes Charge   »   Official News   »   Regarding artwork of heroes

If this is your first visit, you may have to **register** before you can post. Or click **Here** to login.

| Page 1 of 3 | **1** | 2 | 3 | ▶ | Last ▶▶ |

Results 1 to 15 of 40

## Thread: Regarding artwork of heroes



Thread Tools    Display

---

09-30-2014, 09:19 AM                                                            #1

**Allen** ○
**Administrator**
**Contributor Level 9**



Join Date:  Nov 2013
Posts:      772

⚠ **Regarding artwork of heroes**

Dear Leaders,
Heroes Charge was updated to version 1.2 earlier; we've heard your voices of the new look of some heroes. Thank you for all the comments and ardent feedback.

Although we know that every change comes at a price, and everyone can appreciate that the first step of change is the hardest, there are a few who

Rep Power:   10

are asking why change at all. We feel that we should not look backwards as we're developing and instead focus on the future. However, we're implementing an interesting policy whereby we talk with our community about upcoming heroes and gathering your feedback, you'll be able to impact the way future development happens!

We'll be working on more heroes and providing more excellent content and art so please keep an eye out in the forum for our talking posts.

Let's work together to make Heroes Charge a fun game that has even richer content, beautiful images and terrific game-play. We appreciate your comments and will keep striving to provide a simple to play yet irresistibly fun game.

Best Regards
Heroes Charge Team



Reply With Quote

09-30-2014, 09:32 AM                                                    #2

**Ashes**
Iron Member
Contributor Level 1

Join Date:    Sep 2014
Posts:        7

Rep Power:    2

Did you have some troubles with Valve/Blizzard for Heroes' skins?

The previous ones were awesome, and I think no one wanted them to be changed at all, this does not mean we're looking backwards, we just loved the fact they were Warcraft/Dota lookalikes and we would like to have it this way forever.

Of course if there's some trouble with copyrights we can't do much about it, but please be honest to us and tell 😊.

Thanks a lot for your great support and for the time

you spend listening to your community, this is anyway awesome.

**Reply With Quote**

---

09-30-2014, 11:03 AM     #3

**ArXs**
**Silver Member**
**Contributor Level 5**



| Join Date: | Sep 2014 |
| Posts: | 142 |
| Rep Power: | 7 |

> *However, we're implementing an interesting policy whereby we talk with our community*

That's your explanation after the majority of player has criticized the new hero look.
To put it in a nutshell, we have to cope with not really gorgeous looking heroes and that for ever. :/
Thanks for listening to the community. Really looking forward to create some new heroes with you. HAHA

*Last edited by ArXs; 09-30-2014 at 11:07 AM.*

**Reply With Quote**

---

09-30-2014, 01:45 PM     #4

**Lala**
**Iron Member**
**Contributor Level 1**

| Join Date: | Sep 2014 |
| Posts: | 11 |
| Rep Power: | 2 |

New things like the artwork updates will always be a problem for people who don't cope well with changes. In time you get used to the changes and even get to like them at some point.

Not saying every change is a good change but some artwork changes won't freaking kill you.

**Reply With Quote**

---

09-30-2014, 02:23 PM     #5

**Rola**
**Platinum Member**
**Contributor Level 7**

| Join Date: | Aug 2014 |
| Posts: | 325 |
| Rep Power: | 13 |

> **Originally Posted by Lala**
> *New things like the artwork updates will always be a problem for people who don't cope well with changes. In time you get used to the changes and even get to like them at some point.*
>
> *Not saying every change is a good change but some artwork changes won't freaking kill you.*

I love change. But windmaster art is like replacing monalisa for a teens cartoon

always glad to help. just post your question here:

http://forum.ucool.com/showthread.ph...es-Charge-View

please read :

http://forum.ucool.com/showthread.ph...2892#post32892

Reply With Quote

---

09-30-2014, 02:59 PM                                                   #6

**Lala**
Iron Member
Contributor Level 1

Join Date:   Sep 2014
Posts:       11
Rep Power:   2

Well.. I kind of agree with that one since the resemblance between leaves shadow's artwork and wind master's is a bit confusing.

And i love green too :)

Reply With Quote

---

09-30-2014, 04:01 PM                                                   #7

**Amboi**

Join Date:   Sep 2014
Posts:       3
Rep Power:   2

> **Originally Posted by Lala**
> 
> *Well.. I kind of agree with that one since the resemblance between leaves shadow's artwork and wind master's is a bit confusing.*
> 
> *And i love green too* :)

LOL! Yeah! I agree! But I got used to it.. Hahaha

Reply With Quote

---

09-30-2014, 04:53 PM                                                   #8

**Xuu**
Banned
**Contributor Level 4**

Join Date:   Sep 2014
Location:    Detroit
Posts:       87

I just want my monsters to look monstrous, my heroes to look heroic, and my ladies to look sexy.

