QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:     (650) 801-5100

Derek J. Tang (Bar No. 296230)
  derektang@quinnemanuel.com
50 California St., 22nd Fl.
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for uCool, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Blizzard Entertainment, Inc., and Valve Corporation,<br><br>              Plaintiffs,<br><br>     v.<br><br>Lilith Games (Shanghai) Co. Ltd., and uCool, Inc.,<br><br>              Defendants. | CASE NO. 3:15-cv-04084-CRB<br><br>**AMENDED DECLARATION OF MICHAEL LAFOND FILED IN SUPPORT OF UCOOL, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**Date:**        April 8, 2016<br>**Time:**        10:00 a.m.<br>**Courtroom:**  6, 17th Floor<br>**Judge:**       The Hon. Charles R. Breyer |

I, Michael F. LaFond, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant uCool, Inc. I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. I have personal knowledge of the following objects and documents that were either manually filed with the court or are attached as exhibits to this declaration.

3. **Exhibit A** was manually filed with the Court on March 15, 2016, and is a new, unopened copy of Blizzard Entertainment, Inc.'s product Starcraft II: Wings of Liberty, in its original packaging, which was purchased from Amazon.com on March 7.

4. **Exhibit B** was manually filed with the Court on March 15, 2016, and is a new, unopened copy of Blizzard Entertainment, Inc.'s product Diablo III, in its original packaging, which was purchased from Amazon.com on March 7.

5. **Exhibit C** was manually filed with the Court on March 15, 2016, and is a new, unopened copy of Walt Disney Picture's movie Pirates of the Caribbean: Curse of the Black Pearl, in DVD format, in its original packaging, which was purchased from Amazon.com on March 9.

6. **Exhibit D** was manually filed with the Court on March 15, 2016, and is a new, unopened copy of New Line Cinema's movie The Lord of the Rings: The Return of the King, in DVD format, in its original packaging, which was purchased from Amazon on March 9.

7. **Exhibit E** was manually filed with the Court on March 15, 2016, and is a new, unopened iPad Air 2, manufactured by Apple, Inc.

8. On Friday, February 5, 2016, I placed a phone call to Ms. Barbara ("Betty") Espinoza, Courtroom Deputy for the Honorable Charles R. Breyer. Ms. Espinoza answered the phone, and I explained that Defendant uCool, Inc. intended to file a copy of an iPad App with the Court, and I asked Ms. Espinoza how the Court would prefer the filing be made. Ms. Espinoza stated that she would inquire and return my call.

9. Approximately a week and a half later, Ms. Espinoza called my office and informed me that the Court would prefer that uCool, Inc. file an iPad manually with the Court, with directions explaining how to download the App that uCool wished to file.

10. In accordance with those instructions, uCool manually filed an iPad Air 2 with the court as **Exhibit E** to this declaration, and further submits instructions regarding how to download and operate the Heroes Charge App to the court in a letter attached as **Exhibit F** to this declaration.

11. Attached as **Exhibit G** is a true and correct copy of the Warcraft III end user license agreement, produced by Blizzard Entertainment, Inc. in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 15, 2016

_____
Michael F. LaFond