# Exhibit A

# Filed Manually