# Exhibit B

# Filed Manually