# Exhibit D

# Filed Manually