# Exhibit E

# Filed Manually