# EXHIBIT F

quinn emanuel    trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 | FAX (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(650) 801-5064**

WRITER'S INTERNET ADDRESS
**michaellafond@quinnemanuel.com**

March 14, 2016

<u>VIA ECF</u>

Hon. Charles R. Breyer
Northern District of California
San Francisco Courthouse
Courtroom 6 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 522-2062

Re:   *Blizzard Entertainment, Inc., and Valve Corporation v. uCool, Inc.*, Case No. 3:15-cv-04084-CRB

Dear Judge Breyer,

Per the Court's instruction, uCool, Inc. is providing the following directions for the Court regarding how to load the Heroes Charge App on to the iPad which uCool, Inc. filed manually on March 24, 2016.

First, please note that if the Court has any technical difficulties using the iPad, its manufacturer, Apple, Inc. provides extensive user manuals and references at the following website: http://help.apple.com/ipad/9/.   Before following these instructions, the iPad will need to be connected to the internet, which should be possible through the Court's WiFi system.



When the iPad is first turned on, the default screen should look approximately like the image to the right.   From this screen, the icon named "App Store" will have to be tapped once.   An image of the "App Store" icon is shown below.

   The "App Store" icon

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

  Tapping the "App Store" icon will cause the "App Store" to open, which may take several moments.   When App Store is open, the iPad screen should display an image that looks approximately like the image to the right.

  In the upper right-hand corner of the screen, there should be a gray bar that contains the word "Search" and an image of a magnifying glass.   This is the App Store search bar, an image of which is displayed below.



The "Search Bar"

  Tapping on the search bar should bring up a keyboard at the bottom of the screen.   Tapping letters on this keyboard will cause letters to be entered into the search bar.   Using the keyboard, the two word phrase "heroes charge" should be typed into the search bar.

  Once the phrase "heroes charge" is entered, the blue key on the keyboard labeled "search" should be tapped.   After a few moments, a number of Apps will appear on the screen.   The App in the upper left-hand corner should be named "Heroes Charge" and attributed to "uCool," as depicted below.



  From this screen, the button to the right of "Heroes Charge" labeled "+GET" should be tapped.   After a moment, the "+GET" button will be replaced by a green button labeled "INSTALL."   This new "INSTALL" button will need to be tapped.   This will cause the Heroes Charge App to begin downloading.

2

Once the Heroes Charge App begins downloading, a new icon will appear on the main screen of the iPad. This icon will be darkened intially, and as the download progresses a circle within the center of the icon will gradually be revealed, as indicated in the sequence below.



Once the icon for "Heroes Charge" appears as it does in the far right of the above sequence, the Heroes Charge App is ready to be played. To play the Heroes Charge App, simply tap the icon one time.

If the Court needs additional help installing or operating the Heroes Charge App, please do not hesitate to either visit uCool, Inc.'s website at http://www.ucool.com, or contact any of uCool, Inc.'s counsel of record.

Sincerely,

Michael LaFond

cc:

Karin G. Pagnanelli
kgp@msk.com
Marc E. Mayer
mem@msk.com
Daniel Agar Kohler
dxk@msk.com
Mitchell Silberberg and Knupp LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064
310-312-2000
Fax: 310-312-3100

Claude M. Stern
claudestern@quinnemanuel.com
Evette Dionna Pennypacker
evettepennypacker@quinnemanuel.com
Derek J. Tang
derektang@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
(650) 801-5000
Fax: (650) 801-5100