| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com |
| Claude M. Stern (Bar No. 96737) claudestern@quinnemanuel.com | MARC E. MAYER (SBN 190969), mem@msk.com |
| Evette D. Pennypacker (Bar No. 203515) evettepennypacker@quinnemanuel.com | DANIEL A. KOHLER (SBN 285501), dxk@msk.com |
| Mark Tung (Bar No. 245782) marktung@quinnemanuel.com | MITCHELL SILBERBERG & KNUPP LLP 11377 West Olympic Boulevard |
| Michael LaFond (Bar No. 303131) michaellafond@quinnemanuel.com | Los Angeles, CA 90064-1683 Telephone: (310) 312-2000 |
| Maissa Chouraki (Bar No. 307711) maissachouraki@quinnemanuel.com | Facsimile: (310) 312-3100 |
| 555 Twin Dolphin Dr., 5th Fl. Redwood Shores, California 94065 | Attorneys for Plaintiffs Blizzard Entertainment, Inc. and Valve Corporation |
| Telephone: (650) 801-5000 Facsimile: (650) 801-5100 | |

Attorneys for uCool, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Blizzard Entertainment, Inc., and Valve Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Lilith Games (Shanghai) Co. Ltd., uCool, Inc., and uCool Ltd.,<br><br>Defendants. | CASE NO. 3:15-cv-04084-CRB<br><br>The Honorable Charles R. Breyer<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COMPLETION OF DOTA OWNERSHIP DISCOVERY AND CONTINUANCE OF BRIEFING AND HEARING SCHEDULE ON PARTIAL MOTION FOR SUMMARY JUDGMENT** |

1         Defendant uCool, Inc. ("uCool") and Plaintiffs Blizzard Entertainment, Inc. and Valve

2 Corporation (collectively "Plaintiffs"), by and through their respective attorneys, hereby submit

3 the following Joint Stipulation, as follows:

4         WHEREAS, on February 8, 2016 uCool filed a Motion to Dismiss Plaintiffs' First

5 Amended Complaint, which Motion was heard on April 8, 2016;

6         WHEREAS, the Court denied the Motion to Dismiss, but permitted uCool to file a Motion

7 for Partial Summary Judgment on the issue of abandonment and ownership of "Defense of the

8 Ancients" ("DotA");

9         WHEREAS, on April 21, 2016, the Court ordered discovery staged as to the issue of DotA

10 ownership in order to allow uCool to file a Motion for Partial Summary Judgment;

11

12         WHEREAS, on August 15, 2016 the Parties stipulated to a schedule for the completion of

13 DotA ownership discovery and the briefing of uCool's motion for partial summary judgment,

14 which schedule set the close of DotA Ownership discovery on September 30, 2016;

15         WHEREAS, the Parties have been actively engaged in discovery concerning DotA

16 ownership but were unable to complete that discovery by September 30, 2016;

17         WHEREAS, uCool seeks to take one additional deposition related to DotA ownership,

18 which deposition has not yet been scheduled as of this filing, and to seek relief regarding

19 Plaintiffs' DotA ownership related deposition and other discovery responses;

20         WHEREAS, Plaintiffs seek to take two depositions concerning the issue of DotA

21 ownership, which depositions have not yet been scheduled as of this filing;

22

23         WHEREAS Plaintiffs and uCool have met and conferred and have agreed that they would

24 benefit from a modest extension of the DotA ownership discovery and partial summary judgment

25 briefing schedule to allow the parties to complete up to three depositions, for Plaintiffs to

26 complete their DotA ownership document productions and for uCool to seek DotA ownership

27 discovery related relief;

28         WHEREAS, Plaintiffs and uCool further agree that absent further agreement between the

-1-     Case No. 3:15-cv-04084-CRB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COMPLETION OF DOTA OWNERSHIP
DISCOVERY AND CONTINUANCE OF SCHEDULE ON PARTIAL SUMMARY JUDGMENT MOTION

parties or Court order, other than the remaining discovery described herein and the parties' continuing obligation to supplement discovery under the Federal Rules of Civil Procedure, no additional depositions or written discovery regarding DotA ownership will be conducted in connection with uCool's motion for partial summary judgment;

NOW THEREFORE, it is hereby stipulated and agreed, and the Parties request that the Court enter an order extending the DotA ownership discovery and partial summary judgment motion briefing schedule as follows:

| Event | Original Date | New Date |
|---|---|---|
| Last Day to Bring a Motion Seeking Discovery Relief Related to DotA Ownership | [none] | November 18, 2016 |
| Deadline for uCool to File Motion for Partial Summary Judgment | October 19, 2016 | November 21, 2016 |
| Deadline for Plaintiffs to File Opposition to Motion for Partial Summary Judgment | November 11, 2016 | December 22, 2016 |
| Deadline for uCool to File Reply in Support of Motion for Partial Summary Judgment | November 23, 2016 | January 13, 2016 |
| Hearing on uCool's Motion for Partial Summary Judgment | December 16, 2016 | February 3, 2016 or as soon thereafter as the Court's calendar permits |

SO STIPULATED AND AGREE.

      Respectfully submitted,                      Respectfully submitted,

By:  */s/ Evette D. Pennypacker*      By:  */s/ Marc E. Mayer*
     Evette D. Pennypacker                Marc E. Mayer
     QUINN EMANUEL                    MITCHELL SILBERBERG & KNUPP
     URQUHART & SULLIVAN LLP      LLP
     Attorneys for Defendant               Attorneys for Plaintiffs Blizzard
     uCool, Inc.                                  Entertainment, Inc. and Valve
                                                    Corporation

Dated:  October 17, 2016               Dated:  October 17, 2016

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from  Marc E. Mayer .

            By:  */s/ Evette D. Pennypacker* .

            Dated: October 17, 2016

**[PROPOSED] ORDER**

The extension sought in the Joint Stipulation of uCool, Inc. and Plaintiffs, filed on October 17, 2016, is hereby GRANTED.

The Court hereby extends the current discovery and briefing deadlines as follows:

| Event | Original Date | New Date |
| --- | --- | --- |
| Last Day to Bring a Motion Seeking Discovery Relief Related to DotA Ownership | [none] | November 18, 2016 |
| Deadline for uCool to File Motion for Partial Summary Judgment | October 19, 2016 | November 21, 2016 |
| Deadline for Plaintiffs to File Opposition to Motion for Partial Summary Judgment | November 11, 2016 | December 22, 2016 |
| Deadline for uCool to File Reply in Support of Motion for Partial Summary Judgment | November 23, 2016 | January 13, 2016 |
| Hearing on uCool's Motion for Partial Summary Judgment | December 16, 2016 | February 3, 2016 or as soon thereafter as the Court's calendar permits |

IT IS SO ORDERED.

DATED: __October 18__, 2016

_____
Honorable Charles R. Breyer
UNITED STATES DISTRICT COURT JUDGE