UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>LILITH GAMES (SHANGHAI) CO. LTD., et al.,<br><br>        Defendants. | Case No. 15-cv-04084-CRB   (JSC)<br><br>**UNSEALING ORDER**<br><br>Re: Dkt. No. 110 |

On November 1, 2016, the Court denied Defendant uCool Inc.'s request for an order compelling Plaintiff Blizzard Entertainment, Inc. to produce communications between it and Riot Games, LLC relating to ownership of the intellectual property in the game "Defense of the Ancients." (Dkt. No. 110.)  The Court filed the November 1 Order under seal because various matters referenced therein were filed under seal in this matter. (*Id.* at 6.)  However, the Court noted that it was "not persuaded that the entirety of th[e] Order is confidential or properly sealable" and required the parties to inform the Court by no later than November 10 what information, if any, within the Order must remain sealed. (*Id.*)  Neither uCool nor Blizzard has filed any notice requesting that any portion of the Order be maintained under seal.  Accordingly, the Court orders that its April 20 Order be UNSEALED.

**IT IS SO ORDERED.**

Dated: November 16, 2016

                                                        JACQUELINE SCOTT CORLEY<br>                                                      United States Magistrate Judge