MAYER DECLARATION

EXHIBIT 1

1              UNITED STATES DISTRICT COURT

2            Northern District of California

3

4

5    BLIZZARD ENTERTAINMENT, INC.,  )
     et al.,                        )
6                                   )
                   Plaintiffs,      )
7                                   )
         vs.                        )  Civil Action No.
8                                   )  15-cv-04084-CRB
     LILITH GAMES (SHANGHAI) CO.    )
9    LTD. et al.,                   )
                                    )
10                 Defendants.      )
     _____)

11

12

13

14

15        Videotaped Deposition of ALEXANDER MOSS

16               Salt Lake City, Utah

17             Friday, September 9, 2016

18

19

20

21

22

23

24   Reporter by:  VICKY McDANIEL

25   NDS Job No.:  184983

                                                        1

1                    UNITED STATES DISTRICT COURT

2                  Northern District of California

3

4

5    BLIZZARD ENTERTAINMENT, INC.,  )
     et al.,                        )
6                                   )
                   Plaintiffs,      )
7                                   )
        vs.                         )  Civil Action No.
8                                   )  15-cv-04084-CRB
     LILITH GAMES (SHANGHAI) CO.    )
9    LTD. et al.,                   )
                                    )
10                 Defendants.      )
     _____)

11

12

13

14

15          Videotaped Deposition of ALEXANDER MOSS,

16     taken at Snell & Wilmer, LLP, 15 West South Temple,

17     Suite 1200, Salt Lake City, Utah, commencing at

18     10:12 a.m., on Friday, September 9, 2016, before

19     VICKY McDANIEL, CSR, RMR.

20

21

22

23

24

25

                                                              2

```
 1    APPEARANCES:

 2

      FOR PLAINTIFFS BLIZZARD AND VALVE:
 3
              MITCHELL, SILBERBERG & KNUPP, LLP
 4            BY:  Emily Evitt, ESQ.
              11377 West Olympic Boulevard
 5            Los Angeles, California 90064
              (310) 312-3280
 6            efe@msk.com

 7

      FOR DEFENDANT UCOOL, INC.:
 8
              QUINN EMANUEL URQUHART & SULLIVAN, LLP
 9            BY:  Evette D. Pennypacker, ESQ.
                   Michael LaFond, ESQ.
10            555 Twin Dolphin Drive
              5th Floor
11            Redwood Shores, California 94065
              (650) 801-5000
12            evettepennypacker@quinnemanuel.com
              michaellafond@quinnemanuel.com
13

14    FOR DEFENDANT LILITH GAMES:

15            BAKER & McKENZIE, LLP
              BY:  Teresa H. Michaud, ESQ.
16            Two Embarcardero Center
              11th Floor
17            San Francisco, Califonia 94111
              (415) 576-3023
18            teresa.michaud@bakermckenzie.com

19

      FOR THE WITNESS:
20
              TECHLAW VENTURES, PLLC
21            BY:  BENJAMIN STANLEY, ESQ.
              3290 West Mayflower Way
22            Lehi, Utah 84043
              (801) 854-7268
23            ben.stanley@techlawventures.com

24

      VIDEOGRAPHER:  Ryan Reverman, CLVS
25
```

3

```
1                     - PROCEEDINGS -

2                THE VIDEOGRAPHER:  We are now on the

3    record.  The time is approximately 10:12 a.m.  This

4    is the videotaped deposition of Alexander Moss in the

5    matter of Blizzard Entertainment, Incorporated,

6    et al., versus Lilith Games Company, LTD, et al.,

7    being held at the offices of Snell & Wilmer in Salt

8    Lake City, Utah, on September 9th, 2016.

9                My name is Ryan Reverman, certified legal

10   videographer, appearing on behalf of Network

11   Deposition Services.  The court reporter is Vicky

12   McDaniel, also appearing on behalf of Network

13   Deposition Services.

14                Counsel will now state their appearances

15   for the record, and the witness will be sworn.

16                MS. PENNYPACKER:  Evette Pennypacker.  And

17   with me is Michael LaFond, from Quinn Emanuel, and

18   we're here on behalf of uCool, Inc.

19                MR. STANLEY:  Benjamin Stanley from

20   TechLaw Ventures, PLLC, representing the deponent,

21   Alex Moss.

22                MS. EVITT:  Emily Evitt from MSK,

23   representing Plaintiffs Blizzard and Valve.

24                MS. MICHAUD:  Teresa Michaud from Baker &

25   McKenzie, representing Lilith Games.
```

Case 3:15-cv-04084-CRB  Document 131-2  Filed 02/03/17  Page 6 of 58

```
 1                        ALEXANDER MOSS,

 2        called as a witness, being first duly sworn, was

 3             examined and testified as follows:

 4                        EXAMINATION

 5   BY MS. PENNYPACKER:

 6        Q.    Good morning, Mr. Moss.  We've met off the

 7   record, but my name is Evette Pennypacker, and I'm

 8   here on behalf of uCool, Inc., who is a defendant in

 9   a lawsuit brought by Blizzard and Valve.

10             First of all, thank you for coming.  I

11   know that you had to take work off today, and we

12   really appreciate your time to help us just get some

13   information.  And I'm wondering, have you been in a

14   deposition before?

15        A.    No.

16        Q.    Okay.  Well, I'm sure your counsel gave

17   you already some background; but just to give a

18   little bit of the rules of the road for the

19   deposition today, the most important person in the

20   room is the court reporter, because she will be

21   taking down everything that is said when we're what's

22   called on the record.  And it's really obvious when

23   we're on the record, because Ryan at the end of the

24   table will announce it and it will be very clear.

25             And at that time then everything that's
```

                                                              7

```
 1            Q.     Okay.   What kind of documents do you think
 2     those would be?
 3            A.     I at some time was in possession of the
 4     game files themselves of the DotA program, and I may
 5     have had more pictures.   However, I don't -- I should
 6     not speculate on that.   But I do know I was at least
 7     in possession of the actual files themselves.
 8            Q.     Do you know when you would have had those
 9     files themselves?
10            A.     My recollection of the dates are not
11     clear, but when I was working on it, when I was
12     working on the DotA project.
13            Q.     And do you know when you would have no
14     longer had those files?
15            A.     I am not.   I thought I would have, but I
16     appear to have lost them since I have switched
17     computers.
18            Q.     And you're not sure when that happened?
19            A.     I have no idea.
20            Q.     Do you remember when you switched
21     computers?
22            A.     No.
23            Q.     Was it years ago that you switched
24     computers?
25            A.     I have had -- I have had more than one
```

                                                            17

1    computer since I worked on the DotA project.

2          Q.    And it's just at some point since you

3    worked on the DotA project till now they got lost,

4    but you're not sure when?

5          A.    Yes.

6          Q.    Okay.  So you mentioned DotA.  For the

7    record, can you explain, what is DotA?

8          A.    DotA --

9                MR. STANLEY:  Objection to the extent the

10   question may call for a legal conclusion.

11         Q.    (By Ms. Pennypacker)  Oh.  Well, let's

12   start slowly.  What does DotA stand for?

13         A.    DotA stands for Defense of the Ancients.

14         Q.    And what is your understanding of what

15   Defense of the Ancients is?

16         A.    It is a 5v5 multi-player game in which two

17   teams -- in which two teams both attempt to destroy

18   the other's central structure, which results in

19   victory.

20         Q.    And what is your understanding of how --

21   of when DotA was created?

