MAYER DECLARATION

EXHIBIT 3

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4

5    BLIZZARD ENTERTAINMENT, INC.,  )
     et al.,                        )
6                                   )
                 Plaintiffs,        )
7                                   )
        vs.                         )  Civil Action No.
8                                   )  15-cv-04084-CRB
     LILITH GAMES (SHANGHAI) CO.    )
9    LTD., et al.,                  )  Volume I
                                    )
10               Defendants.        )
     _____)

11

12

13              - NON-CONFIDENTIAL PORTION -

14

15        VIDEOTAPED DEPOSITION OF KYLE SOMMER

16                Seattle, Washington

17            Thursday, September 22, 2016

18

19

20

21

22

23

24    Reported by:  Judith A. Robinson-Hallberg

25    NDS Job No.:  185250

                                                    1

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3

4

5   BLIZZARD ENTERTAINMENT, INC.,   )
    et al.,                         )
6                                   )
                 Plaintiffs,        )
7                                   )
       vs.                          )   Civil Action No.
8                                   )   15-cv-04084-CRB
    LILITH GAMES (SHANGHAI) CO.     )
9   LTD., et al.,                   )   Volume I
                                    )
10               Defendants.        )
    _____)

11

12

13

14

15          VIDEOTAPED DEPOSITION OF KYLE SOMMER,

16    taken at Keller Rohrback, LLP, 1201 Third Avenue,

17    Suite 3200, Seattle, Washington, commencing at

18    9:09 a.m., on Thursday, September 22, 2016, before

19    Judith A. Robinson-Hallberg.

20

21

22

23

24

25

                                                         2

```
 1    APPEARANCES

 2

 3    FOR PLAINTIFFS, BLIZZARD AND VALVE:

 4    MITCHELL, SILBERBERG & KNUPP, LLP
      BY:  MARC E. MAYER, ESQ.
 5    11377 West Olympic Boulevard
      Los Angeles, California 90064
 6    (310) 312-3280
      mem@msk.com
 7

 8    FOR DEFENDANT, UCOOL, INC.:

 9    QUINN EMANUEL URQUHART & SULLIVAN, LLP
      BY:  CLAUDE M. STERN, ESQ.
10         EVETTE D. PENNYPACKER, ESQ.
           MICHAEL LaFOND, ESQ.
11    555 Twin Dolphin Drive, 5th Floor
      Redwood Shores, California 94065
12    (650) 801-5000
      claudestern@quinnemanuel.com
13    evettepennypacker@quinnemanuel.com
      michaellafond@quinnemanuel.com
14

15    FOR DEFENDANT, VALVE:

16    VALVE CORPORATION
      BY:  KARL QUACKENBUSH, ESQ.
17    10900 NE 4th Street, Suite 500
      Bellevue, Washington 98004
18    (425) 889-9642
      karlq@valvesoftware.com
19

20

21    ALSO PRESENT:

22    JANN TRUDELL, The Videographer

23

24

25
```

3

1                        - PROCEEDINGS -

2

3              VIDEOGRAPHER:  Here begins the videotape

4     deposition of Kyle Sommer, Tape Number 1, Volume 1, in the

5     matter of Blizzard Entertainment versus Lilith Games,

6     Shanghai Company Limited, et al., as filed in the United

7     States District Court for the Northern District of

8     California, Case Number 15-CV-04054-CRV.

9              Today's date is the 22nd of September 2016, and the

10    time on the video monitor is now approximately 9:09 a.m.

11             The video operator today is Jann Trudell,

12    representing Network Deposition Services, Inc., located at

13    1800 Century Park East, Suite 150, in Los Angeles,

14    California.  The phone number 310-557-3400.  The court

15    reporter today is Judy Robinson Hallberg.

16             Today's deposition is being taken on behalf of the

17    plaintiff -- I'm sorry.  I forgot to ask that.

18                  MR. MAYER:  On behalf of the defendants.

19                  VIDEOGRAPHER:  I'm sorry.  On behalf of the

20    defendants, and is taking place at 1201 Third Avenue,

21    Seattle, Washington.

22             Would Counsel please introduce yourself and state

23    whom you represent.

24                  MR. MAYER:  Marc Mayer, of Mitchell,

25    Silberberg & Knupp.  I'm Counsel for the Plaintiffs, Blizzard

                                                              5

1    Entertainment and Valve Corporation.  With me is Karl

2    Quackenbush, who is in-house Counsel for Valve.

3                    MR. STERN:  Claude Stern, Evette Pennypacker,

4    and Michael LaFond, of Quinn Emanuel, on behalf of the UCool

5    Defendant.

6                    VIDEOGRAPHER:  Do you have your microphone on?

7                    MR. STERN:  I do.

8                    VIDEOGRAPHER:  Would you just say your name

9    for me one more for me, Mr. Stern?

10                    MR. STERN:  Claude Stern.  Want me to put it

11   higher up?  Claude Stern.

12                    VIDEOGRAPHER:  We're going to have to go off

13   the record for a moment, please.

14            We are off the record at 9:10 a.m.

15                    (Off the record.)

16                    VIDEOGRAPHER:  We are back on the record at

17   9:12 a.m.

18                    MR. STERN:  Good morning, Mr. Sommer --

19                    VIDEOGRAPHER:  I'm sorry.  The witness has not

20   been sworn yet.

21                    MR. STERN:  Would you swear him?

22                    COURT REPORTER:  Please raise your right hand,

23   please, sir.  Thank you.

24            Do you solemnly swear or affirm to tell the truth

25   today in these proceedings?

6

```
 1                    THE WITNESS:  I do.

 2                    COURT REPORTER:  Thank you, sir.

 3

 4                         KYLE SOMMER,

 5                   Having been first duly sworn

 6                      on oath was examined

 7                      and testified as follows:

 8                         EXAMINATION

 9    BY MR. STERN:

10        Q.   Mr. Sommer, my name is Claude Stern, and as you

11    heard before the deposition started, I'm here with my

12    partner, Evette Pennypacker, and my colleague Michael LaFond.

13    Good morning.

14        A.   Good morning.

15        Q.   First let me ask you:  Have you ever had your

16    deposition taken before?

17        A.   No, I haven't.

18        Q.   So I'm going to ask you some questions about your

19    understanding of these proceedings.  Okay?

20        A.   Okay.

21        Q.   The first thing is, let me explain to you that you

22    understand the deposition is a procedure by which testimony

23    is memorialized outside of a courtroom.

24             Do you understand that?

25        A.   Yes.
```

1      Q.    What was that -- what was -- what were they?

2      A.    There is one Hero named Defiler that I don't

3   remember creating.

