# MAYER DECLARATION

# EXHIBIT 4

# CONFIDENTIAL

# FILED UNDER SEAL