I think you guys did a good job updating Ferryman (he looks more monstrous).
A bad job on Death Knight (he looks less ghostly).
A bad job on Brute (he looks less like a monster

| | |
|---|---|
| Rep Power:  0 | and more like an Indian).<br>A bad job on War Chief (I just really liked his red glove before, but he's probably better now really).<br>A bad job on Leaves and Wind (they have more clothes on?).<br>A bad job on Cleric (where did his heroic, golden hair go?).<br>A bad job on Psycho (he is less of a monster with only 1 head).<br><br>So.... yeah.... I think the score came out a little low. Just remember: Make monsters more monstrous, make heroes more heroic, and make ladies more sexy. That will make more people more happy.<br><br><br>Xuu<br>Admiral Server<br>Best Rank: 87 |

Reply With Quote

09-30-2014, 05:28 PM                                                                 #9

| | |
|---|---|
| **Ashes**<br>Iron Member<br>Contributor Level 1<br><br>Join Date:   Sep 2014<br>Posts:       7<br>Rep Power:   2 | Actually as long as they're not Warcraft/Dota lookalike it will not be satisfying for me. So if you can't make them Dota/WC lookalike as before, you can do almost whatever you want for what I concern :P. |

Reply With Quote

09-30-2014, 07:32 PM                                                                 #10

| | |
|---|---|
| **bilbobaggins**<br>Iron Member<br>Contributor Level 1<br><br>Join Date:   Sep 2014<br>Posts:       5<br>Rep Power:   2 | **you didnt really think about it**<br><br>well first of all i want to say that im confused with the text in trials and some other things the english is really bad it dosnt make any sense and for psychopath its text says hes a monster with two heads but well he isnt anymore so the text dosnt make sense again and you miss spelled frost mage it says forst mage :S i really like the game and would like to see better heroes art but there are some other problems like the ones i mentioned that should be corrected if you want to improve about the heroes i think you should think about the art of 1.silencer 2.war chief(when he walks he looks like he has two peaces of wood instead of legs ) 3. leaves shadow(her hair makes her look like an old lady also like wind master) 4. ferryman (he just |

looks terrible ) 5.psychopat(like i mentioned the two heads he dosnt have them ) 6 warrior monk (he looks retarded ) 7. master mage wtf 8.brute he looks bad
anyway i love the game and would like to see it improve

Reply With Quote

---

09-30-2014, 07:58 PM                                                                 #11

**Xuu**
Banned
**Contributor Level 4**

Join Date:   Sep 2014
Location:    Detroit
Posts:       87

Rep Power:   0

Hey! You be quiet! I really want to get my *Forst Mage* as soon as she is released!!!!! *Forst Mage* is the best!



I hope really soon that they released a *Frie Mage*, a *Orck Mage*, a *Iwnd Mage*, a *Airn Mage*, and maybe even a *Reotsf Mage*!!!

Reply With Quote

---

09-30-2014, 08:12 PM                                                                 #12

**Lala**
Iron Member
Contributor Level 1

Join Date:   Sep 2014
Posts:       11

Rep Power:   2

> **Originally Posted by bilbobaggins**
> *well first of all i want to say that im confused with the text in trials and some other things the english is really bad it dosnt make any sense and for psychopath its text says hes a monster with two heads but well he isnt anymore so the text dosnt make sense again and you miss spelled frost mage it says forst mage :S i really like the game and would like to see better heroes art but there are some other problems like the ones i mentioned*

> that should be corrected if you want to improve about the heroes i think you should think about the art of 1.silencer 2.war chief (when he walks he looks like he has two peaces of wood instead of legs ) 3. leaves shadow(her hair makes her look like an old lady also like wind master) 4. ferryman (he just looks terrible ) 5.psychopat(like i mentioned the two heads he dosnt have them ) 6 warrior monk (he looks retarded ) 7. master mage wtf 8.brute he looks bad anyway i love the game and would like to see it improve

I agree with most of what you said, especially the english part. Some of the texts are quite retarded. Can't even understand a few of them.

Reply With Quote

---

09-30-2014, 10:08 PM　　　　　　　　　　　　　　　　　　　　　　#13

**Awesomenauts**
Iron Member
Contributor Level 1

Join Date:　Sep 2014
Posts:　14
Rep Power:　2

### Agreed

It seems to me that ucool has been in the game development for a bit now, but quality management is not one of their strong-suites. As every developer has to find out one way or the other, a certain degree of quality has to be achieved. Especially if it affects e.g. the game-play.

So what I am trying to say is: don't polish or change features if the quality (descriptions, bugs,...) is not right.

Best regards,

The Awesomenauts

Reply With Quote

---

10-01-2014, 11:48 AM　　　　　　　　　　　　　　　　　　　　　　#14

**Gullwings**
Iron Member
Contributor Level 2

Join Date:　Sep 2014
Posts:　15
Rep Power:　2

Why not have skins for champ like in dota and lol? We can unlock new skins and looks for champs. Can unlock "traditional" skins lol

Reply With Quote







10-01-2014, 12:20 PM #15

**Tienx**

Bronze Member
Contributor Level 3

Join Date: Sep 2014
Posts: 34

Rep Power: 3

Interesting idea, Gull

Reply With Quote

**Posting Permissions**

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

**BB code** is On
**Smilies** are On
**[IMG]** code is On
**[VIDEO]** code is On
HTML code is Off

**Forum Rules**

All times are GMT. The time now is 11:41 PM.

Powered by vBulletin® Version 4.2.0
Copyright © 2016 vBulletin Solutions, Inc. All rights reserved.