22         A.    I do not have any more knowledge of that

23   topic than could be found easily.  My own

24   understanding is that EUL is often cited as near the

25   beginning of the chain, but I do not have any special

18

Alexander Moss                                           September 9, 2016

1    information on that.

2              MS. PENNYPACKER:   EUL is E-U-L.

3              I warned her that we would be using terms

4    that we would have to spell to help her out.

5         Q.   (By Ms. Pennypacker)  So I understand that

6    this is just your understanding.  You don't have what

7    we call personal knowledge of it.

8         A.   Yes.

9         Q.   I'm just wondering what your understanding

10   of it is.  Do you have an understanding of when DotA

11   was created?

12        A.   No.

13        Q.   When did you first come in contact with

14   DotA?

15        A.   I do not recall the exact year, but I came

16   into contact with it after it had been -- after

17   Guinsoo had been the project lead for some time.

18   Again, exact dates I do not recall.

19        Q.   I understand you don't remember exact

20   dates.  Do you have a range that you can remember,

21   like based on what you were doing at the time?

22        A.   All I can comment on is I have some

23   recollections of being in college at that time, but

24   which year, I do not know.

25        Q.   Okay.  When were you -- what years were

                                                           19

1    you in college?

2         A.    It may be humorous to hear that I am not

3    sure.

4         Q.    Well, when did you graduate?

5         A.    I graduated from high school in 2003, and

6    I did not take any breaks before college.  And I

7    believe I was in college for approximately five years

8    at the University of Utah.  So that's the approximate

9    range I can offer.

10        Q.    Okay.  Again, we'll look at some

11   documents, and it might help you remember more

12   specifically.  But I appreciate your being very

13   precise.

14              So even though you don't remember exactly

15   when it happened in this range when you were in

16   college, how did you come into contact with DotA?

17        A.    I do not recall a first encounter or

18   experience, but I became involved on the forums --

19   time unknown, again -- at some point.  I do not

20   recall if I was introduced -- in what fashion I was

21   introduced.

22        Q.    Can you explain for the record, what do

23   you mean by "forums"?

24        A.    Okay.  DotA as a program was established

25   and had a fan base, and so people would go to a

                                                          20

```
1    finding this game and thinking it was very

2    interesting.  That's -- that is the earliest memory I

3    can come up with that will be clearly linked to DotA

4    in this case.

5         Q.   (By Ms. Pennypacker)  Okay.  At some point

6    did you work on DotA?

7         A.   Yes, uh-huh.

8         Q.   How did you start working on DotA?

9         A.   My contributions began entirely

10   informally.  I -- these forums that I mentioned were

11   often a place that people would come to post some

12   ideas about what they thought should go into the

13   game, myself being one of those.

14             I -- so I was one of those who had my

15   ideas there, which I was -- my efforts were

16   recognized, and I was able to gain -- I don't want to

17   be vague, but gain Guinsoo's ear, as it were, to --

18   to have a greater chance that my ideas would enter

19   usage.  So that would be how I began working on it.

20        Q.   Okay.  Who is Guinsoo?  Guinsoo is

21   G-u-i-n-s-o-o, right?

22        A.   Yes.

23        Q.   Okay.  That's for her.

24             So who is Guinsoo?

25        A.   Guinsoo was the head of the DotA project
```

22

1    before I began working on it, and was also the head

2    during a period of time that I was working under him

3    before I functionally became the head later on.

4           Q.    Okay.  Did you ever meet Guinsoo?

5           A.    No.

6           Q.    Did you ever know Guinsoo's -- during the

7    time you were working on the DotA project, did you

8    know Guinsoo's real name?

9           A.    I do not recall.  I do not know it at this

10   time.

11          Q.    Oh, okay.  That would have been an easier

12   question.  Sorry.

13                Okay.  So how is it that -- how is it that

14   you gained Guinsoo's ear, if you will?

15          A.    My primary benefit was that, unlike most

16   people who posted their ideas, I would actually use

17   the editor that came with the program, with the

18   Warcraft III program, to create my ideas so people

19   could actually play test them themselves as opposed

20   to simply posting the idea and hoping someone else

21   would make it for me.

22          Q.    Okay.  Can you describe more about people

23   posting ideas on these forums?  What kind of ideas

24   were they posting?  What was going on there?

25          A.    I would say the ideas were not limited to

                                                              23

1    any particular aspect of the game.   People could

2    comment on essentially anything.   Should they -- they

3    could comment on appearance, they could comment on

4    how things were balanced, or, like myself, could

5    present either partial or complete hero ideas for

6    public scrutiny, you might say.

7         Q.    What did you mean by "balance"?

8         A.    In video games it is often very important

9    that no particular choice be unfair.  So, as

10   mentioned before, this game involves five players

11   versus five players.  These players will choose to

12   play a specific hero for the duration of a match.

13   And it is regarded as important that no particular

14   hero is more powerful than any other; otherwise,

15   there are simply clear choices and the game suffers.

16            This can also be applied to the specific

17   items that the heros may purchase.  Some may be much

18   superior to others, and so forth.

19        Q.    And so balance refers to making sure that

20   the powers and -- the powers of heroes and items and

21   other aspects of the game are balanced?

22        A.    Yes.  It -- what constitutes game balance

23   is likely a very long topic here, but the idea being

24   that it is -- produces either equitable experience

25   for those involved or would perhaps be something that

24

1    maintains the health of the game in the long term,

2    that may in fact not be balanced but may cause it to

3    be at least enjoyable for those playing.

4         Q.    And so the fans who were participating in

5    these forums could post their ideas about how to

6    maintain balance in the game and these different

7    aspects you described?

8         A.    Yes, often with much vulgarity.

9         Q.    And the same thing about the appearance of

10   the game, fans could -- would post their ideas

11   about -- and views and opinions about the appearance

12   of the game?

13        A.    Yes.

14        Q.    Okay.  And then you also said that fans

15   participating in the forums would post partial or

16   complete hero ideas.  What kind of ideas were people

17   posting about that?

18        A.    I do not recall the specific examples,

19   but -- I was wondering if you could re-ask that

20   question, just to make sure -- I feel as though I

21   would be answering the same question a second time.

22   Would you mind just saying that again for me?

23        Q.    Oh.  So what kind of ideas were fans

24   posting about heroes on the forums?

25             MR. STANLEY:  Objection to the extent the

                                                          25

1    while you were involved in the forum, did they use

2    their real names?

3          A.    No.

4                MR. STANLEY:  Objection to the extent the

5    question calls for speculation.

6          Q.    (By Ms. Pennypacker)  Did most people use

7    an alias or a screen name?

8          A.    Yes.  That would be the common tradition.

9    I'm not sure of the word I'm looking for there.

10         Q.    So when you -- you said that you posted

11   something and you gained Guinsoo's ear.  Can you

12   explain what you mean by that?

13         A.    The precise progression I do not recall.

14   Simply that, as I suggested a couple of ideas, they

15   were accepted, and that over time my -- my creations

16   were given credence that they would be good.  And

17   that made Guinsoo more likely to pay attention to me

18   directly, and at some point established more direct

19   contact than simply forum posts.

20         Q.    So you may not remember the first time it

21   happened, but how did it occur that Guinsoo -- how

22   did you know that Guinsoo noticed your creations that

23   you posted on the forum?

24         A.    I do not recall if he ever made a public

25   comment.  I do remember being excited that one of my

                                                         31

1    ideas was used, but I do not recall if I was given an

2    immediate acknowledgement or -- my understanding

3    while on the forums was that we would be excited to

4    have our ideas used; so it would not -- it would not

5    have upset me if my idea were to show up without

6    having my permission asked, because it was more an

7    honor to have it go in there than the idea that they

8    were being taken from you.