4      Q.    Okay.  Anybody else?  Any other Hero, I mean?

5      A.    None that fit that criteria.

6      Q.    How about powers?  Were there several powers that

7   you didn't remember, but then when you saw the document, it

8   refreshed your recollection?

9      A.    Yes, but I don't recall which ones.

10      Q.    Yes, I understand that.  Okay.

11           Do I understand, you're not testifying that you

12   didn't create Defiler; you're testifying that you don't

13   remember creating Defiler?

14      A.    That's correct.

15      Q.    Okay.  Well, let me ask you:  Are you -- are you

16   here to -- can you testify today that you did, in fact,

17   create Defiler?

18                MR. MAYER:  I'm going to object to the form.

19   He can answer.

20   BY MR. STERN:

21      Q.    You can answer the question.

22      A.    Can you rephrase?

23      Q.    I understand that you don't remember creating

24   Defiler, but what I'm saying is that, based on the

25   documentation that you saw, are you in a position to testify

33

1    under oath today that, in fact, you did create Defiler?

2            MR. MAYER:   I'm going to object to the form.

3        A.   Is there a way you can rephrase?

4    BY MR. STERN:

5        Q.   Tell me, what's the problem with my question that

6    you've got?

7        A.   Can you --

8        Q.   Let me give you an example.   It might be that, for

9    example, I don't remember where I went with some friends to

10   dinner two weeks ago.   Somebody asks me where I went and I

11   don't remember.   And my wife gives me a receipt that shows

12   that, you know what?   I went to the Tamarine Restaurant in

13   Palo Alto two weeks ago for dinner.   And I look at it and go,

14   Well, that's my signature on the receipt, and that's clearly

15   Tamarine, Palo Alto, but I don't remember going there, but

16   the document reflects that we went there, and I don't deny

17   it.   It's the best evidence of what I did.   Do you follow me?

18            What I'm asking you is that, I understand you have

19   no recollection of creating Defiler.   I get that.

20       A.   Okay.

21       Q.   What I'm saying is, did you see certain documents

22   that, in your own mind, confirmed to you that, yes, I must

23   have created Defiler?

24       A.   Yes.

25       Q.   Okay.   What were the sort of documents that you saw

34

1    that gave you the indication that, yes, I must have created

2    Defiler?

3        A.   As I said before, it was a document that had the

4    Heroes from one of my versions of Dota.

5        Q.   I see.  Was it your understanding that with respect

6    to that version of Dota, you created all the Heroes in that

7    game?

8        A.   That's correct.

9        Q.   I see.  All right.  Do you remember what version

10   that was?

11       A.   I don't remember which version it was.

12       Q.   When I say "version," you know that typically the

13   versions have a numerical reference?

14       A.   That's correct.

15       Q.   And you don't remember what the numerical reference

16   was?

17       A.   No, I don't.

18       Q.   Okay.  That's fine.  Okay.

19            Getting back to the original question:  So you

20   looked at the summary, you talked to your lawyers.  Is there

21   anything else that you looked at that wasn't something that

22   you -- that you created in preparation for this deposition?

23       A.   That wasn't something I created?

24       Q.   A document.  You said you looked at your emails

25   that you called up.  You also looked at some emails that were

1    given to you that, even though you didn't collect them, you

2    had written them or received them.  You said you had looked

3    at this listing of Heroes and their powers.

4            Was there any other document that you saw in

5    preparation for your deposition, other than what I've just

6    described?

7        A.   There was my agreement with Valve.

8        Q.   Okay.  And anything else?

9        A.   Not that I remember.

10       Q.   Okay.  When you say the agreement with Valve, that

11   was your assignment to Valve?

12             MR. MAYER:  I'm going to object.  Calls for a

13   legal conclusion.

14   BY MR. STERN:

15       Q.   Do you know what sort of agreement it was?

16       A.   Yes, I know what kind of agreement it was.

17       Q.   What sort of agreement was it?

18       A.   It was my transfer of intellectual property to

19   Valve.

20       Q.   Okay.  All right.  That's fine.

21             Now, have you -- have you given me now the sum and

22   substance of everything you did to prepare for the deposition

23   here today?

24       A.   Yes.

25       Q.   Let me just do some closeout.

36

1    particular versions of Dota2 that he worked on?

2                    MR. MAYER:  That's right.

3                    MR. STERN:  Okay.

4    BY MR. STERN:

5         Q.   So let's -- with that piece -- with that

6    information, let's talk about Topic 2, if you can.

7              Take a look at Exhibit 37 -- I'm sorry, Exhibit 36.

8         A.   (Witness complies.)

9         Q.   Let's talk about Topic 2.  I'm sorry, Topic 2.

10             As you see, Topic 2 is the development, creation,

11   design, and authorship of each version of Dota.

12             Do you see that?

13        A.   Yes.

14        Q.   Okay.  So let's start with the basics.

15             At some point, you -- my understanding is that you

16   were the person that created a product or a game called Dota;

17   is that correct?

18                    MR. MAYER:  And I just want to object and --

19   and clarify that when we talk about "Dota," we're using the

20   definition set forth in your deposition notice.

21                    MR. STERN:  Well, why don't we find out.

22   BY MR. STERN:

23        Q.   When I ask you about Dota, what is that in your own

24   mind?

25        A.   Defense of the Ancients.

                                                              45

1        Q.    Okay.  Are there multiple games that you would call

2    Defense of the Ancients, or Dota?

3        A.    In my definition, that's the Dota I created and

4    Dota2.

5        Q.    So when you refer to "Dota," you refer to both

6    Dota, the game that you created, and Dota2; is that fair?

7        A.    That's correct.

8        Q.    Okay.  So I want to talk about the game that you

9    created called Dota, okay?  Do you understand?

10       A.    Yes.

11       Q.    First of all, when, if you recall, did you create

12   the game?

13                MR. MAYER:  Object to the form.

14       A.    What do you mean by "create the game"?

15   BY MR. STERN:

16       Q.    Well, you -- you testified that you created Dota,

17   right?

18       A.    That's correct.

19       Q.    So when you say you created Dota, what do you mean

20   by, you created Dota?

21       A.    I designed the game, the Heroes, the map.

22       Q.    The game, the Heroes, the map.  Anything else?

23       A.    The abilities, the theme of the characters, the

24   rules.