9         Q.    Right.   I mean, that was kind of the hope

10   in posting the idea in the first place, right, that

11   it would get used in the game?

12        A.    That was the hope.   That was the dream

13   under most circumstances.

14        Q.    And so at some point you saw one of your

15   creations that you posted in the forum in the game.

16   What creation was that?  Do you remember?

17        A.    It was the Morphling Hero.

18        Q.    And how did you find out that Morphling

19   Hero would be used in DotA?

20        A.    I do not recall the first notification,

21   simply that it was placed in the game as I designed

22   it.

23        Q.    How did you design Morphling Hero?

24        MR. STANLEY:  Objection to the extent the

25   question is vague or ambiguous.

                                                              32

```
 1              But if you can answer it, feel free.

 2              THE WITNESS:  If, like the hero -- the

 3   DotA question, if we could perhaps take it in a few

 4   clear steps, it may be easier than trying to tackle

 5   that whole process in one go.

 6         Q.   (By Ms. Pennypacker)  Okay.  Can you

 7   describe, what is Morphling Hero?

 8         A.   Okay.  Morphling is a hero.  It is an

 9   agility hero.  That is one thing I perhaps forgot to

10   mention earlier.  All heroes have a primary

11   statistic; so, as I mentioned the agility, strength,

12   and intelligence earlier, heroes would have a

13   specialization, one of those which would cause that

14   statistic to also increase their attack damage and

15   would typically lend them towards certain item

16   purchases, play styles, and so forth.

17              Morphling was an agility hero, which the

18   core concept of it was that he was capable of

19   switching his strength and his agility depending on

20   the situation, because greater strength would give

21   him more health while greater agility would give him

22   more damage.  So the core idea being that he could be

23   flexible, hence his name.

24              The other abilities, I recall the original

25   ultimate of his was also to copy the spells of other
```

                                                          33

```
 1    heroes.  That has since been changed, I know, but

 2    that was the original concept.  I do not recall what

 3    his other two abilities were beyond that at the time.

 4         Q.    And where did you get the idea for

 5    Morphling Hero?

 6              MR. STANLEY:  Objection to the extent the

 7    question is ambiguous.  May call for speculation.

 8    May call for a legal conclusion.

 9              THE WITNESS:  I don't recall a particular

10    inspiration.  The name was from -- I was inspired by

11    Magic: The Gathering card, which is called Morphling.

12    I do not recall what that card even does.  I just

13    thought, again, given the name, it sounded

14    appropriate.  But that was where the name came from.

15    I do not know if I could point to an inspiration

16    as -- yeah.  I can't say anything without

17    speculating.

18         Q.    (By Ms. Pennypacker)  Okay.  So what did

19    you do to -- I'm not a creative person, I'm a lawyer.

20    I do non -- I mean, there's an element of creativity

21    in what I do, but I couldn't make something.  So I'm

22    just trying to find out, from what you remember, how

23    did you make Morphling Hero?

24         A.    Okay.  This will require a short

25    explanation, attemptedly short, of the editor which
```

34

Alexander Moss                                              September 9, 2016

1    we used.

2              The editor has several different aspects

3    to it which allows you to modify different properties

4    of a particular map.  So a map is a single file which

5    contains information on the terrain, so just, are

6    there mountains, are there different objects located

7    about; the different units, either heroes or

8    non-heroes that also occupy structures.

9              There were also options to modify when

10   certain sounds were played, and as well as, most key

11   to our discussion today, something called the Trigger

12   Editor, which was a very novice-friendly programming

13   language.  If you know the term "GUI" -- capital G,

14   capital U, capital I -- that stands for Graphical

15   User Interface.  It was a very pleasant way for

16   somebody who was not familiar with programming to

17   select options from a list to create programming-like

18   statements that allowed you to modify the behavior of

19   things in the game.

20             So to create a hero, you would first have

21   to create in a separate part called the Unit Editor.

22   So we have the Trigger Editor, and now we have the

23   Unit Editor where you would take a unit and create

24   this new hero -- you might say entry.  A detail of

25   this was that you had to copy off of a pre-existing

35

1    hero to create that baseline.  The program apparently

2    required a sort of hero flag in order to give you

3    certain editing options.  However, you were not

4    limited to keeping the hero similar.

5               The program simply -- I do not know how

6    the program worked behind the scenes, but it appeared

7    that the program treated normal units and heroes very

8    differently.  And as such, you would have to copy

9    a -- one of the heroes that existed in Warcraft III

10   in order for the game to recognize that you wanted to

11   work on a hero as opposed to a normal unit.  Once you

12   did this, you were free to modify the statistics that

13   I mentioned earlier and assign different abilities to

14   that hero.

15              The basic abilities were limited to those

16   provided by the original Blizzard program.  So if I

17   chose to give a hero an ability, I had to select

18   again from a list of abilities, similar to how I had

19   to select from a list of heroes from which to modify

20   things.

21              These abilities were hard-coded in some

22   fashions that we could not overcome.  For instance, a

23   basic ability that came with a hero was shock wave

24   where the hero would cause an amount of damage to

25   move forward in front of them, damaging everything

36

1   with a short travel time.  This had associated values

2   in things such as terrain deformation.  The graphical

3   effect would bend the ground underneath it.

4              However, a similar ability, I believe it

5   was called carrying swarm, by a different hero, basic

6   hero, had a similar functionality where it would

7   send -- it would send damage forward.  But it in the

8   original version did not have a terrain deformation

9   aspect to it, so when you went to look at it in the

10  editor, you would not have the option to change it.

11  That field would simply not show up.  So we were

12  limited in what fields we could modify all these

13  abilities based on our choice of original ability we

14  copied it from.

15             So to create an ability, you would have to

16  copy a basic ability which you believed would best

17  fit the needs for your new ability.  You could modify

18  the pre-existing values as well as sometimes a few

19  ones that may not have been obvious from its

20  original.  But they were all preestablished.

21             From there we could use the Trigger Editor

22  as a program to watch for when these were cast by the

23  hero and then to execute a separate program, giving

24  us greater flexibility than simply always doing

25  exactly what the original ability did.  So, for

37

1    instance, if you wanted a shock wave to echo and come

2    back at the hero, you could make a trigger which

3    would say -- which would watch for when this hero

4    casts an ability, then wait however long you want to

5    time it, and then create another invisible unit at

6    the other end and have it cast a second one back in

7    the opposite direction.

8              So this would give the ability

9    functionality beyond what the basic ability would

10   have, allowing us to greatly enhance what was

11   possible in the game.  So that is what constitutes

12   creating a hero would be to create that unit, modify

13   the basic statistics, assign to it abilities, and

14   then add in any triggers you would like on those

15   abilities to give them the functionality that you

16   desired.

17        Q.   Thank you.  That was really very helpful.

18   And that's the process that you used to create

19   Morphling Hero?

20        A.   Yes.

21        Q.   Okay.  Do you also design some way that

22   Morphling Hero looked, clothing, features like that?

23        A.    In the Unit Editor you could choose the

24   model.  However, we were again predominantly limited

25   to the models that already existed in the game.

38

1    Again, how the Phantom Lancer acquired its model from

2    outside, it was beyond my expertise.  We could modify

3    some aspects of its appearance, such as you could

4    change the level of lighting, the color hue.  You

5    could change its size.