25       Q.    Okay.

                                                            46

```
 1          A.    The name.

 2          Q.    The name?  Okay.  So now you testified that you

 3   were the person that designed the game, the Heroes, the map,

 4   the abilities, the theme of the characters, the rules.

 5               What was last one?  The name; right?

 6                    MR. MAYER:  Object to the form.

 7   BY MR. STERN:

 8          Q.    Is that correct?

 9          A.    Yes.

10          Q.    Well, now, I want to use that word carefully.  When

11   you say designed it, did you use storyboards or some sort of

12   noncomputer-based animation to design them?

13          A.    No.

14          Q.    Okay.  Was your design reflected in the work that

15   you did in programming?

16          A.    Some of it, yes.

17          Q.    Okay.  How else it was reflected?

18          A.    Can you repeat?

19          Q.    How else was it reflected other than in

20   programming?

21          A.    The Heroes in the game have a certain play style to

22   them, they do certain things, and I designed those things.

23          Q.    And you -- I'm sorry?

24          A.    I designed those things.

25          Q.    You designed those things.  When you say you
```

47

```
 1      "designed," what do you mean you designed them?  You

 2      conceived of them?

 3           A.   That's correct.

 4           Q.   Okay.  And at some point, those conceptions, those

 5      things in your head, you substantiated those, you implemented

 6      those in a computer program; is that right?

 7                     MR. MAYER:  Object to the form.

 8           A.   What do you mean by implemented them?

 9      BY MR. STERN:

10           Q.   I mean when you coded them.

11           A.   I implemented them into Dota.

12           Q.   Okay.  How did you implement them into Dota?

13           A.   Are you talking about the skills?

14           Q.   All of them, everything:  The game, the Heroes, the

15      map, the abilities, the themes of the characters, the rules,

16      the name.

17                How did you implement them into Dota?

18           A.   So -- well, first there was no Dota.  So I used the

19      Warcraft III World Editor to create the map.

20           Q.   Okay.  So now you've created a map through the

21      World Editor.

22                What did you do next?

23           A.   I guess -- are we describing this in chronological

24      order, or is that --

25           Q.   Well, is there any other order that you want to
```

                                                                48

```
 1    describe it in?

 2         A.   I'm just trying to understand the question.

 3         Q.   The question was, how did you design it.  So I'm

 4    assuming that you're subject to the rules of the physical

 5    universe, and so that means that you started by opening up

 6    the World Editor and creating a map; right?

 7                   MR. MAYER:  I'm going to object to the form.

 8    BY MR. STERN:

 9         Q.   So the question is, what else did you do?  What

10    next did you do?

11         A.   So a time line, then?

12         Q.   Yes.

13         A.   So the game has certain rules, and without using

14    the programming language in Warcraft, there would be no game,

15    so I created the rules in the game.

16         Q.   How did you -- what did you use to create the rules

17    in the game?

18         A.   There's a trigger system in Warcraft III that I

19    used.

20         Q.   Okay.  When you say "trigger system," what do you

21    mean?

22         A.   The trigger system is a form of a programming

23    language that you can use to build mods in Warcraft III.

24         Q.   So you used the triggering system in Warcraft III

25    to develop the rules; correct?
```

49

```
 1        A.    That's correct.

 2        Q.    What next did you do?

 3        A.    After the rules, I probably implemented the

 4   characters.

 5        Q.    Okay.  And how did you implement the characters?

 6        A.    I thought of characters, and I programmed their

 7   abilities and put them in the game.

 8        Q.    When you say you thought of characters, do you use

 9   any sort of materials for inspiration for those characters?

10              MR. MAYER:  I'm going to object to the form.

11        A.    Could you define "inspiration" for me?

12   BY MR. STERN:

13        Q.    Not really.  I mean, did you use any information,

14   materials, any sort of ideas, or any other sources as the

15   basis upon which you developed your characters?

16        A.    I was inspired by many things.

17        Q.    Okay.  What were the things you were inspired by?

18        A.    Fantasy settings.

19        Q.    What else?

20        A.    I mean, I honestly don't remember everything that

21   inspired me.

22        Q.    Do you remember anything that inspired you?

23        A.    Magic:  The Gathering.

24        Q.    Magic:  The Gathering.  What is "Magic:  The

25   Gathering"?
```

                                                              50

```
 1        A.    It's a collectable card game.

 2        Q.    Okay.  Other than Magic:  The Gathering, and

 3   fantasy settings, did anything else inspire your selection

 4   and development of the characters?

 5              MR. MAYER:  Object to the form.

 6        A.    Can you repeat the question?

 7   BY MR. STERN:

 8        Q.    Other than Magic:  The Gathering, and fantasy

 9   settings, were there any other materials that you used to

10   develop the characters?

11        A.    What is meant by "developed" in this question?

12        Q.    I'm sorry?

13        A.    You asked what is meant -- you asked, did I use any

14   other materials to develop my characters.  What do you mean

15   by "developed"?

16        Q.    To design.  To develop.  To create.

17        A.    I was influenced by those things I mentioned.

18        Q.    Anything else?

19        A.    And other games I was playing at the time.

20        Q.    What about -- were you at all inspired by or

21   influenced by a game called Aeon of Strife?  That's A-E-O-N

22   of Strife, S-T-R-I-F-E.

23        A.    Yes.

24        Q.    Okay.  Did it inspire Dota in any way?

25        A.    It did.
```

51

```
 1        Q.    Tell me how.

 2        A.    Aeon of Strife has a similar rule set to Dota.

 3        Q.    And do you know who developed Aeon of Strife?

 4        A.    I don't.

 5        Q.    Had you ever played Aeon of Strife before?

 6        A.    Yes.

 7        Q.    You had.  How long have you played it?

 8        A.    I don't know.

 9        Q.    Had you ever played it with any other people?

10        A.    I'm sorry?

11        Q.    Had you ever played it with any other people?

12        A.    Yes.

13        Q.    Do you know the names of any of the people that you

14   played it with?

15        A.    No.

16        Q.    Did you play it just virtually, so you never met

17   with or spoke to the people you played it with?

18        A.    I'd say that's correct, yeah.

19        Q.    Okay.  How long did it take you to develop -- at

20   some point, you must have had a working version -- the first

21   working version of Dota.

22              How long did it take you to develop that?

23        A.    I don't remember.

24        Q.    I mean, give me a -- I'm entitled to your best

25   estimate if you have one.  A week?  Two weeks?  A month?
```

                                                                   52

```
 1          A.   I honestly have no estimate.

 2          Q.   Can you give me a minimum?  Like, it was done

 3   within a day?

 4          A.   No, it was not done within a day.

 5          Q.   It was done within a week?

 6          A.   I don't know.

 7          Q.   So it could have been done in a week?

 8          A.   I don't know.

 9          Q.   Can you tell me, did you do this in 2002?

10          A.   Yes.

11          Q.   So at the time you were -- if I'm correct, at the

12   time you were in high school?

13          A.   Yes.

14          Q.   And did you develop the entire -- was the first

15   working version of Dota completed before you graduated from

16   high school?

17          A.   Yes.

18          Q.   So that would mean that it took you less than two

19   years; is that fair?

20          A.   Yes.

21          Q.   Okay.  So it may have taken you more than a week,

22   but less than two years; is that fair?

23          A.   That's fair.

24          Q.   Can you narrow it anymore than that?

25          A.   Well, I couldn't have started it before
```