6            And I do not recall the precise details,

7    but there was the ability to modify the timing on

8    their animations, but you could not create novel

9    animations.  For instance, in a separate hero, there

10   was a hero called Sand King, which I was also

11   responsible for later on, and the model that it used

12   was a sort of scorpion-like feature that Blizzard had

13   already produced.  I discovered that it had an

14   excellent burrowing animation that I would like to

15   use for some of his abilities; however, I could not

16   make -- I could not take a different model and give

17   it a burrow animation.  I was limited in that.  I had

18   to find what animations existed in the game before I

19   was involved.

20       Q.    Okay.  A couple of times you've mentioned

21   something like original Blizzard program or Blizzard

22   program.  It may be helpful if you could explain,

23   what do you mean by that?

24       A.    Okay.

25            MS. EVITT:  Objection; vague, and to the

```
 1   created?

 2          A.    I am not sure I could name them from my

 3   memory, but I could name a good number of them as

 4   well as, if given a list of the heroes, I would feel

 5   comfortable recognizing many of them.

 6          Q.    Okay.  Do you remember, did you post

 7   multiple heroes before you started to correspond with

 8   Guinsoo directly, or --

 9                MR. STANLEY:  Objection to the extent the

10   question's been asked and answered.

11                THE WITNESS:  I believe so but do not

12   recall.

13          Q.    (By Ms. Pennypacker)  Okay.  Well, at some

14   point your interaction with Guinsoo changed from

15   being a fan posting to more direct interaction.  Is

16   that right?

17          A.    Yes.

18          Q.    Okay.  And what did that mean?  What does

19   it mean that you had more direct interaction?

20          A.    It means that rather than being reliant on

21   simply forum posting, I likely had some way of

22   contacting him.  At the time this would likely

23   constitute the chat programs that were popular, such

24   as AIM or IC2.  I do not recall which exact program I

25   used, but it was likely a chat program of that sort.
```

                                                          43

```
 1          Q.    And what were you chatting with Guinsoo

 2   about?

 3          A.    I do not recall exactly everything,

 4   obviously.  But I'm going to ask again that we maybe

 5   take this in steps, because my interaction -- my

 6   interaction probably -- I don't want to say

 7   "probably."  My interaction grew from simply being an

 8   idea person to, at a later date, being responsible

 9   for a wide variety of aspects of the program such as

10   balance, hero additions, and so forth.  The exact

11   progression between those two points, I don't

12   remember.

13          Q.    That's fair.  Thank you.

14                So in the beginning when you were

15   interacting directly with Guinsoo as more of an idea

16   person, what do you mean by that?

17          A.    I mean that I didn't seek to work on

18   anything other than introducing new ideas.  I was not

19   particularly interested in, for example, the balance,

20   or I was not interested in modifying the terrain.  My

21   primary interest was simply getting to create unusual

22   and new ideas and then seeing them played.

23          Q.    Did Guinsoo contact you and ask you for

24   ideas?

25          A.    I don't recall.
```

44

Alexander Moss                                                    September 9, 2016

1          Q.    Okay.  But you do recall giving him

2     ideas --

3          A.    Yes.

4          Q.    -- directly as opposed to the forum post?

5          A.    I don't have a specific memory, but I'm

6     confident that that occurred.  So --

7          Q.    And generally, when you would give him an

8     idea -- can you think of a specific idea that you

9     gave him and then it ended up in the game, other than

10    Morphling?  During the time when you were an idea

11    person.

12         A.    Yeah.  I am simply trying to remember

13    which of my ideas may have gone in under Guinsoo as

14    opposed to those that went under my own.  That is why

15    I'm taking a moment here is -- because I

16    had Morphling.  I have the impression, again, that

17    Pudge was one of my earlier -- this is a case where I

18    may have to have some -- maybe a change log or

19    something to remind me.  I'm trying my best, but I

20    don't recall what may have been precisely under him

21    as opposed to later.

22         Q.    And I apologize; I'm not trying to make a

23    test.  Maybe I can ask it this way.  I was trying to

24    avoid what I think they were going to object.  But

25    is -- I'm just trying to understand the process

                                                              45

1  during the time you were an idea person.  So you

2  submitted an idea to Guinsoo, and then what generally

3  would happen, knowing that I know you can't recall

4  the specifics time-wise?

5           MR. STANLEY:  Objection to the extent it

6  may be vague.  Objection to the extent it may be

7  vague as related to time period.  May call for

8  speculation.  May be asked and answered.

9           THE WITNESS:  I believe the best way to

10  answer this is that I had a reasonably familiar and

11  genial relationship with him.  So it would not be

12  typified as a worker submitting something to a boss

13  so much as a friend submitting an idea to somebody

14  else who was perhaps above me in the DotA hierarchy;

15  but it was not, again, an official manner.  Let me be

16  clear on that.  Simply there was no clear process,

17  there was no, I submit it to this location, he would

18  review it, and then he would return it with comments.

19  It would simply be, hey, Guinsoo, I have this idea;

20  want to hear about it?  So that would be a better

21  example of how that sort of relationship would work.

22       Q.   (By Ms. Pennypacker)  Okay.  I understand.

23  And so would he give comments to your idea, and then

24  you would give comments to the idea, and then it

25  would go in the game?  I'm just trying to get a sense

46

Alexander Moss                                                September 9, 2016

1    of how it worked.

2         A.   He certainly had the ability to say if he

3    liked the idea or not.   I don't recall specifically

4    details of, say, when I submitted an idea, he

5    particularly told me something back.   But he

6    certainly had a say as to whether he liked the idea

7    or not and could certainly tell me that if he didn't

8    like the idea that -- to go work on it and maybe make

9    him like it or something.

10        But, yeah, that there would be feedback

11   from him, but I don't recall any specific feedback,

12   simply that generally he was the gatekeeper at that

13   time, so I had to have his approval.

14        Q.   Okay.   And do you know if other people

15   were submitting ideas similarly in a similar way you

16   were and then having those ideas end up in the game?

17   I'm just asking if you know.

18        A.   Yes, I know of at least one other person

19   at the time.

20        Q.   Do you know that person's name or screen

21   name?

22        A.   He went by Terrorblaze.   I want to say

23   that the B in his name was perhaps an Eszett from

24   German, but I don't recall precisely.   That's the

25   best I recall.   I recall he was at least one other

47

1   person that was somewhat submitting some ideas and

2   had something of a connection to Guinsoo in a similar

3   one to myself.

4           Q.    Did you ever meet Terrorblaze?

5           A.    No.

6           Q.    Do you know Terrorblaze's real name?

7           A.    No.

8           Q.    Do you know what ideas Terror -- do you

9   know any of the ideas that Terrorblaze was submitting

10  to Guinsoo?

11          A.    I know of some of the heroes that I would

12  credit to him in part or in whole, but I don't know

13  of all the ideas he had submitted or anything.

14          Q.    Okay.  Which heroes do you know about?

15          A.    He had a definite impact on a hero called

16  Tidehunter.  I don't -- I have a faint recollection

17  of him talking something about the ultimate, but I

18  don't want to say with any certainty which portion of

19  that hero was entirely his idea or not.

20              He was also -- at some point he and myself

21  collaborated on the concept of Enigma, which I know I

22  am responsible for the ultimate ability, black hole,

23  and I'm also the person who created the hero in terms

24  of actually coding it and putting it together in the

25  editor.  But I recall that some of his ideas were

48

Alexander Moss                                                    September 9, 2016

 1   instrumental in creating the other abilities involved

 2   with the hero.