                                                                  53

```
 1    Warcraft III came out.

 2         Q.    I'm sorry.  Could you repeat that?

 3         A.    I couldn't have started it before Warcraft III came

 4    out.

 5         Q.    You couldn't have started it before because you

 6    used the Warcraft III editor?

 7         A.    That's correct.

 8         Q.    Okay.  Did you -- did you -- were you influenced at

 9    all by any Japanese anime in the game?

10         A.    I don't think so.

11              MR. MAYER:  I'm just going to object to the

12    form.

13    BY MR. STERN:

14         Q.    Okay.  Can you recall any characters in any other

15    game that you were influenced about any of the characters in

16    Dota?

17              COURT REPORTER:  Can you repeat that?

18              MR. STERN:  Sure.

19    BY MR. STERN:

20         Q.    Do you recall -- were you influenced by any of the

21    characters in any other games that influenced your

22    development or design of any of the characters in Dota?

23              MR. MAYER:  Object to the form.

24         A.    Can you repeat it one more time for me, please?

25              MR. STERN:  Can you repeat the question,
```

                                                                    54

```
 1          A.    Can you say that in a different way?

 2    BY MR. STERN:

 3          Q.    I'm using your language.  You said you stopped

 4    updating the version at some point in time; correct?

 5          A.    That's correct.

 6          Q.    My question is, why?

 7          A.    I wanted to go to college, and I simply didn't have

 8    time.

 9          Q.    Okay.  Let me direct your attention if I can --

10    okay.

11                (Exhibit No. 38 was marked.)

12    BY MR. STERN:

13          Q.    This is Exhibit 38.  Have you ever seen Exhibit 38

14    before?

15          A.    I have.

16          Q.    Do you see there's a post identifier on Exhibit 38,

17    and to the left is the word "Eul."

18                Do you see that?

19          A.    I do.

20          Q.    Isn't that in fact a post that you wrote on or

21    about September 23rd, 2004?

22          A.    Yes.

23          Q.    Which is eight years ago tomorrow; is that right?

24          A.    Yes.

25          Q.    Did you author this post by yourself?  Did you
```

59

1    write it yourself?

2         A.   I believe so.

3         Q.   Okay.  So I'm going to -- in fact, did you stop

4    working with -- also using your phrase, did you stop updating

5    your version of Dota as -- as of September 23rd, 2004?

6         A.   I don't know if that's exactly when I stopped.

7         Q.   But it was on or about?

8         A.   To my recollection, yes.

9         Q.   So it could have been a month or so before or

10   after?

11        A.   Yeah.  I don't remember exactly when.

12        Q.   Okay.  And do -- do you recall when you started --

13   do you recall when your first -- when your version of Dota

14   first went online?

15        A.   I don't recall the exact date.

16        Q.   Was it in 2002?

17        A.   I believe so.

18        Q.   Okay.  There's this period of about two years where

19   you're updating your version -- where you created and

20   updating your version of Dota; right?

21        A.   Yes.

22        Q.   Okay.  And during that period of time, you said --

23   I'm using your testimony -- you have designed the game;

24   right?

25        A.   That's correct.

                                                              60

1          Q.    You designed the characters; right?

2          A.    Yes.

3          Q.    You designed the map; right?

4          A.    Yep.

5          Q.    You designed the characters' abilities; right?

6          A.    Yep.

7          Q.    You designed the theme of the characters; correct?

8          A.    Correct.

9          Q.    You designed the rules; right?

10         A.    Yes.

11         Q.    And you designed the name; right?

12         A.    Yes.

13         Q.    Anything else you designed relative to Dota other

14    than what I just mentioned?

15         A.    I could be leaving something out, but I don't --

16    that sounds correct.

17         Q.    Okay.  Was there music associated with the game?

18         A.    No music.

19         Q.    Okay.  During that period -- that two-year period

20    of time, from the time that you first designed and

21    implemented your version of Dota to the time that you stopped

22    updating your version of Dota sometime in 2004, did the game

23    change?

24         A.    Yes.

25         Q.    How did it change?

                                                                    61

```
 1          A.    It changed in many ways, the -- new characters

 2    would get added over time; some characters were probably

 3    removed.  Some characters would have a skill on them that

 4    would change.  The relative strength of characters to each

 5    other would change.  The map layout would change.  I would

 6    add -- add or change rules.  I don't recall exactly what, but

 7    it changed a lot.

 8          Q.    Okay.  And is the same answer true with respect to

 9    the map, the abilities, the themes of the characters; all

10    those things changed during that two-year period?

11          A.    Not -- not everything changed.  Some things

12    changed.

13          Q.    Okay.  Did you ever make changes in your version of

14    Dota that were implemented based on ideas given to you by

15    other people?

16                      MR. MAYER:  Object to the form.

17          A.    Can you repeat the question for me, please?

18    BY MR. STERN:

19          Q.    Yeah.  The question is, did you ever implement

20    something in your version Dota that was an idea that was

21    given to you by somebody else?

22          A.    I can't say that for sure.

23          Q.    Well, for example any characters?  Are there some

24    characters that you put -- that you implemented in Dota that

25    were actually characters given to you by somebody else?
```

                                                                  62

```
 1                    MR. MAYER:  Object to the form.

 2         A.    Characters given to me by someone else?

 3  BY MR. STERN:

 4         Q.    Yeah.

 5         A.    I don't believe so.

 6         Q.    Have you ever looked at any of the change logs to

 7  see what -- do you know what change logs relative to the

 8  games are?

 9         A.    Do I know what they are?

10         Q.    Yeah.

11         A.    I know what a change log is, but I don't -- I don't

12  know what my change logs were over the years.

13         Q.    Did you ever look at the change logs?

14                    MR. MAYER:  Objection.  Foundation.  You can

15  answer if you can.

16         A.    I haven't seen change logs other than when I posted

17  them many years ago, but I don't remember what they are

18  today.

19  BY MR. STERN:

20         Q.    I see.  Do you recall ever thanking any third

21  parties, other individuals, for any characters that you then

22  put into the game?

23         A.    For characters put in the game?  I don't think so.

24         Q.    Did you ever thank people for contributing ideas to

25  characters that you put in the game?
```

                                                                                    63

1          A.    I don't think so.

2          Q.    All right.  In any event, looking at Exhibit 38,

3    you state here, "As some of you probably have figured out, I

4    really don't have the time for this map anymore.  I tried to

5    make time to work in it, but I just can't anymore."