 3           And finally, I believe -- I don't want to

 4   speculate, but I have a very strong impression that

 5   he was involved with -- I believe the hero's name is

 6   Abaddon, something.   I do not recall if that's his --

 7   heroes have both a first name as well as a class.

 8   So, for instance, Anti-Mage, people call him

 9   Anti-Mage, but technically his name is Magina.

10           So there is no clear indication -- for

11   instance, there is no clear indication which name is

12   to be used.   The community simply uses one of them.

13   Enigma, I believe his first name is Darchrow or

14   something to that effect, but everybody simply refers

15   to it as Enigma.   But they have both.   So I do not

16   recall if Abaddon is the first or the second name in

17   that case.   And those are the three that I most

18   strongly associate with Terrorblaze.

19       Q.    Do you remember some of the attributes of

20   Tidehunter?

21       A.    General statistics in terms of numbers,

22   no.  In general, he used a tall sea kraken type model

23   that -- was it a kraken or sea giant?  Something.  It

24   was a large sea-themed monster model where he had --

25   I believe he had anchor smash as one ability.  I

                                                              49

1    believe -- I do not know if he has changed

2    significantly since that time.  This information is

3    out there on many sites.  But I believe he had anchor

4    smash ability.  He had some sort of spout something,

5    and I believe he had an armor ability of some sort

6    that was passive, that is, you did not have to press

7    a button to cause something to happen; it would just

8    be there.

9            And then finally, he had an ultimate that

10   I do recall very clearly that caused a wave of

11   damaging spikes to erupt from him in the area that

12   would damage and stun everything near him.

13       Q.   I so wish my son were here.  He would be

14   so excited that I'm taking a deposition where we're

15   talking about these kind of things.

16            MR. STANLEY:  I'll ask the deponent if he

17   needs a break or anything at this point.  Are you

18   doing okay?

19            THE WITNESS:  I'm doing fine.  Maybe a

20   little bit of water at some point, but other than

21   that, I'm fine.

22            MS. PENNYPACKER:  I'm going to mark

23   another exhibit, because I just want to show you a

24   picture to see if I understand if this is Tidehunter

25   or not.  So this is Exhibit 2.

                                                              50

1              So I've marked Exhibit 2 -- oh, I'm sorry.

2     I can't talk while you're doing that.

3         (Exhibit 2 was marked.)

4              THE WITNESS:  Am I okay to move this to

5     the side?

6         Q.   (By Ms. Pennypacker)  Yes, yes.  Please

7     do.

8              So I've marked Exhibit 2 to this

9     deposition, and it's the First Amended Complaint in

10    this case.  And I just wanted to -- we were just

11    talking about Tidehunter.  And if you could turn to

12    the very back of this document.  It's page 8.

13        A.    Sorry.  I appear to --

14        Q.    Oh, I'm sorry.  It's Exhibit B, so you

15    have to go even back further.  And it's page 8 of

16    Exhibit B to Exhibit 2.  Are you on page 8?

17        A.    I'm on a page 8, but it's not --

18        Q.    Do you see a chart -- oh, there's a Bates

19    number.  There's a number at the bottom.  It's

20    JT 005939.

21        A.    No, I'm not there.

22             Okay, now I see where we are.

23        Q.    Okay.  If you look all the way to the

24    left, is that Tidehunter that you've been describing

25    to us?

                                                        51

```
 1              A.     Yes.

 2              Q.     Okay, thank you.  You can also put that

 3      one aside.

 4              A.     Okay.

 5              Q.     Other than Terrorblaze, can you think of

 6      any other people who were submitting ideas in the

 7      same way?

 8              A.     During the time frame we were just

 9      discussing, so before I became the head, he's the

10      only one I can recall by name.

11              Q.     So you talk about when you became the

12      head.  Maybe you can describe, what does that mean to

13      be the head?

14              A.     Okay.  So, as mentioned before, these maps

15      were the product of using the editor to modify the

16      rules, the units, and so forth in the game.

17      Typically when one took these maps and then would go

18      to play them with somebody else, if they did not have

19      this map, the game would automatically begin to

20      download for it -- would download it from the host,

21      which caused some complaint from foreign hosts.

22                     But this -- this process allowed the

23      game -- these maps to simply spread through the

24      Warcraft III program without the need of any other

25      external server to download from.  You could -- you
```

52

Alexander Moss                                          September 9, 2016

1    could distribute your own map through the

2    Warcraft III program without requiring anything else.

3              Now, usually one could then take the map

4    that you had gotten and open it up in the editor for

5    yourself and make whatever modifications you wished.

6    DotA -- there was some trick; I do not know exactly

7    how it worked.  I don't recall the details anymore.

8    But there was some trick to saving the file in a

9    fashion that it would still run in the Warcraft III

10   program but would not open the editor.  It would

11   simply cause the editor to either fail to open it or

12   actually crash the editor.  I don't recall which.

13   But it prevented you from accessing the map, we'll

14   say that.

15             This meant that there was a sort of --

16   there was a sort of protection then put on the DotA

17   map which kept others from simply taking DotA and

18   making their own versions.  By keeping that version

19   to -- keeping the unlocked version to himself, then

20   Guinsoo, or later myself, could ensure that we

21   maintained the map and that nobody else could make

22   modifications to it that we did not authorize.

23             So at the time I was working underneath

24   him, Guinsoo was the person that, again, had that

25   map, presumably on his hard drive somewhere, and that

                                                          53

Alexander Moss                                            September 9, 2016

1   anybody who wanted to make modifications to that map

2   would have to submit those ideas to him so that he

3   could make them on his version.   I could not simply

4   take the map from the world and put my hero in unless

5   he supplied me with the map, the unprotected map.

6              So that's really what it means to be the

7   head is that one gains authority simply because

8   modifications can't be made without your -- without

9   your say-so.

10      Q.    Okay.  Was there a website outside of

11  Warcraft III where you could download the map?

12      A.    Yes.  I'm sorry.

13      Q.    What was that?

14      A.    I don't recall its name, but it was a

15  separate website created by -- actually, I do not

16  know who it was created by.  It was simply a website

17  where one could go to download the map outside of the

18  Warcraft -- outside the Warcraft client.  And this

19  was closely tied to the forums I had mentioned before

20  where one could visit the same site, download the

21  map, and then click on a separate link to visit the

22  forums and talk about that map.

23      Q.    And you could download the map, and then

24  you could play the game?

25      A.    Yes.  It was, again, not required because

                                                          54

 1    one could download through the client.  It was simply

 2    a convenience.

 3         Q.    Okay.  Did you ever do that?

 4         A.    As in did I ever download the map myself

 5    from the website?

 6         Q.    Yes.

 7         A.    Yes, I certainly downloaded the map from

 8    the website at some point to play.

 9         Q.    Okay.  So at some point you became the

10    head.  How -- explain as much as you remember about

11    how that happened.

12         A.    This is -- so I need to step back a little

13    bit and explain just briefly that, as I mentioned, I

14    had moved up in the -- there's not even a chain of

15    command, but I had -- I had become what you might

16    call Guinsoo's right-hand man, however you'd like to

17    say it, in terms of modifying the map.  At some point

18    I was given access to the unprotected map as evidence

19    of my trusted position.  So before I officially

20    became the head of the project, I did have access to

21    the unprotected version of the map.