6                Do you see that?

7          A.    Yes, I do.

8          Q.    Was that statement true when you wrote it?

9          A.    Yes.

10         Q.    Okay.  Then you -- if you skip a paragraph, it

11   says, "I wish I could give you a last map that's playable,

12   but I can't.  Instead, from this point forward, Dota is now

13   open source.  Whoever wishes to release a version of Dota may

14   without my consent.  I just ask for a nod in the credits to

15   your map."

16               Do you see that?

17         A.    Yes, I see that.

18         Q.    Did you write that?

19         A.    I did.

20         Q.    What did you intend by saying that -- first of all,

21   do you know what "open source" is?

22         A.    Yes, I do.

23         Q.    What is open source?

24         A.    Open source is a license for others to use the code

25   that I created.

                                                              64

1        Q.    For any purpose, right?

2        A.    Not for any purpose.

3        Q.    What further purpose can they do?

4        A.    I wanted the community to continue updating Dota.

5        Q.    Okay.  And you wanted them to be able to continue

6    to update Dota without having to get your consent; right?

7                    MR. MAYER:  Object to the form.

8        A.    Can you repeat that for me, please?

9    BY MR. STERN:

10       Q.    You wanted them to be able to update Dota without

11   having to get your consent for those changes that were being

12   made; right?

13                   MR. MAYER:  By "them," you're talking about

14   the community?

15                   MR. STERN:  That's right.

16       A.    I intended to let people use my -- my code.

17   BY MR. STERN:

18       Q.    Well, no.  You intended them to release a version

19   of Dota without your consent; right?  That's what you've told

20   them; right?

21                   MR. MAYER:  Objection.  Speaks for itself.

22   BY MR. STERN:

23       Q.    Do you understand the question?

24       A.    Yes.

25       Q.    Am I right?  You intended that people be able to

                                                              65

1     release versions of Dota without your consent; right?

2          A.    That's correct.

3          Q.    And those versions of Dota might be different than

4     the versions of Dota that you created; right?

5          A.    They may be.

6          Q.    And when you say without your consent, you mean

7     they didn't have to come back to you and ask permission to

8     make changes to your map; right?

9          A.    Can you repeat that?

10               MR. STERN:  Read it back to the witness.

11               (Requested testimony was read.)

12         A.    As long as they weren't taking credit for it.

13    BY MR. STERN:

14         Q.    What does that mean, "as long as they weren't

15    taking credit for it"?  As long as they weren't taking credit

16    for what?

17         A.    Creating the game.

18         Q.    You -- you wanted to be recognized as the person

19    who created the game; is that right?

20         A.    That's correct.

21         Q.    What led you to believe that you had the right to,

22    without this statement, require your consent for any

23    different version of Dota?

24               MR. MAYER:  Objection.  Calls for a legal

25    conclusion.

66

1        A.   Can you repeat?

2   BY MR. STERN:

3        Q.   Yeah.  You were tried -- by this post that you were

4   making, you were telling the community that anybody could

5   release a version of Dota without your consent; right?

6        A.   That's what it says.

7        Q.   And my question is, what led you to believe that

8   your consent was needed for third parties to make changes to

9   your map?

10       A.   I created Dota.

11       Q.   I understand that, but what led you to believe that

12   you had the right to control the Dota that you created?

13                  MR. MAYER:  Same objection.  Legal conclusion.

14       A.   I mean, that's why I believed it.

15   BY MR. STERN:

16       Q.   You believed that because you created it, you had

17   the right to control it?

18       A.   That's correct.

19       Q.   Did you ever read the end user license agreement

20   associated with Warcraft III?

21       A.   No.

22       Q.   You never read it?

23       A.   No.

24       Q.   Did anybody ever tell you -- anybody ever tell you

25   that the end user license for Warcraft III provided that

                                                            67

1        Q.    Can you -- as you sit here today, can you confirm

2    to me the names and identities of the Dota characters that

3    you created during your -- during the time that you were

4    maintaining your version of the Dota game?

5        A.    I think I can do that.

6        Q.    Why don't you tell me what those characters are?

7              How about if I just run a list by you?

8        A.    Sure.

9        Q.    I'll just ask you.

10       A.    Okay.

11       Q.    Did you create a character called Bone Fletcher?

12       A.    I did.

13       Q.    Is that a character also known Clinkz?

14       A.    I think he was named that in a later version, yes.

15       Q.    Okay.  Did you create a character called Crystal

16   Maiden?

17       A.    I created a character called Frost Maiden.  Crystal

18   Maiden is a descendent, a later version that had a name

19   adjustment.

20       Q.    Did you do the name adjustment for Frost Maiden?

21       A.    I didn't.  Frost Maiden is the original name.

22       Q.    And Crystal Maiden is a version after you

23   relinquished control of the game?

24       A.    Correct.

25       Q.    Okay.  Death Prophet?

71

```
 1        A.   I did not create Death Prophet.

 2        Q.   I'm sorry.  You did not create Death Prophet?

 3        A.   No, I did not.

 4        Q.   Did you create Juggernaut?

 5        A.   I did.

 6        Q.   Okay.  Did you create Moon Rider?

 7        A.   I don't think so.

 8        Q.   Is there a character -- did you create a character

 9   called Luna Moonfang?

10        A.   I don't think so.  That sounds like a character's

11   proper name and not a class, so I don't -- I don't know what

12   that's referring to specifically.

13        Q.   Okay.  Did you create a character called Troll

14   Warlord?

15        A.   I did.

16        Q.   Did you create a character called Treant Protector.

17        A.   I don't think so.

18        Q.   What about a character called Rooftrellen?

19        A.   I believe that that name is the proper name of the

20   Treant Protector you just asked about.

21        Q.   Okay.  But you didn't create it?

22        A.   Not to my recollection.

23        Q.   Okay.  What about the character Dwarven Sniper?

24        A.   I did.

25        Q.   Okay.  Other than the characters I just read, are
```

                                                                      72

```
1     there other characters that you claim that you've created?

2          A.   Yes.

3          Q.   Can you tell me what, if you can just...

4          A.   Dragon Knight.

5          Q.   Dragon Knight?

6          A.   Dragon Knight.

7          Q.   Okay.  Anybody else?

8          A.   Leshrac the Tormented Soul.

9          Q.   I'm sorry.  One more time?

10         A.   Leshrac the Tormented Soul, L-E-S-H-R-A-C.

11         Q.   Anybody else?

12         A.   Is the question --

13         Q.   Other characters you created.

14         A.   In my version?

15         Q.   Right.

16         A.   Are you asking if -- if I created them and they're

17    still present now or...

18         Q.   No, no.  I was asking whether you created them.

19         A.   Okay.  Titan of the Order.  Aqua Soul.

20         Q.   Aqua Soul?

21         A.   Yeah.

22         Q.   Go ahead.

23         A.   Omniknight.

24         Q.   Omniknight?

25         A.   Omniknight.
```

                                                                    73

1        A.    Not exactly, no.

2        Q.    What's your hesitation there?

3        A.    I'm -- I'm unsure, but I think he was renamed.  I'm

4    -- I'm not sure.