22              Now, in order to kind of be the head,

23    then, one would, of course, have to have an

24    unprotected version.  Now, I had that version, but

25    mine was somewhat out of date compared to the version

                                                        55

1    would post it publicly on the official site.  But we

2    would just check to make sure that we didn't break

3    something horribly in our code that -- before we went

4    and put it out there, they would just play a game or

5    two just to make sure that we didn't break anything

6    important and that they would, for instance, be asked

7    to play a specific hero to make sure that we had

8    resolved certain issues with that hero.

9         Q.    And when you were in charge of the map,

10   you worked with beta testers?

11        A.    Yes.

12        Q.    And how did the -- and beta testers

13   provided feedback based on their experience?

14             MR. STANLEY:  Objection to the extent the

15   question calls for speculation.

16             THE WITNESS:  If something was still

17   broken, we heard about it.

18        Q.    (By Ms. Pennypacker)  And then you went

19   and you would fix it?

20        A.    Or try, yes.

21        Q.    Okay.  When you were -- when you were

22   working on DotA, do you recall working with someone

23   who went by the screen name Shadow Penguin?

24        A.    Yes, I do.

25        Q.    Do you know what Shadow Penguin did?

86

```
1          A.    I do not recall precisely.

2          Q.    Do you recall generally?

3          A.    He was a friend that I would talk to with

4     ideas.  I don't recall if he had any specific

5     contributions or not at this time.

6          Q.    But he was -- did you know him through

7     your involvement with DotA?

8          A.    Yes.

9          Q.    And so what did you guys discuss about

10    DotA?

11         A.    I -- I just recall him being a friend that

12    we would bounce ideas off each other kind of thing,

13    where you would come up with an idea and you'd tell

14    somebody about it to make sure that it didn't just

15    sound good in your head.  And yeah, that would be

16    the, I think, primary activity.

17         Q.    Do you know if Shadow Penguin submitted

18    ideas to the forum?

19         A.    I don't recall.

20         Q.    Is it possible Shadow Penguin contributed

21    to the hero known as Bristleback?

22              MR. STANLEY:  Objection to the extent the

23    question calls for speculation and calls for a legal

24    conclusion.

25              THE WITNESS:  I don't immediately
```

1    associate his name with Bristleback in my mind.

2          Q.    (By Ms. Pennypacker)   Is there somebody

3    else that you associate with Bristleback?

4          A.    Yes.

5          Q.    Who's that?

6          A.    I did not recall his name until looking

7    over this list.  I believe it was Cottontop.  You can

8    see him listed in the beta testers.  I was actually

9    trying to remember this name previously.

10         Q.    Are there any other names you see in the

11   beta testers that you associate with a particular

12   hero?

13         A.    Terrorblaze.  That's all that I see.

14         Q.    So it's your memory that Cottontop

15   contributed in some way to the development of

16   Bristleback?

17         A.    Yes.  I associate Cottontop and Shadow

18   Penguin together in my head.  I believe they were

19   friends.  So I never met them, so I don't know

20   anything beyond this.  But that's what I recall is

21   having those two associated in my mind.

22         Q.    And so one or the other of them, as far as

23   you recall, created or worked on Bristleback?

24               MS. EVITT:  Objection to the extent --

25               MR. STANLEY:  Objection to the extent --

88

1    yeah.  Objection to the extent that misstates prior

2    testimony.

3              MS. EVITT:  That was going to be mine too.

4              THE WITNESS:  I believe -- again,

5    whichever, whichever one.  I recall -- what I recall

6    about Bristleback is that the basic idea was not

7    initially mine, but I do recall spending time working

8    on coding him.  In particular, I recall he had at the

9    time a passive ability which, if attacked from

10   behind, he took reduced damage and would actually

11   retaliate with a small spray of damage at his

12   attacker.

13             I recall struggling with that ability, but

14   I don't have a recollection of where all the ideas

15   came from, simply that I was involved somehow in

16   putting the hero together.

17        Q.   So why do you associate either Cottontop

18   or Shadow Penguin with Bristleback?  What did you

19   mean by that?

20             MR. STANLEY:  Objection to the extent the

21   question misstates prior testimony.

22             THE WITNESS:  I'm not sure.  I just recall

23   interacting with them, and I just have this vague

24   impression left in my mind that Bristleback was in

25   some fashion associated with those people.  And --

89

Alexander Moss                                                    September 9, 2016

1   and again, the vague idea that the initial idea for

2   the hero, or you might -- I'd say, yeah, just like

3   the inspiration or the seed to get it going to --

4   when you begin thinking about a hero, you often have

5   a particular idea in mind.  You think a certain

6   concept would be interesting, or you come up with one

7   or two abilities that you believe would work well

8   together, and then you have to kind of fashion the

9   rest of the hero from that.

10             I had the distinct feeling that I was not

11  the genesis of this hero in this particular fashion,

12  but that I was involved at some stage in its design

13  and/or production and actually putting it into the

14  map.

15        Q.   But somebody else came up with it?

16        A.   At least the initial idea that kind of got

17  it rolling.  So, like he had -- I don't remember what

18  he had.  But whatever he had was I believe started

19  by -- you know, somebody else had perhaps an initial

20  idea that then built on and was implemented by

21  myself.

22        Q.   Were there other heroes like that that you

23  worked on where there were a number of different

24  people who contributed one way or another to the

25  development of the hero?

90

1            MR. STANLEY:  Objection to the extent the

2    question misstates prior testimony.

3            THE WITNESS:  I have mentioned Enigma as

4    an example of a collaboration.

5        Q.   (By Ms. Pennypacker)  And that was with

6    Terrorblaze; is that right?

7        A.   Yes.

8        Q.   Okay.  I recall, for instance, working a

9    bit with a person who had a somewhat embarrassing

10   name.  SensualSuccubus was her screen name.  I

11   presume "her"; it's the Internet.  But Sens, as I

12   called her, S-e-n-s, had a superior memory for

13   various icons that were already in the game, and as

14   such I recall talking to her on some occasions to

15   help me think of what would be some good icons to use

16   for these particular abilities, to maybe make them

17   just look better on the bar.  That's one example.

18            I can't recall any other specific examples

19   in this case.  But those are the ones that come to

20   mind.

21       Q.   Okay.  And SensualSuccubus, that was --

22   the work that you did with her was related to icons,

23   not heroes?

24       A.   So when you place an ability on a hero,

25   I'm not sure if you've seen a screen of perhaps what

                                                      91

 1          Q.    (By Ms. Pennypacker)   So when you were --

 2    when you were working under Guinsoo, it's your

 3    recollection you put in several hours a day on

 4    working on DotA?

 5          A.    Yes, likely escalating as time went on.

 6    So early on probably not as much, but later on, as

 7    responsibilities increased, I would probably escalate

 8    as well.

 9          Q.    And then when you were -- when you were

10    head of the map, about how much time do you think you

11    spent per day working on DotA?

12          A.    I can simply answer in the same, that I

13    served and I spent many hours, on average, easily a

14    couple -- again, at least -- I would say on average I

15    could definitely spend at least one or two hours a

16    day, at least.  Exact numbers, no idea.

17          Q.    Sure.  I mean, it was just kind of a labor

18    of love?

19          A.    Yeah.

20          Q.    Okay.  Now you can look at Exhibit -- what

21    are we at?  8?