5        Q.    Oh, so -- this is important.  So there may be a

6    character in a subsequent version of Dota that resembled a

7    character that you created called Aqua Soul, but they renamed

8    it?

9               MR. MAYER:  Object to the form.

10       A.    Can you repeat the question?

11   BY MR. STERN:

12       Q.    There may be a character in a subsequent version of

13   the Dota game after you stopped working on it, but they

14   renamed the character from Aqua Soul to something else?

15       A.    That could be true.

16       Q.    Do you know the name of the other character?

17       A.    Morphling.

18       Q.    One more time?

19       A.    Morphling.

20       Q.    All right.

21       A.    M-O-R-P-H-L-I-N-G.

22       Q.    Okay.  What about Omniknight?  Same question:  Have

23   you seen a version of the character Omniknight in any version

24   of the game after you stopped working on the game?

25       A.    That's correct, yes.

77

```
 1        Q.   The same question for Wraith Lord?

 2        A.   No.

 3        Q.   Same question for Flame Lord?

 4        A.   No.

 5        Q.   Same question for Sidereal Engine?

 6        A.   No.

 7        Q.   Same question for Life Stealer?

 8        A.   Yes -- yes, Life Stealer.

 9        Q.   Same question for Lycanthrope?

10        A.   Yes.

11        Q.   Same question for Rowen?

12        A.   No.

13        Q.   Okay.  So is it fair to say that in subsequent

14   versions of Dota after you stopped working on the game in

15   September of 2004 or thereabouts, some of the characters that

16   you created continued in subsequent versions and some of them

17   didn't; is that fair?

18        A.   Yes, that's fair.

19        Q.   Okay.  Let -- the character -- the character Bone

20   Fletcher which you testified you created, can you tell me

21   what inspired that character, if anything?

22        A.   No, I can't.

23        Q.   Same question for Death Prophet?

24        A.   I didn't create Death Prophet.

25        Q.   Okay.  Same question for Juggernaut?
```

78

```
1         A.    I don't remember.

2         Q.    Same question for Dwarven Sniper?

3         A.    I don't remember.

4         Q.    Same question for Treant Protector?

5         A.    I didn't create Treant Protector.

6         Q.    Same question for Troll Warlord?

7         A.    I don't know.

8         Q.    Okay.

9         A.    I don't recall.

10        Q.    All right.  We're still on Topic 2, which is the

11  development of the game.

12              During that development, is there any person that

13  you spoke to that you would say they gave you an idea and you

14  implemented that idea in the game, in Dota?

15        A.    I don't recall anything specific, but it's

16  possible.

17        Q.    Okay.  Everything's possible.  Most things are

18  possible.

19              Do you know -- do you know -- did you ever meet a

20  person whose handle or whose pseudonym was Guinsoo?

21        A.    No.

22        Q.    You never spoke -- have you spoken to Guinsoo?

23        A.    I don't believe so.

24        Q.    Have you ever had any communication at all with

25  somebody you understood was Guinsoo?
```

79

| | | |
|---|---|---|
| 1 | A. | Not that I recall. |
| 2 | Q. | Same question for someone named Neichus? |
| 3 | A. | Not that I recall. |
| 4 | Q. | Same question for someone named Icefrog? |
| 5 | A. | During the time I developed the game? |
| 6 | Q. | At any time. |
| 7 | A. | Icefrog was a coworker of mine, so yes. |
| 8 | Q. | Okay.  Just so we're -- Icefrog is a coworker of |

9  yours at Valve; correct?

| | | |
|---|---|---|
| 10 | A. | Correct. |
| 11 | Q. | And prior to you being a coworker with him at |

12  Valve, have you had any contact with Icefrog?

| | | |
|---|---|---|
| 13 | A. | No. |
| 14 | Q. | Any communication at all? |
| 15 | A. | No. |
| 16 | Q. | What about -- |
| 17 | A. | Sorry.  Can I rephrase? |
| 18 | Q. | You can -- of course you can. |
| 19 | A. | You said prior to me working at Valve? |
| 20 | Q. | Prior to you working at Valve. |
| 21 | A. | I visited Valve before I worked there one time, but |

22  it was like a month before I worked there.

| | | |
|---|---|---|
| 23 | Q. | Did you meet -- |
| 24 | A. | I did. |
| 25 | Q. | So you met Mr. ███████ at the time? |

80

```
 1    the characters' abilities.  It's not an inclusive list.

 2        Q.   Who do you consider the Dota creators?

 3             MR. MAYER:  I'm going to object.  Object to

 4    the form.

 5        A.   Who do I consider the Dota creators?

 6    BY MR. STERN:

 7        Q.   Yes.

 8        A.   If you're talking about people who created Dota,

 9    that's me.

10        Q.   Nobody else?

11        A.   No.

12        Q.   How would you characterize Mr. ████?

13        A.   He contributed to the game.

14        Q.   So even though he contributes to the game, you

15    would not consider him a creator?

16        A.   That's correct.

17        Q.   So you would say you're the only creator, but there

18    may be other people who are contributors to the game?

19             MR. MAYER:  Object to the form.

20    BY MR. STERN:

21        Q.   So can you tell me, what other people that -- are

22    you aware of that contributed to the game?

23             MR. MAYER:  I'm just going to object to the

24    form.  Vague and ambiguous.

25        A.   What is meant by "contributed"?
```

                                                              118

1   BY MR. STERN:

2       Q.   Well, you already testified that Mr. ▇▇▇▇ was a

3   contributor.  So what -- what do you mean by "contributor"?

4       A.   People who have added things to the game.

5       Q.   Okay.  People who added things to the game.

6            Who are the people that you think added things to

7   the game?

8       A.   I honestly don't know, other than specifically

9   ▇▇▇▇, Icefrog, and Guinsoo.

10      Q.   And how do you know that Guinsoo and Icefrog

11  contributed to the game?

12      A.   Well, Icefrog is my coworker, and I -- I knew that

13  he was working on the game.  And Guinsoo, the same.  Guinsoo

14  is not my coworker.  Sorry.

15      Q.   How do you know he worked on the game?

16      A.   I saw that there were versions released, and his

17  name was in it.

18      Q.   Other than Guinsoo and Icefrog, any other people

19  that contributed to the game?