22                And I can tell you, if it helps, that what

23    I really want to look at is -- so Exhibit 8 is marked

24    UCOOL 58722 to 58728, and I want to direct your

25    attention to 58724.  And if you see, there's a box in

                                                           96

```
 1    the middle --

 2            A.     Yup.

 3            Q.     -- and it says Neichus.  Do you see that?

 4            A.     Yes.

 5            Q.     Can you look at that box?  And then we'll

 6    talk about that one.

 7            A.     Okay.  (The witness reviews the document.)

 8                   Okay.

 9            Q.     (By Ms. Pennypacker) So did you write

10    this?

11            A.     Yes.

12            Q.     And it says "did a lot of hero work."  Do

13    you see where that begins?

14            A.     Yes.

15            Q.     And then it lists the heroes.  Is that an

16    accurate list of the heroes that you recall working

17    on while you were working on DotA?

18            A.     Yes.  Again, just being clear that, as I

19    mentioned, shortly afterward that some of them I

20    would consider mine.  Others may simply be

21    modifications.  But yes.

22            Q.     Oh, okay.  So some of them were completely

23    your creations, and others were, as we discussed

24    before, you worked with other people on them?

25            A.     Or, more precisely, you notice the ones
```

97

1    that have 2.0 -- Phantom Lancer 2.0, Necro'lic 2.0,

2    Tiny 2.0, Stealth Assassin 2.0, and Death Prophet

3    2.0?

4          Q.    Uh-huh.

5          A.    That would just be my way of indicating

6    that those heroes had previously existed in some form

7    before my involvement and that I had simply modified

8    them to a point that I would consider them not mine.

9    But again, as I state, they would be so significantly

10   different that it would be debatable whether you

11   could call them the same hero in some ways.  But they

12   existed at least in some form before I was involved

13   or got my hands on them.

14         Q.    Okay.  And also in this list is

15   Bristleback.  Do you see that?

16         A.    Yes.

17         Q.    So earlier you testified that you worked

18   with either Shadow Penguin or Cottontop or both -- I

19   can't remember which --

20         MR. STANLEY:  Objection.

21         Q.    (By Ms. Pennypacker)  -- on Bristleback.

22   Is that right?

23         MR. STANLEY:  Objection to the extent the

24   question mischaracterizes prior testimony.

25         THE WITNESS:  Yes.  I mean, this

98

Alexander Moss                                                September 9, 2016

1    Bristleback is the one that I was talking about that

2    I was -- somehow linked to those -- to Cottontop and

3    to Shadow Penguin.

4         Q.    (By Ms. Pennypacker)   And Enigma is also

5    in this list.  Do you see that?

6         A.    Uh-huh.

7         Q.    And is that The Enigma that you testified

8    working with Terrorblaze on?

9         A.    Yes.

10        Q.    Are there any other heroes listed here

11   that you worked with other people on in the way that

12   you described with Enigma and Bristleback?

13        A.    None come to mind in this case.

14        Q.    Okay.  And the last paragraph says, After

15   a few months of heading the project, I became really

16   disenchanted with the whole thing.  I got tired of

17   spending hours thinking and wrestling with the

18   editor; and then it goes on to describe how you left

19   it.

20             What happened that caused you to decide

21   not to work on DotA anymore?

22        A.    Just burnout.  Again, it was a labor of

23   love, and after a while it started to feel more like

24   a job that I wasn't being paid for, and it just

25   became very tiresome.

99

Alexander Moss                                                    September 9, 2016

1                    Also, this was -- I would say around this

2       time, around the time I was the head of it, was also

3       simply when I think it was becoming more popular, and

4       it scared me a little bit that -- this was a hobby.

5       This was nothing more.  And so I think just between

6       exhaustion and being scared a little bit, I just --

7       it soured my experience for it and I no longer

8       derived any enjoyment from it, and there was no other

9       reason to keep going then.

10           Q.    Did you talk with IceFrog about -- about

11      exiting from the project?

12           A.    I mentioned to him I was taking a break.

13      I did not tell him I was never going to come back,

14      because I'm not sure I knew that at that time.

15           Q.    When you were working -- when you were

16      head of the map, did IceFrog create any heroes?

17           A.    None that I recall.

18           Q.    What was his role when you were working on

19      the map?

20                 MR. STANLEY:  Objection to the extent the

21      question is ambiguous.  Calls for speculation.

22                 THE WITNESS:  I believe that actually the

23      previous exhibit does a really good job of showing

24      what he did a lot, where if you look at the change --

25      let me find some of these.  For instance, if you flip

                                                            100

```
1    over on the back, there's a section that says "memory

2    leak abilities fixed."  He really specialized in

3    fixing errors.

4              You'll notice that this change log is very

5    heavily weighted toward not new ideas but we fixed

6    this problem, we corrected this glitch, we -- you

7    know, we adjusted these things to no longer cause

8    errors.  That was really his specialty for -- when I

9    was working with him was -- was just simply -- he was

10   a superior programmer who understood how to fix the

11   code and make it not so finicky.  So I believe that

12   this is a good example of what he did do a lot of.

13        Q.   (By Ms. Pennypacker)  Okay.  And you know

14   that because you were working with him on DotA while

15   you were head of the map?

16        A.   I'm sorry.  Say that again.

17        Q.   And you know what he was doing because you

18   were working with IceFrog while you were head of the

19   map?

20        A.   Yes.

21             MS. PENNYPACKER:  Do you guys mind if we

22   break to take lunch?  I'm getting a headache because

23   I didn't eat breakfast.

24             MR. STANLEY:  Yeah.  It's one o'clock.

25             THE WITNESS:  That's fine by me.
```

101

Case 3:15-cv-04084-CRB   Document 131-2   Filed 02/03/17   Page 49 of 58

1        A.    No.

2        Q.    Do you know who created Bone Fletcher?

3        A.    No.

4        Q.    What about Shadow Priest?  Was Shadow

5   Priest in the game when you became in charge of the

6   map?

7        A.    I don't believe so.

8        Q.    Do you know who created Shadow Priest?

9        A.    I believe Guinsoo was instrumental in his

10  production, because he talked to me about some of the

11  ideas involved with him at some point.  But I don't

12  recall him being put in; I just recall that

13  conversation.

14       Q.    Do you know if Shadow Priest came to be in

15  the game at some point?  So you don't know when

16  Shadow Priest was in the game, so at some point

17  Shadow Priest was in the game?

18       A.    Yes, he was added to the game.

19       Q.    You just don't know if that happened

20  before you were in charge of the map?

21       A.    Yeah, I don't recall exactly.

22       Q.    Do you know if it happened when you were

23  in charge of the map?

24       A.    No idea.

25       Q.    Okay.  Okay.  I'm sorry to ask these

115

Alexander Moss                                                    September 9, 2016

1    questions.  It's just to -- so I have it.  I won't be

2    able to come back and follow up, so --

3                    Was -- are you familiar with Death

4    Prophet?

5         A.    Yes.

6         Q.    Was Death Prophet in the game when you

7    were in charge of the map?

8         A.    Yes.

9         Q.    Was it already in the game by the time you

10   became in charge of the map?

11        A.    Yes.

12        Q.    Do you know who created Death Prophet?

13        A.    No.  However, if I may add, she is one I

14   listed as having seen it get modifications to, just

15   to be absolutely clear.

16        Q.    So Death Prophet was already in the game

17   when you became in charge of the map?

18        A.    Yes.

19        Q.    But you made modifications to Death

20   Prophet while you were in charge of the map?

21        A.    Yes.  Like I just changed one or two of

22   her abilities, so she's sort of mine, kind of.  Not

23   really.

24                Sorry; I'm being vague.  I did not create

25   her idea, I did not create her main abilities, but I

116

Alexander Moss                                                    September 9, 2016

1    did create one of her -- I did modify one of her

2    abilities significantly.  So just being clear on that

3    point.

4           Q.    Okay.  Was Doom Bringer in the game when

5    you came to be in charge of the map?