20      A.   I'm sure there are others.  I don't know who they

21  all are.

22      Q.   When you say you're sure there are others, why are

23  you sure there are others?

24      A.   I know that there have been many people that worked

25  on the game; I just don't know all their names.  Neichus, I

119

 1    suppose.

 2         Q.   Yes.  What about -- have you ever heard of a

 3    gentleman by the name of -- have you ever heard of a person

 4    whose name was Terror Blaze?

 5         A.   Doesn't sound familiar to me.

 6         Q.   Have you had any contact with Terror Blaze?

 7         A.   I don't know who that is, so...

 8         Q.   Well, you believe that Neichus contributed to the

 9    game even though you've never spoken or had any contact with

10    them; right?

11              MR. MAYER:  I'm going to object to the form.

12    BY MR. STERN:

13         Q.   Is that right?

14         A.   That's correct.

15         Q.   And that's based on, is it you've seen something in

16    the game that attributes something to them?

17         A.   I've seen people discussing it on forums and stuff.

18         Q.   Okay.  So that's the basis.  You've seen people

19    discussing it on forums that you think they were contributors

20    to the game?

21         A.   In the specific case of Neichus, yes.

22         Q.   You said there were many people.  That was your

23    quote, many people who contribute to the game.

24              How many is many people?  Is it --

25         A.   There could be; I don't know how many.

                                                                    120

```
 1          A.   I may have.  I don't remember what about.

 2          Q.   Did you assist him in updating the maps?

 3          A.   No.

 4          Q.   Did you and he have a dialogue at any point in time

 5   about what was going on in the game?

 6          A.   Probably, yeah.

 7          Q.   Did you say probably?

 8          A.   Yeah.

 9          Q.   Do you recall what those conversations were?

10          A.   He would get feedback from me.  Just ask me what I

11   thought of things.

12          Q.   Okay.  At the time that Mr. -- did you understand

13   that Mr. ██████ was updating these versions of Dota in his

14   capacity as an employee of Valve?

15                    MR. MAYER:  I'm going to object.  Legal

16   conclusion.

17          A.   I didn't understand that relationship.

18   BY MR. STERN:

19          Q.   Oh, so you didn't know one way or the other?

20          A.   Correct.

21          Q.   Is Mr. ██████ currently keeping -- updating the

22   versions of --

23          A.   I --

24          Q.   -- Dota?

25          A.   -- don't know.
```

1        Q.    Okay.  And directing your attention to the list of

2    characters that are identified here on Lines 15 through 22.

3        A.    Okay.

4        Q.    Did you have -- did you play any role in the

5    development of those characters?

6        A.    Some of them.

7        Q.    Which ones did you play a role in developing?

8        A.    Earthshaker, Omniknight, Phantom Lancer, Troll

9    Warlord, Crystal Maiden, Clinkz.

10        Q.    Which?

11        A.    Clinkz, Sniper, Juggernaut, Storm Spirit.

12        Q.    And are those characters that were originally in

13    your version of --

14        A.    In some form, yes.

15        Q.    So when it says here -- I'm looking at line 13 --

16    "Collectively the versions of Dota set forth above contain

17    all the following Heroes with his or her unique suite or set

18    of skills that have come to define these characters and have

19    become familiar to Dota players," you're saying that the

20    characters you just mentioned -- Earthshaker, Omniknight,

21    Phantom Lancer, Troll Warlord, Crystal Maiden, Clinkz,

22    Sniper, Juggernaut, and Storm Spirit, those were all

23    characters that in some form were created by you in your

24    version of the game?

25                    MR. MAYER:  Objection.  Calls for legal

                                                                    175

```
 1   conclusion.
 2                MR. STERN:  Your response was?
 3        A.   Can you repeat question?  That list of characters,
 4   what about them?
 5   BY MR. STERN:
 6        Q.   They were created in some form in your version of
 7   the game?
 8        A.   Yes.
 9        Q.   Okay.  So if you look down at the -- if you take a
10   look at the list on page -- on the lower part of Page 6,
11   Lines 23 through the top of Page 7, Line 3, there's other
12   characters.  These are identified as, "The following here has
13   appeared for the first time or in their current form in
14   Versions Dota 6.02 and 6.83."
15             Do you see that?
16        A.   I do.
17        Q.   Can you tell me whether you recognize any of those
18   character names as being character names or characters that
19   were created by you while you were operating Dota?
20                COURT REPORTER:  Will you please repeat that?
21   BY MR. STERN:
22        Q.   So if you take a look at the list on the lower part
23   of Page 6, Lines 23 through the top of Page 7, Line 3, are
24   there any characters that are identified there, starting with
25   Admiral Daelin Proudmoore, going through Spirit Barathrum
```

                                                              176

1    that were, in fact, in your version of the game?

2         A.    I don't believe so.

3         Q.    And that's based on your own personal knowledge of

4    the game?

5         A.    Correct.  And I'm -- I'm confident I didn't create

6    any of those Heroes.  I'm confident I didn't create these

7    Heroes.

8         Q.    Going to page -- Paragraph 3 on Page 7 of

9    Exhibit 42, you'll see some characters identified there.  It

10   says, "Steve Feak is subject of Blizzard contributions, the

11   author of at least the following."

12             Do you see that there's certain versions identified

13   there?

14        A.    I do.

15        Q.    Did you have any input into any of those versions,

16   to the best of your knowledge?

17        A.    No, I did not.

18        Q.    Okay.  Do you know -- you see on Line 18, there's a

19   list of characters or people or pseudonyms.  Some of them

20   we've spoke about earlier, some of them we haven't.

21             You said you've never had contact with or met

22   Syl-la-ble; right?

23        A.    That's correct.

24        Q.    Have you ever met or had contact with Mortrid?

25        A.    I haven't.

177

```
 1        A.    Includes such things as what?

 2        Q.    Everything.  I don't know.  What isn't included in

 3   Dota2?

 4        A.    Well, there's artists and programmers, and -- I

 5   mean, different roles at Valve.

 6        Q.    But I'm asking you.  I'm asking you, Mr. Sommer.

 7        A.    I understand that.

 8        Q.    So what's -- what's the problem with answering the

 9   question?

10        A.    I don't understand the question.

11        Q.    The question is, did you have a role in developing

12   Kunkka?

13        A.    No.

14        Q.    So I'm -- I'm just asking for each of the items,

15   all the 57 characters.  That's all I'm asking.

16        A.    Can I ask a question?

17        Q.    You can ask a question.

18        A.    If I wrote code, made the Hero's abilities work in

19   Dota2, does that count?

20        Q.    Yeah.

21        A.    Okay.

22        Q.    Okay.  Go ahead.

23        A.    You just want me to go down the list?

24        Q.    Slowly, but yes.  Just give me the number.

25        A.    Six, 7, 12, 13, 14, 23, 25, 27, 32, 35, 38, 48, 49,
```