6           A.    Yes.

7           Q.    Do you know who created Doom Bringer?

8           A.    No.

9           Q.    Drow Ranger.  Was Drow Ranger in the game

10   when you became in charge of the map?

11          A.    Yes.

12          Q.    And do you know who created Drow Ranger?

13          A.    No.

14          Q.    Was Earthshaker part of the game when you

15   became in charge of the map?

16          A.    No.

17          Q.    Who created Earthshaker?

18          A.    Me.

19          Q.    Ember Spirit.  Was Ember Spirit in the

20   game when you became in charge of the map?

21          A.    No.

22          Q.    Do you know who created Ember Spirit?

23          A.    No.

24          Q.    Were you in charge of the map when Ember

25   Spirit was put into the game?

117

```
 1            A.    No.

 2            Q.    Okay.  Was Enchantress part of the game

 3    when you became in charge of the map?

 4            A.    No.

 5            Q.    Do you know who created Enchantress?

 6            A.    Yes.

 7            Q.    Who created Enchantress?

 8            A.    Me again.

 9            Q.    And then you put Enchantress in the game

10    when you were in charge of the map?

11            A.    Yes.

12            Q.    Gyrocopter.  Was Gyrocopter in the game

13    when you came to be in charge of the map?

14            A.    No.

15            Q.    Who created Gyrocopter?

16            A.    I don't know.

17            Q.    Did you put Gyrocopter in the game?

18            A.    No.

19            Q.    Gyrocopter was put in the game after you

20    were in charge of the map?

21            A.    Yes.  I have no recollection of

22    Gyrocopter.

23            Q.    Okay.  Sacred Warrior.  Was Sacred Warrior

24    in the game when you became in charge of the map?

25            A.    Do you have a first name on that, by
```

                                                            118

```
 1          Q.    Was Keeper of the Light in the game when

 2    you came to be in charge of the map?

 3          A.    I am very unsure about this particular

 4    hero.  I am not -- I don't believe so, but I'm not

 5    confident.

 6          Q.    Okay.  Do you know who created Keeper of

 7    the Light?

 8          A.    No, but I have some recollection of

 9    working on one of his abilities.  So I don't recall

10    if he existed and I modified him or if I was part of

11    putting him in.  I just have a fragment of a memory

12    of working on part of him.

13          Q.    Okay.  Do you recall if you worked with

14    anybody else on Keeper of the Light?

15          A.    No.

16          Q.    Your memory about Keeper of the Light is

17    generally vague?

18          A.    Yes.

19          Q.    Okay.  Was Admiral in the game when you

20    became in charge of the map?

21          A.    No.

22          Q.    Do you know who created Admiral?

23          A.    No.

24          Q.    Do you know when Admiral was added to the

25    game?
```

120

```
 1              A.    No.

 2              Q.    Okay.  What about Lich, L-i-c-h?  Is that

 3      how you pronounce it?

 4              A.    Yes.

 5              Q.    Was Lich in the game when you became in

 6      charge of the map?

 7              A.    Yes.

 8              Q.    Do you know who created Lich?

 9              A.    No.

10              Q.    Was Slayer in the game when you became in

11      charge of the map?

12              A.    Is her first name Lina Inverse?

13              Q.    Yes.

14              A.    Yes, she was in the game when I took

15      control.

16              Q.    Do you know who created Lina Inverse?

17              A.    No.

18              Q.    Was Demon Witch in the game when you

19      became in charge of the map?

20              A.    Yes.

21              Q.    Do you know who created Demon Witch?

22              A.    No.

23              Q.    Was Moon Rider in the game when you became

24      in charge of the map?

25              A.    Yes.
```

121

1          Q.    Do you know who created Moon Rider?

2          A.    No.

3          Q.    Was Gorgon, G-o-r-g-o-n, also known as

4    Medusa, in the game when you became in charge of the

5    map?

6          A.    Yes.  I hesitate because she underwent

7    some modifications under my watch, but I believe she

8    existed when I took control -- or began working on,

9    however you say.

10         Q.    Do you know who created her?

11         A.    No.

12         Q.    What about Priestess of the Moon?  Was she

13   in the game when you became in charge of the map?

14         A.    No.

15         Q.    Do you know who created her?

16         A.    No.

17         Q.    Do you know when she came to be in the

18   game?

19         A.    After my tenure.

20         Q.    Nag -- it's not Nagra.  That's the name of

21   something.  Naga Siren; is that correct?  Did I say

22   that right?

23         A.    Yes.

24         Q.    Naga Siren.  Was Naga Siren in the game

25   when you became in charge of the map?

                                                          122

Alexander Moss                                                    September 9, 2016

```
 1              A.    Yes.

 2              Q.    Do you know who created Naga Siren?

 3              A.    No.

 4              Q.    Sorry about the questions.  Another page.

 5                    Necrolyte.  Was Necrolyte in the game when

 6      you became in charge of the map?

 7              A.    No.

 8              Q.    Do you know who created Necrolyte?

 9              A.    Yes.

10              Q.    Who created Necrolyte?

11              A.    Me.

12              Q.    Okay.  And you put Necrolyte in the game?

13              A.    Yes.

14              Q.    Ogre Magi.  Was Ogre Magi in the game when

15      you became in charge of the map?

16              A.    No.

17              Q.    Who created Ogre Magi?

18              A.    Myself.

19              Q.    And you put Ogre Magi in the map?

20              A.    Yes.

21              Q.    Is that how you say it?

22              A.    Magi.  I don't know.

23              Q.    Magi, okay.

24                    Omni Knight.  Was Omni Knight in the game

25      when you became in charge of the map?
```

                                                                    123

Alexander Moss                                                    September 9, 2016

```
 1           A.    Yes, I believe so.

 2           Q.    Do you know who created Omni Knight?

 3           A.    No.

 4           Q.    Obsidian Destroyer.  Was Obsidian

 5     Destroyer in the game when you became in charge of

 6     the map?

 7           A.    No.

 8           Q.    Do you know who put Obsidian Destroyer in

 9     the game?

10           A.    No.

11           Q.    Do -- well, you probably don't know, but

12     do you know when Obsidian Destroyer was put into the

13     game?

14           A.    I'm pretty sure after myself.

15           Q.    Was Phantom Assassin in the game when you

16     became in charge of the map?

17           A.    Yes.

18           Q.    And do you know who created Phantom

19     Assassin?

20           A.    No.

21           Q.    Was Phantom Lancer in the game when you

22     became in charge of the map?

23           A.    No.  But as we've covered, he existed

24     previously.

25           Q.    Right.  And you previously testified that
```

                                                              124

```
 1    then you made a new version of him?  Is that correct

 2    to say it that way?

 3         A.    Yes.

 4         Q.    And then you put him in the game?

 5         A.    Yes.

 6         Q.    Okay.  Was Phoenix in the game when you

 7    became in charge of the map?

 8         A.    No.

 9         Q.    Do you know who created Phoenix?

10         A.    No.

11         Q.    Do you know when Phoenix may have been

12    added to the game?

13         A.    After my time.

14         Q.    Was Oblivion in the game when you became

15    in charge of the map?

16         A.    That's Pugna, correct?

17         Q.    Yes.

18         A.    Yes, he was.

19         Q.    Do you know who created Pugna?

20         A.    No.

21         Q.    Was Queen of Pain in the game when you

22    became in charge of the map?

23         A.    Yes.

24         Q.    So Queen of Pain predates you?

25         A.    Yes.
```

125