221

```
 1    51, 52, 57.

 2         Q.   Okay.  Now the -- the characters that you just

 3    identified, those are characters that you played a role in

 4    authoring either in Dota or Dota2?

 5         A.   Correct.

 6         Q.   Okay.  I'm just wondering, you didn't mention

 7    Omniknight, No. 19?

 8         A.   Oh.

 9         Q.   I'm just wondering.  I thought you testified

10    earlier that you were involved in that --

11         A.   I must have missed it in the list.

12         Q.   So 19's included?

13         A.   19's included, yes.  Sorry.

14         Q.   Of the characters that you just identified -- I

15    count 17 characters.  Of the 17 characters that you just

16    identified, can you tell me -- and I'll go through them --

17    whether you authored them in whole or in part in either Dota

18    or Dota2.

19              Do you understand?

20         A.   Okay.

21         Q.   I'll go down the list.  Earthshaker, that's No. 6?

22         A.   Dota 1.

23         Q.   Abaddon?

24         A.   Dota2.

25         Q.   Tiny, No. 12?
```

                                                                222

```
 1          A.    Did I say Tiny?  I said 13.

 2          Q.    You said 12.  Is 12 wrong?

 3          A.    I'm sorry.  I meant Bristleback, 13.

 4          Q.    I got that.  So 12 is off.  We're taking 12 off.

 5    That's fine.

 6                13, Bristleback, Dota or Dota2?

 7          A.    Dota2.

 8          Q.    Centaur.  That's No. 14?

 9          A.    Dota2.

10          Q.    Omniknight?

11          A.    Dota 1.

12          Q.    Terrorblade.

13          A.    Dota2.

14          Q.    No. 25, Ember Spirit?

15          A.    Dota2.

16          Q.    No. 27, Troll Warlord?

17          A.    Dota 1 and Dota2.  Also, can I append 26?  I must

18    have forgotten.

19          Q.    Sure.  That's fine.

20                And for 26, Phantom Lancer, is it --

21          A.    Dota 1.

22          Q.    Okay.  Medusa, No. 32?

23          A.    Dota2.

24          Q.    35?

25          A.    Dota 1.
```

1       Q.    38, Outworld Devourer?

2       A.    Dota2.

3       Q.    48, Keeper of the Light?

4       A.    Dota2.

5       Q.    Clinkz, No. 49?

6       A.    Dota 1 and Dota2.

7       Q.    Sniper, No. 51.

8       A.    Dota.

9       Q.    Juggernaut, No. 52?

10      A.    Dota.

11      Q.    57, Treant Protector?

12      A.    Dota2.

13      Q.    Okay.  So now, just a general question.

14            You would agree with me, in some of the things

15      you've just identified, you were the author, in whole or in

16      part, for just Dota; right?

17      A.    Yes.

18      Q.    Some of the things you just identified, the

19      characters you identified, you were the author in whole or in

20      part of just Dota2; right?

21      A.    Correct.

22      Q.    In some of the characters, you were the author, in

23      whole or in part, of both Dota and Dota2; right?

24      A.    Right.

25      Q.    Okay.  My question is, how is it that you could be

                                                                     224

1    an author in your own head of the Dota 1 character, but not

2    in the Dota2 game when it also appears in the Dota2 game?

3         A.   The -- the character could have been implemented by

4    someone else before I was there, or someone else did the

5    work.

6         Q.   So let me see if I got this straight.  I'll give

7    you an example.

8              So you've given the example of Omniknight.

9    Omniknight, you said you were the author in Dota, but not

10   Dota 2.  But Omniknight appears in Dota2?

11        A.   Right.

12        Q.   So is the character in Omniknight -- withdraw that.

13             Is the Omniknight character in Dota2 different from

14   the character of Omniknight in Dota 1?

15        A.   Maybe in subtle ways.

16        Q.   But did you do the programming of it for Dota2?

17        A.   No, I don't believe so.

18        Q.   I see.  Now if -- if whatever the subtle

19   differences are between those two characters, the Omniknight

20   Dota character and Omniknight Dota2 character, had you done

21   the programming for both of them in both games, then you

22   would have told me, I was the author of both?

23        A.   Yes.

24        Q.   Okay.  So now let's take another example.

25             So Troll Warlord, you were the author of Troll

                                                              225

1    Warlord in both Dota and Dota2; correct?

2         A.   Correct.

3         Q.   Are those characters the same in both?

4         A.   They're similar, yes.

5         Q.   Similar powers, similar visual appearance?

6         A.   Yes.

7         Q.   And -- I see.  So, for example, let me just give

8    the -- just so I'm clear about this.

9              For Earthshaker, Omniknight, Phantom Lancer,

10   Sniper, and Juggernaut, you were the author of those

11   characters for Dota, and those characters may be essentially

12   the same character with the same powers in Dota2, but you

13   didn't do the programming for those characters?

14        A.   Same or similar.  And yes, I didn't do the

15   programming.

16        Q.   So is it your view that if someone took a character

17   that you created in Dota 1 and implemented through

18   programming in Dota2, they're an author of that character?

19              MR. MAYER:  I'm going to object.  Calls for a

20   legal conclusion.

21        A.   I'm sorry.  Can you repeat?

22   BY MR. STERN:

23        Q.   Sure.  Is it your position or point of view that if

24   someone took a character that you created in Dota and

25   implemented that character through programming in Dota2, that

226

1    that person who implemented that character in Dota2 is the

2    author for the purpose of Dota2?

3                    MR. MAYER:  Same objection.  Legal conclusion.

4         A.   Well, the question was initially whether they

5    authored it in part or in full, and programming was included

6    as part of that, as being defined as authorship in this case?

7    BY MR. STERN:

8         Q.   Right.

9         A.   So that is what I intend to mean.

10        Q.   I got it.  Okay.  Let me ask you the question.

11             In the situation where you didn't do the

12   programming that you've given us in those same examples, do

13   you consider yourself the author of those characters?

14                   MR. MAYER:  I'm just going to object.  Legal

15   conclusion.

16        A.   Can you give me an example of a character?

17   BY MR. STERN:

18        Q.   Yes, sure.  Crystal Maiden.  So you've already

19   testified you're the author of Crystal Maiden in Dota.  I got

20   that.

21             Do you consider yourself the author of Crystal

22   Maiden in Dota2?

23        A.   In some forms, yes.

24        Q.   Okay.  And that would be the same in any case where

25   you were the author of the original character in Dota, and it

                                                            227