MAYER DECLARATION

EXHIBIT 6

1            UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    BLIZZARD ENTERTAINMENT, INC.,)

4    AND VALVE CORPORATION,        )

5             Plaintiffs          )

6                                 )

7    VS.                          )CIVIL ACTION

8                                 )NO. 3:15-CV-04084-CRB

9    LILITH GAMES (SHANGHAI) CO., )

10   LTD., UCOOL, INC., AND        )

11   UCOOL LTD.,                   )

12            Defendants          )

13    ------------------------------------------

14          VIDEOTAPED ORAL DEPOSITION OF

15                 DEREK BAKER

16               NOVEMBER 3, 2016

17    ------------------------------------------

18

19

20

21

22

23

24   REPORTED BY KATHRYN R. BAKER, RPR, CSR #6955

25   JOB NO: 114731

1        VIDEOTAPED ORAL DEPOSITION OF DEREK BAKER,

2   produced as a witness at the instance of the Plaintiff,

3   and duly sworn, was taken in the above-styled and numbered

4   cause on the 3rd day of November, 2016, from 9:32 a.m. to

5   5:07 p.m., before Kathryn R. Baker, CSR, RPR, in and for

6   the State of Texas, reported by machine shorthand, at the

7   Westin, 4545 West John Carpenter Freeway, 12th Floor

8   Boardroom, in the City of Dallas, State of Texas, pursuant

9   to the Federal Rules of Civil Procedure.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              A P P E A R A N C E S
 2

 3     FOR THE PLAINTIFFS:
       Mr. Marc Mayer, Esq.
 4     MITCHELL SILBERBERG & KNUPP
       11377 W. Olympic Boulevard
 5     Los Angeles, California 90064
 6

 7
       FOR THE DEFENDANTS:
 8     Mr. Mark Tung, Esq.
       Mr. Michael LaFond, Esq.
 9     QUINN, EMANUEL, URQUHART & SULLIVAN
       555 Twin Dolphin Drive
10     Redwood Shores, California 94065
11

12

13
       FOR THE DEFENDANT, LILITH (SHANGHAI) CO, LTD.:
14     Mr. w. Barton Rankin, Esq.
       BAKER & MCKENZIE
15     2300 Trammell Crow Center
       2001 Ross Avenue
16     Dallas, Texas 75201
17

18
       ALSO PRESENT:
19     Mr. Nate Mollick, Videographer
20

21

22

23

24

25
```

1                    P R O C E E D I N G S

2            THE VIDEOGRAPHER:  This is the start of

3   tape-labeled Number 1 of the videotaped deposition of

4   Derek Baker, in the matter of Blizzard Entertainment,

5   Incorporated, et. al., versus Lilith Games Company, LTD,

6   et. al, in the United States District Court for the

7   Northern District of California.  Case Number

8   315-CV-04084-CRB.

9            This deposition is being held at 4545 West

10  John Carpenter Freeway, Irving, Texas, 75063, on

11  November 3rd, 2016, at approximately 9:32 a.m.

12            My name is Nathaniel Mollick; I'm the legal

13  video specialist for TSG Reporting, Incorporated,

14  headquartered at 747 Third Avenue, New York, New York.

15  The court reporter is Kathryn Baker in association with

16  TSG Reporting.

17            Will counsel please introduce themselves

18  and state any agreements or stipulations into the record.

19            MR. TUNG:  Mark Tung from Quinn, Emanuel,

20  for uCool and the witness.  And with me is Michael LaFond.

21            MR. MAYER:  Marc Mayer of Mitchell,

22  Silverberg & Knupp, for Plaintiffs Blizzard Entertainment

23  and Valve Corporation.

24            (Pause in the proceedings from 9:33 to

25            9:34 a.m.)

1          MR. MAYER:  Should we go off for a second?

2          MR. RANKIN:  I'm sorry.  Keep going.  I've

3  come in.  We're -- we're making appearances.  I can do

4  that.

5          Bart Rankin with Baker, McKenzie, here on

6  behalf of Lilith.

7          MR. MAYER:  Okay.

8                  DEREK BAKER,

9  having been first duly sworn, testified as follows:

10                  EXAMINATION

11  BY MR. MAYER:

12     Q.   Okay.  Good morning, Mr. Baker.  My name is

13  Marc Mayer.  I represent the Plaintiffs in this action,

14  Blizzard and Valve.

15          Do you understand that you're here as a

16  witness in the case of Blizzard Entertainment and Valve

17  versus Lilith Games and uCool, Inc.?

18     A.   Yes.

19     Q.   Okay.  And are you represented in connection

20  with this deposition?

21     A.   Yes.

22     Q.   Okay.  And you're represented by -- by Mr. Tung

23  and Mr. LaFond; is that correct?

24     A.   Yes.

25     Q.   Okay.  And you understand that they're also the

1       A.   I learned about DotA -- if I recall, I had

2  gotten tired of playing Frozen Throne single player and

3  playing normal games on Battle.net where, you know,

4  you're -- you're the orcs or you're the scourge, and

5  you're decimating each other's bases; the normal Warcraft

6  III game.  I had gotten bored of those match-ups, so I

7  started playing custom games.

8            And I discovered DotA one day just -- I

9  saw -- I saw the same name appear constantly in the custom

10 game list, DotA, you know, Join this, Join DotA, DotA,

11 DotA-something; people creating custom game names.  And I

12 joined one one day, and started playing, and started to

13 learn the rules of the game.  And I enjoyed it so much

14 that it became my favorite custom game on Battle.net.

15      Q.   So the first copy of DotA -- let me back up.

16            In order to play DotA, you need to have a

17 copy of the DotA map on your computer; is that correct?

18      A.   Yes.  If you don't have a copy, it starts to

19 download it once you're in queue.

20      Q.   Okay.  So the first time you played DotA, did

21 you -- had you already downloaded a copy or you obtained

22 it via the custom game menu?

23      A.   I obtained it via the custom game menu, likely,

24 the first time I joined.  I didn't know how to go get a

25 copy at that point.

1        Q.    What version of DotA did you first play?

2        A.    I do not remember the specific version of

3   Allstars I first played.

4        Q.    Do you recall if it started with a "5"?

5        A.    It was a version 5.-something.  It had to have

6   been before -- it would have had to have been before the

7   5.6 series, though.

8        Q.    And why do you say it was before 5.6?

9        A.    Because the early 5.6 versions were the first

10  versions I was playing around the time that I interacted

11  with Guinsoo for the first time.

12       Q.    And at the time you first started playing DotA,

13  did you understand that Guinsoo was the developer of the

14  game?

15              MR. TUNG:   Objection, assumes facts.

16       A.    I learned he was the developer after having

17  joined the forum and saw what people were posting.

18       Q.    (BY MR. MAYER)   And so how did you learn that

19  Guinsoo was the developer of the game?

20       A.    I don't remember specifically what I saw.  I saw

21  a post somewhere on the forum, some sticky threads,

22  Guinsoo being a featured poster talking about the release

23  version, the newest version, so I -- I made the connection

24  that he was the creator or the current lead developer of

25  the map at the time.

1    Q.   And the first version of DotA or DotA Allstars

2  that you downloaded, when you booted up that or loaded up

3  that map, did it say, Presented by Guinsoo?

4    A.   I don't remember specifically.  I remember it

5  said, DotA Allstars.

6    Q.   Okay.  Did you ever play any versions prior to a

7  5.-something version?

8    A.   No, I did not.

9    Q.   Okay.  And so is it fair to say that you never

10  had any input or contribution into any versions before

11  version 5.6?

12    A.   That is -- yes, I did not have any contributions

13  to versions prior to the 5.6 series.

14    Q.   Okay.  Did you ever play any of the original

15  versions of DotA that didn't have the name, DotA Allstars?

16    A.   I did not.

17    Q.   Okay.  Did you ever hear the name, Eul, E-U-L?

18    A.   I had -- I had heard the name Eul in the

19  early -- when I started spending time in the forum, people

20  would talk about him.

21    Q.   What would people say about him?

22    A.   That he was the first developer of the Allstars

23  game was all people would say, or at least that's what I

24  remember them saying.

25    Q.   Okay.  Now, at the time Eul was not active in

1    them making DotA 2 without my permission.  I was

2    interested in being a part of the creative process, so I

3    believe I inquired about it.  But I never raised any

4    objections about them taking anything or doing anything

5    back then.

6        Q.   Did you ever demand that they put you in the

7    credits or give you some kind of acknowledgment or credit

8    for your participation in DotA?

9        A.   I think in my message, I requested or said

10   something along the lines of, I'd -- you know, I'd like to

11   be involved.  I -- I don't -- I don't know if you guys

12   know who I am or what I did, but I'd like to talk about it

13   or something.

14            I don't know -- I don't remember exactly

15   what I said, but I think I did request something along the

16   lines of, you know, acknowledgement or -- or talking about

17   it.  I didn't demand anything.  I just was asking

18   about -- that was part of my message.  I think I was

19   asking about that as part of the message.

20       Q.   Okay.  But the purpose of the message was, you

21   wanted to be a beta tester; is that right?

22       A.   I wanted to test and be -- back then, I -- at

23   the -- at the time, I didn't have, you know, a traditional

24   job.  I was out of college.  I was looking for my path in

25   life.  And DotA had been a part of my life for such a long

1    time up until -- and I wanted to stay involved in it in

2    some way and continue working with the game.  You know, it

3    was -- I was -- it was one of my things I was very

4    passionate about.  And so if I could have been a part of

5    the process, I would have wanted to be.

6         Q.   So you would have wanted to give feedback on the

7    game?

8         A.   Yes.

9         Q.   Okay.  For example, tell them what you liked and

10   didn't like about the game, correct?

11        A.   Yeah.  And my favorite part of the original

12   development process was the hero creation and item

13   creation process and being a part of that whole conceptual

14   development of things.  I loved that so much.  And I

15   didn't -- I thought maybe I could have that again some

16   day.  But I didn't -- I didn't know if they would be

17   actually interested.  I just sent a message just

18   to -- just to see.

19        Q.   Okay.  Did you ever apply for a job at Valve?

20        A.   No, I didn't apply for a job at Valve.

21        Q.   Did you send an IM or a text to Icefrog to let

22   him know you wanted to be involved?

23        A.   I would log onto AIM occasionally after that

24   last conversation and see if he was online or try to send

25   him a message or something.  And I would say, Hey, Ice,

1    how you doing?  Just wanted to touch base, you know, just

2    follow up.

3                But I don't -- I think after -- after 2010

4    or '11, he probably stopped logging onto AIM completely or

5    maybe he changed computers or -- it's -- I don't -- I

6    don't know what happened, but I never talked to Icefrog

7    again after that last conversation.

8        Q.   Did you, in or about 2010 or 2011, ever consult

9    with or retain counsel to evaluate whether you had any

10   claims against Valve?

11       A.   No.

12       Q.   Did you ever consider whether you had any claims

13   for a lawsuit against Valve?

14       A.   No.

15       Q.   Same question for Blizzard, did you ever

16   evaluate whether you had any legal claims against

17   Blizzard?

18       A.   No.

19                (Exhibit 95 marked.)

20       Q.   (BY MR. MAYER)   I'm just going to mark as

21   Exhibit 95 -- I've marked as Exhibit 95, a post from the

22   Dotabuff Website from someone who goes by the name of

23   Terrorblaze.

24                I believe you testified that that's not

25   you; is that correct?

1    tape.

2         Q.   (BY MR. MAYER)   Okay.  Let's look at Document

3    Request Number 2, bottom of page 3.

4              It asks for all communications between you

5    and any representative of Blizzard or Valve relating to

6    the creation of any part of DotA.

7              Did you ever have any communications

8    with -- with any representative of Blizzard concerning

9    DotA?

10        A.   I've never communicated directly with somebody

11   at Blizzard or Valve -- Blizzard or Valve to the best of

12   my knowledge.

13        Q.   Okay.

14        A.   No representative ever talked to me.

15        Q.   Okay.  Other than the forum you submitted to

16   Valve; is that correct?

17        A.   Yeah.  But I didn't even receive confirmation,

18   so I have no idea if it was even sent.

19        Q.   At the time that -- you said at some point in

20   time, Icefrog contacted you, and he contacted you in

21   connection with potentially beta testing DotA 2.

22        A.   Yes.

23        Q.   Were you -- were you aware at that time that

24   Icefrog was employed by Valve?

25        A.   At the time that Icefrog contacted me, I was

1    aware that he was working with Valve at the time.

2        Q.   Okay.  Have you attempted to find that

3    communication from Icefrog?

4        A.   I did attempt to find that communication with

5    Icefrog.

6        Q.   What did you do to try to find that

7    communication?

8        A.   When you chat with somebody on AIM, you have the

9    option to save a log.  Unfortunately, it is not an

10   automatic process, so if you chat with somebody and then

11   log out or close that window and then log back in, if you

12   did not save that log, it is gone.  I tried to find any

13   logs -- potential logs that I had with Icefrog in the past

14   and, also, that last conversation, but I could not find

15   anything.

16       Q.   Okay.  So the only communication with Icefrog

17   while he was at Valve, was via AIM?

18       A.   That was how we -- we talked.  I never had an

19   e-mail address or any other way to contact him.

20       Q.   Okay.  I'm going to mark as our next

21   exhibit -- so, you know, don't put this one away quite

22   yet, but I -- I want to mark what will be 98, I think.

23               (Exhibit 98 marked.)

24       Q.   (BY MR. MAYER)   I've marked as Exhibit 98, a

25   document that I'll represent was produced to us by you in

1    connection with this case.

2        A.   Uh-huh.

3        Q.   Have you seen Exhibit 98 before?

4        A.   I have seen this screen before.  I have not seen

5    this exhibit before.

6        Q.   Okay.  Is Exhibit 98 a screen shot that you took

7    from your personal computer?

8        A.   Yes.

9        Q.   Okay.  So is -- what I'm looking at on

10   Exhibit 98, is that your -- is that the screen on your

11   personal computer, that background and these icons?

12       A.   Yes.

13            THE VIDEOGRAPHER:  You have five minutes on

14   the tape.

15       Q.   (BY MR. MAYER)  Okay.  And this AIM username,

16   Terror13laze with the "13" in place of the "B," is that

17   your AIM account -- account name?

18       A.   Yes.

19       Q.   Okay.  And is that the account name that you

20   used during the time that you were involved with DotA in

21   the, say, 2005 to 2009 time period?

22       A.   Yes.  I -- I -- you'll notice that, especially

23   on this AIM screen, that when I log in, it has Terrorblaze

24   as my main name there.  At some point when I was on

25   Battle.net and also on the forum, I thought the "13" got a

1    little confusing after a while for some people, so I would

2    always try to correct it to "blaze" whenever possible.

3    But my personal log-in name, I kept as -- with the "13,"

4    and then my displayed screen name is B-L-A-Z-E when you

5    log in.

6         Q.   We only have a couple of minutes before they

7    need to change the tape, but please turn to page -- the

8    second page of Exhibit 98.

9         A.   Uh-huh.

10        Q.   It says DB 16.

11             Is -- is -- is this second page something

12   that you took a screen shot of?

13        A.   Yes.

14        Q.   Okay.  And it refers to -- you'll see there's a

15   list of -- of friends, I guess.

16             Is that what it is?

17        A.   Yes.

18        Q.   Okay.  And one of them is Icedota?

19        A.   Yes.

20        Q.   And the next is Icefrogdev; is that right?

21        A.   Yes.

22        Q.   Okay.  And the next is Icefrogdota; is that

23   correct?

24        A.   Yes.

25        Q.   Are all three of those screen names, or those

1   friends, all Icefrog?

2       A.   All three of those screen names were screen

3   names used by Icefrog himself when he was on AIM.  I -- in

4   retrospect thinking about it, I think he had used

5   different screen names for different purposes in

6   communicating, because he had different friends lists for

7   each of them.  One that was, like, personal maybe; one

8   that was for development purposes only, et cetera.  And

9   I -- he contacted me at some point on all three of them,

10  and so I saved them.

11      Q.   Okay.  So during the 2005 to 2009 period,

12  Icefrog contacted you using any of these three names; is

13  that correct?

14      A.   Yes.

15      Q.   Okay.  And do you recall which username he

16  contacted you from concerning DotA 2?

17      A.   I do not recall which specific name he used.

18      Q.   To the best of your recollection, was it one of

19  these three names?

20      A.   It was one of these three names, though.

21      Q.   Okay.  And just to clarify, you no longer have

22  whatever communication he sent you, correct?

23      A.   Yes, I no longer have any communications.

24           MR. MAYER:  Okay.  Let's take a break so he

25  can change the tape.

1          THE VIDEOGRAPHER:  We're off the record at

2    11:34 a.m.

3          (Recess in the proceedings from 11:34 to

4          11:40 a.m.)

5          THE VIDEOGRAPHER:  We're back on the record

6    at 11:40 a.m.  Start of Tape 2.

7      Q.   (BY MR. MAYER)  Okay.  Mr. Baker, how long have

8    you had your current computer?

9      A.   I'm not quite sure what the exact time frame is,

10   at least a year.

11     Q.   Okay.  And in the 2005 to 2009 time period, did

12   you have a different computer?

13     A.   Yes, I did.  I had a desktop for a very long

14   time.

15     Q.   Was it the same computer from the 2005 to 2009

16   period, or did you have multiple computers during that

17   time?

18     A.   To the best of my knowledge, I went through two

19   desktops during the 2005 to 2009 period.  When I got to

20   college, I started using laptops.

21     Q.   And when did you start college?

22     A.   I started college right after my graduation in

23   mid-2008, so I still had a desktop at the time, but I was

24   transitioning to the use of a laptop in preparation for

25   college.

1  came back home after graduating, I was able to start

2  playing games again, but back -- back in college, it was

3  impossible.

4      Q.   Okay.  Did you have an e-mail address in the

5  2005 to 2009 time period?

6      A.   I think -- I didn't have an e-mail address for

7  most of high school.  I think in my senior year, I got a

8  hotmail address of some kind, but I can't remember exactly

9  what it was.

10      Q.   Do you still have access to that hotmail

11  account?

12      A.   I don't believe I have access to it anymore.

13      Q.   When was the last time you used the hotmail

14  account?

15      A.   Wow.  Probably more than six or seven -- like,

16  six years ago.  Right around six -- five or six years ago.

17      Q.   Did you ever communicate with Icefrog using your

18  hotmail account?

19      A.   I don't recall any instances where I e-mailed

20  him for anything that we did.

21      Q.   Okay.  So other than -- than communicating with

22  Icefrog via AIM and Battle.net, were there any other

23  methods you used to communicate with Icefrog?

24      A.   There were no other methods.

25      Q.   How about Guinsoo, other than -- how -- how did

1   you communicate with Guinsoo?

2       A.   I communicated with Guinsoo initially on the

3   forum.  And when I was invited to Clan TDA on Battle.net,

4   I started interacting with him more regularly on

5   Battle.net.  And eventually after that, we -- we would

6   talk on -- I think I had his AIM at one point.  Before he

7   stopped developing, we -- there was a period where we did

8   talk privately on it, but I don't remember details of that

9   time very well.  I just know we did it temporarily.

10      Q.   And you mentioned a time when he stopped

11  developing.

12              What -- what time was that?

13      A.   I don't recall what specific time period it was.

14  It was probably within -- within a year after I started

15  working with him.  There was a period where he stopped

16  communicating, and that was when I started actively

17  working more with Neichus.

18      Q.   And prior to the time that he stopped

19  developing, what did you understand Guinsoo's role to be?

20      A.   When he -- when he says "Jump," you -- you say,

21  "How high?"  You know, he was the lead developer, and he

22  was in charge of all development.  Anything that he wanted

23  to happen in the game, it happened.

24      Q.   So did he decide what goes in the game and what

25  doesn't go in the game?

1        A.    When he was the lead developer, he had

2   those -- the authority to make those decisions.

3        Q.    Okay.  And during the time that he was lead

4   developer, was there anyone else that had the authority to

5   make those decisions?

6        A.    As far as I know, nobody really.  Maybe -- maybe

7   Pendragon had authority, but that was -- that's just

8   speculation.

9        Q.    Okay.  And did you communicate with Neichus

10   during the, say, 2005 to 2009 time period?

11        A.    During some of that time, I did communicate with

12   Neichus.

13        Q.    And how did you communicate with Neichus?

14        A.    Battle.net.

15        Q.    Okay.  What about AIM, did he use that for

16   Neichus?

17        A.    I don't remember specifically if we ever talked

18   on AOL Instant Messenger.  All the conversations I

19   remember were on that one.

20        Q.    Can you describe for me how communications on

21   Battle.net worked?

22        A.    Communication on Battle.net was really heavily

23   channel-based.  There were private -- there were private

24   room, like, channels you could be in.  Public -- every

25   Clan had its own channel -- chat channel where you could

1    have private conversations with people, or you could have,

2    you know, everything you say be easily seen by everybody

3    in the room.

4                When -- whenever we were going to talk

5    about, like, testing a beta version or talking about a

6    character or talking about some idea, if it was

7    discussion-based with more than me involved, usually a

8    private, like a unique name, like a unique room or channel

9    was created.  It was like DotA Talk 215, you know,

10   something like that.  And everyone was told to go to that

11   room.  Nobody else knew where it was.  Only the people

12   that were communicated directly with would know where

13   that -- that -- that room was.  And we would all show up

14   and talk freely there.

15        Q.   How would you learn about that room being

16   created?

17        A.   We would receive notice from somebody who was a

18   TDA moderator or, if Pendragon was online, he would tell

19   us.  Icefrog himself would.  Or Guinsoo would tell us back

20   when we started this process.  Icefrog always generally

21   did that.  The whole beta testing process was a lot more

22   organized when I was working with Icefrog.  It was less

23   organized with Guinsoo and Neichus; it was a little more

24   chaotic back then.

25        Q.   So you said that the beta testing process was

1   more organized with Icefrog.

2                    In -- in what way; can you describe that

3   process for me?

4       A.   It was more like how maybe a real development

5   team would approach it.  He had a programming background.

6   I don't know if he did it professionally at that point,

7   but he seemed to understand what it meant to lead a

8   team and keep things organized between people,

9   communicate -- how to communicate with individuals, how to

10  segment things out.  He just -- he seemed to just know how

11  to do that.

12                   And so the beta testing under him was much

13  more organized.  We always knew ahead of time where we

14  needed to be, what tram we needed to join, what room we

15  needed to go to chat about certain topics; it was more

16  organized.

17      Q.   What period of time would you say this was

18  that -- that Icefrog was in charge?

19      A.   I would say it was within my last two years of

20  high school.  So 2000 -- the time I primarily interacted

21  with him, I think, would be the 2007 through 2008ish

22  period.  Maybe at the tail end of 2006 as well.

23  The -- the exact time frame, I do not know specifically.

24      Q.   Is it fair to say that during that 2007 to 2008

25  period, Icefrog was the lead developer of the game?

1          A.    Yes, safe to say.

2          Q.    And during that time period, was he in control

3     of the -- of the game or the mod?

4          A.    Yes, he was in control.

5          Q.    Okay.  So did Icefrog make the decisions as to

6     what would go in or not go into the mod?

7          A.    Yes.

8          Q.    So just sort of going back for a minute to

9     Neichus -- actually, going back to -- to the Battle.net

10    chats.

11              Were the rooms -- when you would create a

12    room or be notified that someone was creating a room,

13    would that be sent to you via private message or would

14    that be sent to you in live chat while you were online?

15         A.    From my experience, sometimes it would be

16    communicated to me privately.  If I recall, private

17    messages kind of showed up kind of like green.  Like, it

18    was a different text color, so you knew it was private and

19    being communicated to you with your name or several names,

20    you know, attached to you.  You didn't know who else was

21    always being communicated with, but you always knew if a

22    private message was being sent to you from somebody.

23              Public chat and private chat were

24    color -- colored a little differently.  So it was almost

25    always private chat.  If there was nobody else in the

1   room, sometimes they would announce it publicly.

2       Q.   So would you log on and have a message saying,

3   Hey, everyone meet at 9:00 p.m. in this chat room, or was

4   it more like you'd log on and then someone would say, Hey,

5   we're meeting right now; come join?

6       A.   Sometimes it was done personal like that.  In

7   Clan TDA, I don't know, there was always a bot sitting

8   there.  Like, it was called, like, TDA bot, screen name;

9   something like that.  The bot's name would change.  It

10  changed several times during the time that I was in Clan

11  TDA.

12              But a lot of announcements and private

13  messages would go out through the bot, reaching

14  every -- reaching the key people and saying, You need to

15  go to this room, or, You need to join this game.  This

16  game is available; there's three slots left.  So we would

17  actually always know what our capacity was, because that

18  bot was always sending out messages ahead of time.

19      Q.   Were there a certain number of slots in each

20  private room?

21      A.   Not in the private rooms, but when a private

22  game was going on.  I mean, there's only five players per

23  team.

24      Q.   Right.

25      A.   So if there's -- it would be the -- the bot

1    could go and look at the game and ping it somehow and say,

2    There are three slots left in this beta test.  Do -- are

3    you available to join?

4              Sometimes we just had everybody we needed

5    right there; and other times, we were notified, Hey, there

6    are some slots left.  Would you like to join the beta

7    game?  Because you're a Clan TDA member, and you're in the

8    channel, we know -- we know who you are.  So...

9        Q.   And I'm just going to back up for a minute,

10   because we're talking about Clan TDA.

11             Maybe you can describe it for me; what is

12   Clan TDA?

13       A.   I would say from my personal experience, my

14   definition, Clan TDA was the custodian clan of the DotA

15   game.  It was the inhouse group of people who beta tested,

16   who were most closely associated with the DotA Allstars

17   game.  It was Icefrog and Guinsoo and Pendragon's clan.

18       Q.   So -- so when you say it was Icefrog, Guinsoo,

19   and Pendragon's clan, does that mean they were in charge

20   of the clan?

21       A.   Yes.  I think Pendragon -- I forget who

22   the -- the top guy in the clan was, hier -- hierarchy was.

23   I think it was Pendragon, but I'm not quite -- I'm not

24   completely sure.

25       Q.   Okay.  How many people were in the clan?

1       A.    From my recollection, probably at least 100

2   people.

3       Q.    Okay.

4       A.    That number might have been lower before that

5   time.  I think it was at least 100.

6       Q.    And was the primary purpose of the clan to

7   PlayDotA games or beta test DotA games?

8       A.    The purpose of Clan TDA was to provide -- to

9   connect all of the people who were not only beta testers,

10  but it was the clan that was -- it's the inhouse team

11  that's giving feedback to the game before it goes public.

12            So almost any discussion that we were

13  having about a version of the map, everybody in the clan

14  knew about it and were able to contribute feedback to

15  changes going on the map.  And if there was beta testing

16  opportunities, it was almost always Clan TDA members that

17  got first dibs to join those games and -- and contribute

18  to the creative process.

19      Q.    And when you say "contribute to

20  the -- contribute to the creative process," you mean give

21  feedback to Guinsoo or Icefrog as far as the game?

22      A.    Yes.  If a -- if a new hero was implemented or a

23  new item was implemented, they wanted feedback from Clan

24  TDA, and especially any balance-related feedback, before

25  completely implementing it in a published version of the

1  map that would go out to everybody else playing

2  Battle.net.

3      Q.   Got it.   So if a character was overpowered or

4  underpowered, they'd give that feedback to Guinsoo,

5  Neichus, Icefrog to make tweaks?

6      A.   Yes.   And over time, the association between

7  Clan TDA and the actual forums became tighter and more

8  closely intertwined.   People on Clan TDA or other people

9  associated with the clan could go onto the forum and

10  provide feedback on threads in private forums that the

11  public could not see.

12      Q.   Okay.

13      A.   And so it was very highly organized.

14  Especially, that process became very highly organized

15  under Icefrog, more so than it had been when I first

16  started.

17      Q.   And can you tell me in what ways it had become

18  more organized.

19      A.   When I first started with Guinsoo, according to

20  the best of my memories here, things were a little -- the

21  forum was still kind of a new thing.   There were multiple

22  moderators.   One moderator, Syllable, had left for some

23  reason around Version 5.62 or so.   That -- that Lone Druid

24  character was named after him back then, sort of a homage

25  to his time and -- and contributions to the map.

1    And Guinsoo did things more on an irregular

2    schedule.  He did things more when he wanted to.  He

3    didn't stick to as many time lines.  He was a little

4    more -- I don't know.  He was a little more loose, I

5    guess, in the way things -- we didn't coordinate beta

6    tests as much.  We didn't have all this stuff in place.

7    It was an evolving process at the time that I started

8    getting involved in Clan TDA, to the best of my knowledge,

9    though, and -- and experiences.

10    Q.   Okay.  How did things change under -- under

11    Icefrog?

12    A.   Icefrog was more like an actual lead developer

13    as far as how he managed the -- not only Clan TDA and how

14    it provided feedback on the map, he -- he -- to my

15    experience, he segmented things out more effectively.  So

16    people always knew what they needed to do at any given

17    time, instead of people being left up to their own devices

18    all the time and just being called on when needed.  You

19    always knew what you were supposed to do at any given time

20    if you were online and something needed to happen.

21    It was just a more organized process.  Like

22    having a really good floor manager or -- and information

23    was always communicated very clearly and effectively to

24    lots of people simultaneously -- even without

25    e-mail -- through Battle.net, through the forums.  It was

1    all very organized in comparison to the past.

2         Q.   Can you give me an example of the type of

3    communication that Icefrog would give to Clan TDA

4    during -- during the period that he was in control?

5         A.   From my experience, he would, for instance, go

6    and make a -- like a private thread or something about an

7    upcoming beta version and listings that were going on and

8    say, We are going to have game stuff.  And people on the

9    forums would be able -- who were -- you know, they were

10   clan team members and that their name was associated with

11   their account, could go and post there.  They had access

12   to forum, so they could contribute there, and then they

13   would know, Oh, I needed to log on in a few hours because

14   the beta test is happening, and we're going to be going

15   over these things.

16            He was able to set things like agendas and

17   stuff.  Even if those threads weren't going to be there

18   forever, he could set them up and there was a clear,

19   concise way of delivering the information.  So you'd

20   start -- so he would post in the forum, and you'd know

21   that there was a new post in that private forum that

22   nobody else could see.  You'd go in there and read the

23   thread.  Then you'd go log on and see that it's game DotA

24   4.62 B1, you know, whatever that name was for that custom

25   game.  And you needed to put in, you know, like a password

1  or something just to get in there.

2              So it was very different from how we did

3  beta tests before.  We actually had cases, I think, when I

4  was with Guinsoo, where people could just join, anybody

5  could join the game.  It just wasn't as organized.  So

6  that -- that's a difference in how things were organized

7  back then.

8      Q.  So in order to beta test a game during the

9  period that Icefrog was in charge, would you need a

10  special invite from Icefrog?

11     A.  You needed -- you needed -- A, you needed to

12  know what the name of that game was going to be.  Games

13  could be private after all.  You needed to know what that

14  private game was going to be to join.  You also -- and

15  once you joined, nobody had a copy of the map, so you had

16  to, obviously, download the version of that map.  So,

17  normally, we all didn't have it.  Sometimes he would say,

18  This is -- there's a link where you can just download it

19  before you join so we don't have to wait on everybody

20  downloading the map.

21             So the general process was, This is the map

22  version.  This is the beta -- the current beta version.

23  Go download it.  And we're going to have tests this time,

24  this time, and this time today or maybe even tomorrow, if

25  he'd plan that far ahead.

1    And he would talk about, These are the
2  changes that I implemented.  This is what we're testing
3  on.  You guys are going to be, you know, Scourge.  You
4  guys are going to be Sentinel.  And that was kind -- that
5  was -- that's a general overview of what that process was
6  like.
7         Q.   So were there specific areas that -- that
8  Icefrog wanted everyone to focus on during certain beta
9  tests?
10        A.   Yes.
11        Q.   What were some of the -- maybe you can give an
12  example of some of the areas of focus for each of the beta
13  tests.
14        A.   It depended on what the change was.  In the
15  case, like, of a new hero being implemented, he would want
16  to test that hero under different circumstances to see if
17  there were bugs with the way the skills worked.  He would
18  want to test its general playability, so he said.
19             In some games, it would be, like, more like
20  an actual free-for-all match where, We're going to play
21  this like a normal game, and I -- you know, this person is
22  going to be the new hero.  And you all are going to be on
23  these teams, and you're just going to play normally and
24  let me see how -- how it plays out.  Because if this
25  hero's skill doesn't do what it's supposed to do, or, you

1    know, he goes -- he goes from zero to zero to 10 to zero

2    in three minutes, you know that there might be something

3    wrong with his balance.

4          Q.    Right.   And would Icefrog be able to spectate or

5    observe the game, or would Icefrog be a player in the

6    game?

7          A.    He would generally be a player in the game, as

8    far as my -- as far as I remember.

9          Q.    And was there a process by which Icefrog was

10   able to receive feedback from these beta tests?

11         A.    Generally, after a beta test, he would actually

12   take everybody to one of the private room -- Battle.net

13   rooms that had been set up before the beta test.   There's

14   usually almost always a room with its own name that only

15   the members who were beta testing knew what that room's

16   name was.

17              He would say, Everybody go back here, and

18   we're going to talk about this.   And he would get more

19   immediate feedback that way.   And then if there was

20   additional feedback that needed to be in that version, he

21   would go request people to go make -- go post about it

22   in -- on that private thread.

23              He didn't do this every single time, but it

24   happened with enough regularity to where I would consider

25   it a consistent process.

1    Q.   And then would Icefrog release a new version

2  based on the feedback?

3    A.   Yes.

4    Q.   And so to the best of your understanding, he

5  would listen to the feedback, make changes in response to

6  the feedback, and then release a new version?

7    A.   To the best of my knowledge, that's how it

8  looked to me.

9    Q.   Okay.  Could you give me an example of some of

10  the feedback that people might have given to Icefrog

11  during one of these sessions?

12    A.   There was always obvious feedback, like, this

13  skill does too much damage, or it's a little too powerful.

14  It does -- it -- it -- it's a little -- it's -- you know,

15  the stat -- it's just a little bit too good.  Its cool

16  down is very short.

17           You have an ultimate skill that

18  it -- for instance, there was a case where, I think, one

19  hero was tested.  I don't remember if it was Ursa

20  Warrior -- it wasn't Ursa Warrior.  It was maybe -- I

21  think when we first implemented Abaddon, the -- the Death

22  Knight character, you know, Lord of the Abyss, he

23  had -- he had -- his skills we were looking at ultimately

24  were called Mark of the Abyss and some other stuff, but he

25  was not balanced the same way he was now.

1          So that character had to go through some

2    changes through the beta test.  They would give feedback

3    on, do we even like his ultimate skill; do we want it to

4    be something different; how is this -- is his aphotic

5    shield doing too much damage?

6                    THE REPORTER:  You need to slow down.

7                    THE WITNESS:  Yes.

8        A.    Is he -- is this character doing too much damage

9    in too short a period of time; is he not functioning the

10   way we originally designed him; what needs to change?

11       Q.    (BY MR. MAYER)   Okay.

12       A.    That's the type of feedback he was looking for

13   primarily.

14       Q.    Okay.  Were there ever disagreements among Clan

15   TDA members about feedback; someone saying, for example,

16   This character is too powerful; I don't like the ultimate,

17   and other people saying, Yeah, I do like the ultimate;

18   keep it?

19       A.    That kind of discussion and difference of

20   opinion did happen.  I cannot recall any specific

21   conversations that come to mind immediately, but it did

22   happen.

23       Q.    And, ultimately, it was Icefrog that would

24   decide how to tweak the game based on the feedback; is

25   that right?

1        A.    Yes.

2        Q.    Okay.  So coming back to our Exhibit 97.

3              Do you have any records of any of the

4   Battle.net chats or conversations or chat logs

5   from -- from the 2005/2009 period?

6        A.    I do not.

7        Q.    Okay.  Do you know if anyone has those chat logs

8   or records of those chat logs or communications?

9              MR. TUNG:   Objection, lacks foundation.

10       A.    I -- I don't know who would have those chat

11  logs, other than Blizzard themselves.

12       Q.    (BY MR. MAYER)   Okay.  Was there ever an

13  occasion that you had to, like, cut and paste the contents

14  of a chat log?

15       A.    I don't remember any specific instances of that

16  happening.

17       Q.    Okay.  And to your recollection, how long did

18  the chat logs remain accessible after the session was

19  over?

20       A.    As far as I know how Battle.net worked, if you

21  would log into a room, you would see all the chats that

22  happened, you know, going up until a certain point.  I

23  don't know if there was a cutoff point, but when I would

24  log into Clan TDA's chat room or, like, log on and go to

25  their room, I would see the chats that people had been

1    having for some amount of time before I actually showed up

2    into the channel.

3        Q.   Okay.  And you could scroll up and see -- see

4    some past history of the chats?

5        A.   Some past history.

6        Q.   Okay.  You're not quite sure how long it -- it

7    stayed accessible?

8        A.   Yeah, I don't know how the mechanics worked of

9    that; I just remembering seeing some things.

10       Q.   And -- okay.

11            Do you have any reason to believe that any

12   chat logs might be contained on any of your old computers,

13   any of the ones you disposed of?

14       A.   I don't -- I -- I never took any chat from

15   Battle.net, never saved it anywhere off of Battle.net

16   itself, so I don't believe so.

17       Q.   When giving feedback to Icefrog concerning a

18   beta test, would -- would that feedback sometimes be given

19   via an area on the DotA Allstars forum?

20       A.   According to my recollection, there were private

21   forums for Clan TDA members.  There was a Clan TDA forum,

22   for instance.  There was also a beta tester forum on the

23   original Website where feedback could be given for beta

24   versions.  I don't remember a lot of specifics of

25   those -- of how that worked, but I do remember that they

1    existed.

2         Q.   Would someone typically create a thread for a

3    particular beta test?

4         A.   Yes.  The threads -- some -- sometimes somebody

5    would make a thread if they had participated in a beta

6    test and wanted to discuss something specific.

7         Q.   And then people would contribute to that thread?

8         A.   Yes.

9         Q.   How many beta tests would you say you were

10   involved with -- let's -- during the Guinsoo period, let's

11   say?

12        A.   I don't know specifically.  I would say more

13   than 10.

14        Q.   What about during the period that Icefrog was

15   the lead developer?

16        A.   A few dozen.

17        Q.   Okay.  What was the last version, if you recall,

18   that you beta tested?

19        A.   I do not remember which specific version it was.

20   It was past the 6.20 -- 6.2 series, but I don't remember

21   which specific version.

22        Q.   Okay.  Do you recall whether any of your input

23   or feedback was incorporated into any later version

24   of -- of DotA Allstars?

25        A.   I don't recall any of my specific ideas that I

1  had at the time that I left being incorporated into the

2  game.

3       Q.   Let's turn to page 5 of Exhibit 97.  You'll see

4  lines 6 through 8, it says:  All documents and

5  communications in your possession that discuss or relate

6  to the creation of any part of DotA, including any

7  character appearing in DotA by any person.

8            Did you search for any documents discussing

9  or relating to the creation of DotA or parts of DotA?

10      A.   Yes, I did.

11      Q.   Okay.  And did you find any documents or

12  communications relating to creation of parts of DotA or

13  characters of DotA?

14      A.   I did not find any on my computer when I looked.

15      Q.   Okay.  If such communications existed -- well,

16  do you believe that any communications exist?

17      A.   If they do exist, I have no idea where they

18  might be.  They're not on my computer or anything that I

19  personally possess.  If they did exist, I would love to

20  find them, because that period of my life was very

21  important to me.

22      Q.    If you turn to the next page, page 6, at the

23  top of the page, lines 1 through 4, this asks for all

24  documents created by you and uploaded, posted, or

25  submitted to any Website, including reddit.com,

1  playdota.com, or dota-allstars.com that discuss, or relate

2  to, the creation of any part of DotA, including any

3  character appearing in DotA, by any person.

4            Did you search for any documents that you

5  uploaded, posted, or submitted to Websites concerning the

6  creation of DotA?

7        A.   Yes, I looked for old threads and -- and things

8  I might have submitted.

9        Q.   Where did -- where did you look?

10       A.   I looked through PlayDotA.   I did try different

11  types of Google searches to try to come up with terms that

12  would relate to things that I posted.   Because back on the

13  forum, I did post a lot under "Terrorblaze," so I used

14  that as my key point of search.   Anything that's related

15  to that would show up pretty quickly.

16       Q.   And did you find anything?

17       A.   I did not find any of my most -- any of my

18  official submissions or characters that I had originally

19  talked about.   I looked, and I couldn't find any.

20       Q.   Did you also search your home computer to see if

21  you might have anything there?

22       A.   I searched my home computer for any

23  documentation I might have, and I couldn't find

24  any --   any notes or documents.

25       Q.   You referred to an official submission;

1   what -- what were you referring to there?

2          A.    For instance, the main thing that I thought of

3   when I knew that I had to go look for this kind of stuff

4   in preparation for the deposition, was personally

5   thinking, I need to go find maybe that thread for Jakiro

6   the Twin-Headed Dragon that Cotton Top and myself were

7   involved in.  That -- because that was a character that

8   was on the suggestions forum that we posted that got into

9   the game.  So I thought that would be an example of

10  something very relevant, but I could not find that thread,

11  no matter how much I looked.

12         Q.    What is the "suggestions forum"?

13         A.    On the original -- there's still a suggestions

14  forum, I believe, on PlayDotA.  On the orig -- and it

15  hasn't changed much since the original DotA Allstars

16  Website.

17              The suggestions forum is where people would

18  just create characters they wanted to see in the game, and

19  create threads for them, and talk about their skills,

20  abilities, features.  And maybe Icefrog would implement

21  that hero into the game, or before that, Guinsoo.

22         Q.    So when you say people could create characters,

23  do you mean people would post on the forum, descriptions

24  of characters?

25         A.    Yeah, they would -- they would create a

1  character and write it up in text, this character's name

2  and hero title, what model that character might use, what

3  are its -- what are that character's score abilities, what

4  his abilities do, what are its base stats; all that

5  information.  Sometimes they would create test maps for

6  people to try out and play on their Warcraft III game to

7  see the character in action.

8      Q.   Okay.  And these were text forum posts; is that

9  right?

10     A.   Yes, texts with images and icons and things like

11 that sometimes.

12     Q.   And these suggestions were for Icefrog or

13 Guinsoo to consider possibly implementing into the game?

14     A.   Yes, that was the primary purpose of them.  And

15 other people could post them like normal threads and

16 provide feedback on those characters, just other members

17 of the public.

18     Q.   So people would comment on the -- on the

19 suggestion or on the write-up of the character to say, I

20 like this, or I don't like this?

21     A.   Yes.

22     Q.   From time to time, did you post to this

23 suggestions forum?

24     A.   Yes, I did.

25     Q.   And about how many proposed characters did you

1    post to the forum?

2         A.   I posted a few characters to the forum at

3    different points.   When I was first active, I posted more.

4    Some of those suggestions that I put forth became the

5    basis of things that I officially brought to the table

6    later into the game.

7         Q.   You said some of those became the basis for

8    things.

9              What -- what do you mean by that?

10        A.   Like, if I created a character, like a complete

11   skill set, and I said, this is this character, his name or

12   her name, this is their abilities, if there was one

13   ability that I really liked out of that skill set that the

14   character was not implemented, and I really liked that

15   ability, I would save that ability or at least remember

16   that ability so when we were discussing a new hero to put

17   into the game, in my role of development, I could bring

18   that -- suggest that ability, and that ability, in many

19   cases, actually would make it into the game or as part of

20   a new hero.

21        Q.   Was there any way to guarantee that a suggestion

22   you made would end up in the game?

23        A.   I don't think there was any specific way to

24   guarantee that things that I suggested would end up in the

25   game.   What ended up happening is that, early on with

1    Guinsoo, for instance, he and I developed a friendship

2    online.   And so when I did make a suggestion, he would

3    consider it maybe a little more thoroughly than, say, some

4    random person's suggestion on the forum.

5                    I would use the suggestions forum sometimes

6    as a place to showcase my ideas for public viewing so that

7    if Guinsoo was too busy that day and he wanted to go see

8    what -- an explanation of that skill or character I was

9    talking about, he had a visual reference point.

10        Q.    So -- because of your reputation in the

11   community, you had more influence or clout with Guinsoo?

12        A.    Yes.

13        Q.    And is that the same thing with Icefrog?

14        A.    Yes.  It was -- I -- I knew Ice -- I talked with

15   Icefrog.  Neichus was the one who introduced me to

16   Icefrog.  He came through him.  I didn't really know

17   Icefrog before Neichus, and I started talking to him.  He

18   was a member of Clan TDA, but I had never interacted much

19   with him before Neichus introduced us.

20        Q.    Was there any sort of voting procedure whereby

21   people could vote on what -- what characters made it into

22   the game?

23        A.    I don't remember any polls or anything like

24   that.  We never really had a voting process for heros or

25   characters.

1      Q.   At the end of the day during the period that

2    Guinsoo was the lead developer, was it ultimately

3    Guinsoo's call as to whether or not a character made it

4    into the game?

5      A.   Yes.

6      Q.   And was the same true with Icefrog?

7      A.   Yes.

8      Q.   So I'm going to mark as Exhibit 99...

9           (Exhibit 99 marked.)

10     Q.   (BY MR. MAYER)   So Exhibit 99 is, I'll

11   represent to you, a post that -- I believe is a post that

12   I located on the DA-archive.com.  It appears to be part of

13   the -- you'll see at the top, it says:  DotA Allstars

14   Discussion, then DotA Allstars, Suggestions, and

15   Suggestions Archive.

16           So was Suggestions a folder or a forum area

17   within the DotA Allstars forums?

18     A.   Posts did get archived after a while.  I

19   don't -- I'm assuming they all got archived when that

20   transition happened, which is how it ended up there.

21     Q.   Okay.   So was there, basically, a forum for

22   suggestions where people could post hero suggestions or

23   item suggestions?

24     A.   Yes.

25     Q.   Okay.   What other kinds of suggestions would

1    people make on the Suggestions forum?

2         A.   Sometimes they would suggest cosmetic changes to

3    heroes, items, character abilities.   Occasionally, you

4    would see hero remakes suggested as well.

5         Q.   Do you have any recollection as to how many

6    heros were suggested or posted on the -- on the

7    Suggestions forum, say, in or around 2006?

8         A.   I don't recall specifically how many, other than

9    the fact there were -- there were quite a few.

10        Q.   Okay.   Do you think more than 100?

11        A.   Yes.

12        Q.   Okay.   More than 1,000?

13        A.   Maybe 1,000.

14        Q.   Okay.   So people were posting hero suggestions

15   all of the time on the forum, right?

16        A.   Yes.   So -- so many.

17        Q.   And only a few of them actually made it into the

18   game; is that right?

19        A.   I -- I'm actually not sure how many things

20   posted in the Suggestions forum would end up in the game.

21   From my experience -- I mean, I inferred that

22   Icefrog -- that Guinsoo and Icefrog probably talked to

23   other people, besides myself, and probably read the

24   Suggestions forum on their own sometimes.   So it's

25   possible their ideas -- maybe they derived ideas from the

1  Suggestions forum, but I do not know for sure.

2      Q.   Okay.   Is it fair to say that the purpose of the

3  Suggestions forum was for people to come up with ideas for

4  elements of the game, and then, hopefully, Guinsoo and

5  Icefrog read it, and then decide to use those ideas?

6      A.   Yes.

7      Q.   Okay.  So if you'll take a look at Exhibit 99,

8  you'll see that the post is by Terrorblaze.

9           Is that you?

10     A.   Yes.

11     Q.   Do you recall -- do you recall posting or making

12  this post titled, Baradus the Overseer?

13     A.   Yes, I do recall making this post.

14     Q.   And is Exhibit 99 typical of the type of posts

15  that you would make to the Suggestions forum?

16     A.   Yes.  When I made a hero suggestion, it was very

17  much in this format.

18     Q.   So you would give the name, the hero -- is that

19  the hero type where it says "Overseer"?

20     A.   Hero title.

21     Q.   Hero title?

22     A.   Every character had a name and a hero title, at

23  least in Warcraft III.

24     Q.   And you would suggest a model; is that correct?

25     A.   Yes.

1      Q.   Okay.  And in this case, the model is Unbroken

2  Darkweaver; is that right?

3      A.   Yes.

4      Q.   Okay.  And is Unbroken Darkweaver, is that a

5  Warcraft III model?

6      A.   Yes.

7      Q.   Okay.  And the picture underneath the title,

8  Baradus the Overseer, is that a picture of Unbroken

9  Darkweaver?

10     A.   Yes, that's a picture of the Unbroken Darkweaver

11  model for visual representation.

12     Q.   Okay.  Did you make any changes to the model

13  that's depicted in -- in this picture?

14     A.   No, I did not.

15     Q.   Okay.  So this model is straight from

16  Warcraft III?

17     A.   Yes, it's -- it's -- it's clearly linked back to

18  the Warcraft III Website so they know where it came from.

19     Q.   Okay.  Is it actually a link to the -- to the

20  Warcraft III Website?

21     A.   You can't tell right here looking at it, but

22  it's a P -- it's a moving -- it was a moving image.

23  Warcraft III, they had that back then for models; you

24  could see them moving.  And if you wanted to show what

25  that character looked like to somebody, you could link to

1    the -- the fundamental concept.

2         Q.   Did you ever make any Warcraft III maps in the

3    World Editor?

4         A.   When I -- when I was first playing Reign of

5    Chaos and then Frozen Throne, I would dabble and play in

6    the World Editor to try to understand it, because it was

7    fun.

8         Q.   But did you -- you never made any complete maps

9    in the World Editor; is that right?

10        A.   No, I did not.

11        Q.   Did you ever make any test maps, any character

12   test maps in the World Editor?

13        A.   Yes, I did; in the past.  When I was working on

14   the Enigma, there was a test map that I created for his

15   Malefice skill and a few other things.  Later on, Neichus

16   had access to that map as well, and helped program -- test

17   the black hole ability.  I think he -- he -- he triggered

18   that skill, actually.  So we had -- we actually had test

19   maps for characters sometimes before implementing them

20   into the main game.

21        Q.   How many test maps or characters did you create?

22             MR. TUNG:  Objection to compound.

23        A.   I do not remember specifically how many.

24        Q.   (BY MR. MAYER)   Do you think it's more than 10?

25        A.   I'm not -- I -- I honestly do not remember.

1    It's more -- probably more than -- than two.  I don't

2    know.

3         Q.   Did you search for any of those test maps on

4    your computer?

5         A.   I looked for the test maps.  Maps in Frozen

6    Throne and Reign of Chaos were a specific file type.  It's

7    very easy to find them if they exist.  I could not find

8    those files anywhere on the computer that I have.

9         Q.   Did you ever create a test map for Baradus the

10   Overseer?

11        A.   I do not remember if I created a test map for

12   Baradus.  I believe I only posted the concept of him.

13        Q.   Okay.

14        A.   The main reason being is that I could not

15   program his ultimate at gunpoint.

16             THE REPORTER:  I'm sorry; what was that

17   again?

18        A.   Baradus has a fourth skill here called

19   Expulsion, which causes the tentacles to come out and

20   surround a target and hit them, like a ring of tentacles.

21   I could not program that ability.  I'm

22   triggering -- from -- from my perspective, triggering

23   looks a lot -- kind of like programming to me, and I was

24   never very good at it.

25        Q.   (BY MR. MAYER)   So -- so, actually, let's turn

1   to his ultimate, and then we'll take a lunch break in a
2   couple of minutes.
3           But the -- on his ultimate -- so I guess
4   that would be page 2 of 6, on the second page; is that
5   right?
6       A.   Yes, uh-huh.
7       Q.   Okay.  So it says:  Animation:  Think Rhasta's
8   Mass Serpent Wards, except with tentacles in a circle
9   around Baradus.
10          Is that what you were referring to by -- by
11  the ultimate ability?
12      A.   Yes, the tentacles come up in a circle.  Even in
13  the game today in DotA 2, you can trap similarly with mass
14  serpent wards.  So it was a similar con -- concept there.
15      Q.   So for this ultimate ability, is it fair to say
16  you're describing the ability, and then someone else would
17  have to come in and actually do the programming and the
18  triggering; is that right?
19      A.   Yes.
20      Q.   Okay.  Is that true with respect to all the
21  abilities for Baradus the Overseer?
22      A.   Yes.
23      Q.   Okay.  So -- so these are ideas for animation.
24  So, for example:  Spawn Tentacle.  Tentacle modeled-unit
25  popping out of a corpse with its birth animation.  Based

1    on Carrion Beetles.

2                    That's sort of the concept you have in mind

3    for this ability, but then it would -- it would go to

4    Neichus or Icefrog to actually put that in the game; is

5    that right?

6         A.   Yes.

7         Q.   Okay.  And did you have the programming ability

8    or know-how to -- to make these animations that they're

9    referred to here?

10        A.   If I had -- if I had dedicated myself a little

11   more to the World Editor, I probably could have.  It

12   was -- I was able to envision how it should be; I just

13   didn't know all of the details to get to the end goal.

14        Q.   Is it fair to say for most of the characters

15   that you created or designed for DotA, you would come up

16   with the concept of the character, come up with the

17   skills, the abilities, suggest the model, and then leave

18   it to Icefrog, Neichus, or Guinsoo to actually program and

19   put it in the game?

20        A.   Yes.

21                    MR. MAYER:  Okay.  Let's take a lunch

22   break.

23                    THE VIDEOGRAPHER:  We are off record at

24   12:38 p.m.

25                    (Recess in the proceedings from 12:38 to

1                   1:23 p.m.)

2                   THE VIDEOGRAPHER:  We're back on the record

3       at 1:23 p.m.  Continuing on Tape Number 2.

4                   MR. TUNG:  So I just want to say, over

5       lunch, we provided you the documents that the witness

6       reviewed in -- in prep that he said refreshed his

7       recollection.

8                   MR. MAYER:  Okay.  Thank you for that.

9           Q.   (BY MR. MAYER)  So, Mr. Baker, just -- you

10      understand that you're still under oath and -- just as

11      this morning, correct?

12          A.   Yes.

13          Q.   Okay.

14                  MR. TUNG:  Can we go off the record for a

15      second?

16          A.   Yes.

17          Q.   (BY MR. MAYER)  Okay.  Let's mark as our next

18      exhibit, 100.

19                  (Exhibit 100 marked.)

20          Q.   (BY MR. MAYER)  Okay.  I've marked as

21      Exhibit 100, a printout of a post on the Website Rebrn --

22      R-E-B-R-N -- .com, titled, Neichus, Legendary forgotten

23      name in DotA history development.  Founding father of DotA

24      Allstars.

25                  Have you seen this post before?

1    existed in some early version of DotA?

2        A.   Yes.  The inspiration to bring back the Phantom

3    Lancer was I -- I never got to play the original Phantom

4    Lancer-ish character that much, and we wanted to bring him

5    back as a real Phantom Lancer character with a skill set

6    that actually lived up to his name.

7        Q.   And you also talked about the doppelwalk

8    ability?

9        A.   Yes.

10       Q.   Is that an ability that -- that you thought up?

11       A.   Yes, the doppelwalk ability was one that I

12   thought up, along with Juxtapose, his passive skill that

13   creates the illusions when he attacks things.

14       Q.   Okay.  So I'd like to talk about a few specific

15   characters.  The first one I'd like to talk about is the

16   character, Abaddon.

17            Is it your view that you're responsible for

18   the design of the Abaddon character?

19       A.   Yes, the concept of the Abaddon character was

20   mine.

21       Q.   And when you say the concept was yours, what do

22   you mean precisely?

23       A.   The mechanics behind his core set of abilities,

24   Aphotic Shield, for instance, and how that interacts in

25   the game.  The Aphotic Shield ability is his kind of

1    signature or skill and the basis of his entire game play.

2    He -- like any of the heros that were implemented, we got

3    feedback over time after development cycle, but the core

4    concept of the character was one that I suggested.

5        Q.   Do you know what version of DotA the Abaddon

6    character was introduced?

7        A.   I believe from my recollections, it was

8    around -- right around 6.20 or right after that, or right

9    in the early part of the 6.2 series.  One of them actually

10   named me, I think, in a change log.

11       Q.   And at the time Abaddon was introduced into the

12   game, Icefrog was the lead developer; is that correct?

13       A.   Yes.

14       Q.   And how did you -- you said came up with a core

15   concept.

16            How did you -- how did you communicate that

17   core concept to Icefrog?

18       A.   I communicated the core concept to Icefrog over

19   an AIM chat.

20       Q.   Could you describe that chat to me?

21       A.   From my recollections, the chat went along the

22   lines of, it would be very -- you know, we wanted to have

23   a death knight -- kind of a death knight modeled character

24   in the game for a long time, somebody who was like a polar

25   opposite to the Omniknight character, fanatically, and the

1    cursed sword and the ability -- somebody who could be a

2    semi-support character, but still potentially carry his

3    team, who could tank, a strength-based hero.

4              And I said, We don't have certain mechanics

5    in the game.  We need -- so here are my suggestions.

6    Aphotic Shield was one of the early suggestions, his

7    passive skill where he gains attack speed.  The curse

8    of -- the curse of -- today's curse of Abaddon's ability,

9    there was a basis for that skill in our original

10   discussion.  And he had a missed coil, death coil ability

11   that we discussed.

12        Q.   Did you communicate to Icefrog, specific names

13   for these specific skills?

14        A.   Aphotic Shield was the first one.  Mark of the

15   Abyss, which was his old ultimate was another one.  We

16   transitioned that to a different ability after his initial

17   implementation.  That ultimately didn't last for too many

18   versions, so I ended up coming up with a new one with him.

19        Q.   How many AIM chats did you have with Icefrog

20   about Abaddon?

21        A.   More than one, but I'm not quite sure how many

22   we had just about him.

23        Q.   And just to be clear, you don't have any records

24   of that AIM chat; is that right?

25        A.   That is correct.

1        Q.    Okay.  During that AIM chat, did you provide

2    Icefrog with any -- any code?

3        A.    I did not provide Icefrog with any code.

4        Q.    Did you provide him with any custom character

5    models?

6        A.    I provided suggestions of models, icons that we

7    could use for certain abilities.  I came up with ability

8    descriptions at the time.

9        Q.    When you said you came up with ability

10   descriptions, do you mean you came up with some text to

11   describe the abilities?

12       A.    Yes.

13       Q.    And did you suggest animations for some of the

14   abilities?

15       A.    Yes.

16       Q.    To the best of your recollection, what did you

17   suggest with respect to animations for the abilities?

18       A.    Well, in regards to Aphotic Shield, the concept

19   was a temporary shield that would explode after it's taken

20   a certain amount of damage to surrounding enemies, giving

21   him the ability to tank, dispel negative buffs of his

22   allies.  It's really a perfect support skill, kind of

23   evil.

24              That was the -- the core ability, the first

25   one that prompted the creation of the hero.  And so I

1  suggested a lot of detail in regards to how that should

2  look, how it should function, even some initial stats.

3       Q.   What sort of detail did you suggest?

4       A.   How much damage it should do; how it scales from

5  level 1 to 4; the cool downs; manna costs; animations;

6  what kind of icon I thought it should have in game;

7  ability description for like how -- like, when you hover

8  over your icon when you're playing the game, what does it

9  say about that skill.  That's what an ability -- an

10 ability description was in Warcraft III.  You could hover

11 over a skill and see the description of it.

12      Q.   And you provided all of that information via

13 AIM?

14      A.   Yes.

15      Q.   Okay.  No e-mails or anything like that?

16      A.   No e-mails or anything like that.

17      Q.   And nothing on the DotA Allstars forums; is that

18 right?

19      A.   That's right.

20      Q.   Okay.  Was Abaddon something that was -- Icefrog

21 asked you to create, or you just came up with the idea on

22 your own?

23      A.   It was something I came up with on my own

24 idea-wise.  Even his name was something I created.

25 Abaddon the Lord of Avernus was my creation name-wise, as

1    well.

2        Q.   So how did you first communicate that to

3    Icefrog; did you say, I have an idea for a new character?

4        A.   Yes.

5        Q.   Just he happened to be online, and you said,

6    Hey, I got a -- I got a good idea?

7        A.   Yes.  He -- he was online on AIM quite often

8    back then.  So if he was available, then I just started

9    chatting him up.  If he wasn't busy with something else,

10   sometimes we would just start talking right then and

11   there.  I had been thinking about it, because he

12   said -- he usually -- he usually expressed an interest to

13   implement a new hero ahead of time, and then we would talk

14   afterwards of what that hero might look like.

15       Q.   So did he express an interest in a character

16   that's a strength hero that can carry and have some of the

17   overall skills that Abaddon has?

18       A.   He expressed an interest in a potential

19   character that -- a new strength-based hero, and that sort

20   of was an inspiring point.  The rest sort of just

21   happened.  And I had been thinking about something like

22   that for a long time, and now I had an excuse to put

23   something together for him and present him information.

24       Q.   Did you have it written down on paper before you

25   communicated it to Icefrog?

1      A.   Well, back when I was 16 or 17, being lazy, as I

2  was, I could write something up on Microsoft Word

3  temporarily just so that I need to have it here so that I

4  can copy and paste it into AIM later if I need to give him

5  an ability description for him to put into the World

6  Editor.

7            So I would write something up with as much

8  detail as I could, and show it to him.  And then if I shut

9  my computer down, obviously, that document is not saved.

10  But at least while I was talking with him, I had some

11  record next to me that I could give him.  So I could do my

12  work ahead of time a little bit.

13      Q.   Is that what you did for Abaddon; did you have

14  it written up in a Microsoft Word document?

15      A.   I had written, like, ability descriptions a

16  little bit before our chat so I could prepare and

17  he wouldn't -- I wouldn't have to type everything over

18  again.  But I didn't save anything, because I was a stupid

19  kid.

20      Q.   And for a lot of the Abaddon skills and powers,

21  did you sort of come up with those on the fly as you were

22  talking to Icefrog?

23      A.   Not all.  Not all.  The Aphotic Shield concept

24  was one I had been thinking about for a while and had

25  wanted to implement.  It happened to fit the Death Knight

1   character concept very well.  And I had imagined that

2   ability with that type of character from the very outset.

3   The rest of the skill set evolved from there.

4       Q.   Okay.  So just so I understand how this sort of

5   process works.

6           Icefrog is looking for a certain type or

7   genre of character.  You start thinking about, Hey, what

8   might work for this?  What might fit nicely?  You come up

9   with some ideas for various skills, and then tell Icefrog,

10  Hey, here's my idea for a character; here's the name; and

11  here are the skills; and here's what I suggest for a

12  contact model.

13           Is that fair?

14      A.   Yes, that's fair.

15      Q.   Okay.  So for Abaddon, for example, you didn't

16  create any test maps for that character, right?

17      A.   No, I did not create any test maps for him.

18      Q.   Okay.  And in terms of implementing Abaddon into

19  the game, was that Icefrog's doing?

20      A.   That was Icefrog's doing.  And

21  that's -- that's -- when a character was implemented by

22  him after a discussion like that, and then he did other

23  changes, then that's when we go into the whole beta

24  testing mode that we talked about earlier.

25      Q.   I see.  So you give him sort of the concept and

1    some abilities and so forth; he implements it into the

2    game; and then makes it available for testing so everyone

3    can kind of give feedback about what they like and don't

4    like?

5         A.   Yes.

6         Q.   Okay.  And then based on that feedback, Icefrog

7    will then make changes to the character; is that right?

8         A.   Yes.

9         Q.   Okay.  And did you -- during the time period,

10   let's say, 2005 to 2009, did you ever have access to the

11   source code -- to the DotA Allstars source code?

12        A.   I did not ever have access to the DotA source

13   code.

14        Q.   So you weren't able to implement anything

15   directly into DotA; is that correct?

16        A.   That is correct.

17        Q.   Okay.  So the work you did for DotA

18   was -- was -- would you say it was conceptual in scale?

19              MR. TUNG:  Objection to the extent it calls

20   for a legal conclusion.

21        A.   Much of the work that I did for DotA was, a lot

22   of it, conceptual scale.  What would happen is, after I

23   suggested them, sometimes there would be minor changes to

24   it over time.  On a couple of occasions, what I suggested

25   was immediately implemented directly into the map as

1   presented.   That happened on a couple of occasions.

2   Even -- even when I was with Guinsoo, that would happen on

3   occasion.

4        Q.   Okay.  And "as presented," what you mean is, you

5   would say, Hey, let's do this skill with this cool down

6   and this -- this -- this power with this cool down and

7   this much damage, and then that would end up in a game; is

8   that right?

9        A.   Yes.

10       Q.   Okay.  And for Abaddon, that was all

11  communicated via Instant Messenger; is that right?

12       A.   For Abaddon, it was communicated strictly

13  through AIM.  We didn't have that discussion on

14  Battle.net.

15       Q.   Okay.  And after you would log off the AIM chat

16  where you suggested Abaddon, it was then up to Icefrog as

17  to whether to implement it or whether to do it directly or

18  whether to make changes.

19            That was sort of his doing at that point,

20  right?

21       A.   Yes, it was his prerogative to do ultimately

22  what he wanted.  The whole -- the whole point of our

23  relationship was to try to make it so he didn't have to do

24  nearly as much work.  He already knew exactly how it

25  looked, all the stats, even the ability descriptions.  He

1  was doing -- all he had to do was just the programming

2  aspect, and the rest would take care of itself.

3       Q.   So you could come up with the ideas for a

4  character, and then he would implement them; is that

5  right?

6       A.   Yes.

7       Q.   Okay.  And as far as you're aware, there's

8  nothing -- no tangible documents or nothing exists that

9  would confirm that you created Abaddon; is that correct?

10      A.   The only thing that confirms my connection to

11  Abaddon is there is a mention in one of the 6.2 version

12  change logs about my contribution specifically to Aphotic

13  Shield, which is in relation to the AIM chat that we had

14  about him.

15      Q.   Was there anyone else involved in this AIM chat

16  with Icefrog concerning Abaddon?

17      A.   To the best of my knowledge, I don't -- I don't

18  know.

19      Q.   Okay.  Do you know if there was anyone else,

20  other than Icefrog and you, that -- that sort of conceived

21  of Abaddon?

22      A.   Nothing comes to mind when I -- when I think

23  about it.  I -- I personally do not know if he talked to

24  anyone else about Abaddon.

25      Q.   And when you were talking to Icefrog about

1    Abaddon, was it -- was it a back and forth where he said,

2    I like that, or, I don't like that; how about this?  Was

3    it sort of a dialogue between you guys?

4        A.   Yes, it was always a dialogue.  We were talking

5    back and forth.  If he did not like something or wanted to

6    change something, he would say, Can you come back with

7    something slightly different and let me see it?  And I

8    would present different numbers.  And once we were in

9    mutual agreement of something, that would be set in stone.

10       Q.   What do you mean it would be set in stone?  You

11   mean, he'd say, That sounds good; let me roll with it?

12       A.   Yes.  He would be like, I like these numbers.  I

13   like this.  I'm going to go ahead and put it in the map.

14   Sometimes he would tell me as he was doing something.  Not

15   always, but sometimes if he preferred a skill, like, I

16   like that description.  Can you write me the description,

17   because I'm going to go ahead and put it in the map.  Or

18   something like that.  He would say something along those

19   lines.  And then I assume it would happen right then and

20   there.

21       Q.   Okay.  For -- for the character of Abaddon, the

22   Abaddon hero, do you recall anything that was different

23   between what you discussed on the AIM chat and what

24   appeared in the game?

25       A.   I can't recollect any specific changes from when

1   he was implemented.  His ultimate was different, and there

2   were a few minor things, but most of the -- most of his

3   core skill set is still there today.

4       Q.   Okay.  What about the specific numbers and the

5   specific balancing, did that change between your AIM chat

6   and the -- the final implementation of the character?

7       A.   In the final implementation of the character,

8   certain values for actual stats, like how long something

9   lasts, would change according to what the beta testers

10  thought of actual game played.  You can talk about

11  something all day, but then once it's put into practice,

12  you don't always know if it's going to be perfectly

13  balanced from -- from -- sometimes you get lucky, and

14  sometimes you don't.

15      Q.   So with respect to Abaddon or with any of the

16  characters that -- that you worked on in the game, was it

17  your understanding that you give the basic concept, but

18  some of the nitty-gritty might have to be worked out by

19  Icefrog when he puts it in?

20      A.   It was -- to my understanding, we tried to

21  preserve as much of a hero's core concept as much as

22  possible, because when we thought the hero -- we want the

23  hero to fulfill a certain role or present a certain visual

24  image.  We don't want to deviate too much from the image,

25  or it changes the nature of the character too much, and

1    then it's not what we wanted to -- to see.  So we tried

2    not to deviate too much, if possible.

3         Q.   And when you refer to -- when you refer to a

4    core concept, what do you mean; what's a "core concept"?

5         A.   How that hero actually plays in the game and

6    what that hero's role is as it plays.

7         Q.   So sort of the -- the big picture framework for

8    the hero; is that right?

9         A.   The framework for the hero, yes.

10        Q.   Okay.  I want to now talk about Tidehunter.

11        A.   Yes.

12        Q.   Were you involved in the development or

13   conception of Tidehunter?

14        A.   Yes, from the very beginning.

15        Q.   Okay.  And what was your involvement with

16   respect to Tidehunter?

17        A.   Tidehunter was very important to me, because he

18   was the first hero I actually got into DotA Allstars.

19   From -- that was completely my concept and creation.  He

20   wasn't something -- it wasn't something that Guinsoo had

21   input in from the beginning.

22             I -- I presented a complete skill set and

23   general concept of the character, and Guinsoo just said, I

24   like these things, or, I don't like these little things;

25   let's change them.  But the hero initially went in pretty

Page 147

1    much as presented, and changes took place over future

2    versions.

3         Q.   What version of DotA or DotA Allstars did

4    Tidehunter first appear in?

5         A.   He was implemented a few versions after the Lone

6    Druid character, so mid 5.6 series, I believe.  I -- I

7    don't have an exact version number.  It was a few versions

8    after -- it was not version 5.62.  It was a few versions

9    later.

10        Q.   And at that time, Guinsoo was the lead

11   developer; is that correct?

12        A.   Yes.

13        Q.   Did you communicate Tidehunter in some way to

14   Guinsoo?

15        A.   Yes.  I -- the exact details of how we

16   communicated are a little fuzzy, because it was such a

17   long time ago to me.  But we discussed in a live chat, how

18   this character worked and how it would be.  Every -- his

19   gush ability, his original anchor smash passive, crack and

20   shell.  He didn't have Ravage back then.  I came up with a

21   temporary critical strike ability that gave him

22   100 percent critical strike with every attack.  He

23   constantly spinned.  And then he had a global rain of

24   tears ability, because the first skill didn't go over very

25   well in beta.  So he had a global rain of tears ultimate.

1    And when that didn't go over that well in beta, he

2    got -- I suggested a massive wave of spikes erupting

3    around him ability, which became Ravage.   And that's the

4    ultimate that he has today in DotA 2.

5         Q.   And you communicated all of this via AIM?

6         A.   That -- our chat -- my chat about Tidehunter

7    with Guinsoo was a little bit on AIM and then some on

8    Battle.net.   We went back and forth between them back then

9    a little bit.

10        Q.   Did you have the concept of Tidehunter written

11   down somewhere?

12        A.   I -- I had tried to write some of his abilities

13   down so I didn't forget them later before I talked to him,

14   as a reference point.   It wasn't something that I saved;

15   it was just something I kind of kept up so it wouldn't get

16   lost.

17             When you -- it's like when you -- when you

18   create a Word document, sometimes you'll just leave it up

19   and not save it, and it just kind of sits there on your

20   desk -- on your desktop, and you don't -- you put your

21   computer to sleep, but you don't shut your computer down.

22   And it stayed like that for a while until I talked to him.

23        Q.   Okay.   So to the best of your recollection, you

24   wrote something up on -- something up on your computer,

25   and then cut and pasted it into an AIM chat?

1          A.    Yes.

2          Q.    Okay.   About how big, if you remember, was the

3    concept for Tidehunter that you created?

4          A.    Everything from his name, ability -- all of his

5    initial set of abilities.   I came up with initial stats

6    for all of them.   And his initial implementation was

7    exactly as I presented him.   We only changed details after

8    he was tested and had been in the game for a little bit.

9          Q.    Did you ever author any code for Tidehunter?

10         A.    I did not author any code for Tidehunter, but

11   there were no test maps for him, either.   He

12   was -- Guinsoo put him straight into a version of the map,

13   which was then beta tested.

14         Q.    So you -- so just so I'm clear.   So you wrote

15   something up on Microsoft Word.

16              Do you remember, was it a whole page, half

17   a page?

18         A.    I'm sure it was at least two pages of content.

19         Q.    Was it something similar to what we looked at

20   earlier, the forum post for Baradus the Overseer?

21         A.    Yes, it was a similar format to this.   I always

22   stuck -- tried to stick to a format when I presented

23   anything, which was a good habit to have back then, I

24   think.   But I was so used to this format by this point,

25   that I -- I used it for every potential hero suggestion,

1    real or otherwise.

2         Q.   Okay.  So for -- for Tidehunter, you wrote

3    something up, it had a name; it had a suggested character

4    model; it had a character class or type; is that right?

5         A.   Yes.

6         Q.   Okay.  And then you outlined here the four

7    abilities?

8         A.   Yes.

9         Q.   Okay.  And then you said -- suggested animation

10   for those four abilities?

11        A.   Yes.

12        Q.   And did it have some stats for the abilities,

13   cool down timers, and things like that?

14        A.   Yes.

15        Q.   Okay.  And then you cut and pasted into an AIM

16   to Guinsoo?

17        A.   Yes.  Sometimes in pieces so that we could

18   segment it out and he could provide feedback on each

19   ability, but I always tried to write up as much as I could

20   so I didn't have to do it all over again.

21        Q.   And was this a dialogue between you and Guinsoo

22   about the -- about the character; he said, This is too

23   strong.  This is too weak.  Let me tweak it like this.

24             Things like that?

25        A.   Yes.  He -- he would provide -- provide feedback

Page 151

1    on, Oh, I like this, but maybe that's -- maybe I think the

2    cool down is too short or something.   So there might be

3    slight adjustments here and there.

4          Q.   And you said the ultimate was different -- or

5    different -- that you had an ultimate that was different

6    from what it is now; is that correct?

7          A.   Uh-huh.

8          Q.   Tide --

9          A.   Yes.   Yes, Tidehunter's ultimate changed at

10   least two times from -- I came up with all the different

11   ultimates that we tried, because the first -- We don't

12   like this first one.   Well, Terrorblaze can come up with a

13   different one that makes sense.   And we would try a

14   different one.   And if we didn't like that, we

15   eventually -- I came up with Ravage, which was the

16   ultimate that best complimented his skill set, and he

17   still has that ultimate today.

18         Q.   And did you suggest a character model for

19   Tidehunter?

20         A.   Yes, that was the thing that came first

21   conceptually with him is, I really wanted a sea giant

22   character in the game.

23         Q.   Did you select a particular Warcraft III model

24   for Tidehunter?

25         A.   There -- I don't remember the exact name of the

1  model, other than it was a purple-haired sea giant.  There

2  were two or three different sea giant models in the World

3  Editor.  I wanted the biggest one.

4      Q.   Did you make any changes to the character model

5  or the hero model in the World Editor?

6      A.   No, we did not.

7      Q.   Did the character model of Tidehunter that you

8  suggested have a shark hat or an octopus hat?

9      A.   Yes, he did.  He had a -- I believe it was a

10 shark hat.

11     Q.   Okay.  Did you ever create a version of

12 Tidehunter that had an octopus hat?

13     A.   I do not recall what -- if he was going to have

14 tentacles.  I don't know if he had an octopus hat or not.

15     Q.   Okay.  So you didn't need to create a custom

16 model for Tidehunter; is that correct?

17     A.   No, we didn't need to create a custom model for

18 Tidehunter.

19     Q.   And so you had this AIM chat with Guinsoo, you

20 log off, then he does whatever he needs to do behind the

21 scenes to put the character in the game; is that right?

22     A.   Yes.

23     Q.   Okay.  And since you didn't give him any code,

24 he would have to code it by himself; is that right?

25     A.   Yes.

1        Q.    Okay.   And then he rolls it out as a beta; is

2    that right?

3        A.    Yes.

4        Q.    Okay.   And Clan TDA plays the beta, and then

5    gives feedback on the beta?

6        A.    Yes.

7        Q.    And then based on that feedback, Guinsoo goes

8    back and makes more changes to the character; is that

9    right?

10        A.    Yes.

11        Q.    Okay.   And how many iterations of

12    Tidehunter -- how many iterations did he go through before

13    he was finally released in a public version?

14        A.    He -- he was actually -- we tried to balance the

15    initial incarnation of him.   He was in the game at least a

16    few versions with the other ultimates that I told you

17    about.   There was a version of the game where he was

18    actually implemented with that global rain ability.   There

19    was an earlier version, the first version he was in where

20    he had the 100 percent critical strike ability.   And,

21    eventually, a few versions later, he did get his Ravage

22    ultimate.

23        Q.    And you came up with the idea for the Ravage

24    ability?

25        A.    Yes, it was based on Impale, but what if Impale

Page 154

went in every direction.

Q.    What's "Impale"; is that a Warcraft III ability?

A.    That's Lion's skill in the game where he sends a wave of spikes at somebody.  I thought the animation in Warcraft III looked cool.  So I said, What if there was a whole wave of spikes coming out from his body like a ring of spikes.  And that's where the Ravage concept came from.

Q.    And then Guinsoo programmed in the animation; is that right?

A.    Yep, he said that would look very cool, and then was implemented.

Q.    Okay.  But he's the guy that actually made it happen in the game; is that correct?

A.    Yes.

Q.    Okay.  So you have the idea for doing this.  This will be great.  Let's do a ring of spikes; that'll be cool.  Then Guinsoo makes it happen.

Is that fair?

A.    Yes.

Q.    Okay.  Did anyone else have -- assist with any of the concepts for Tidehunter?

A.    To the best of my knowledge, nobody contributed ideas that I could see.  Guinsoo may have talked to people to get feedback on certain things, besides myself, but I do not know for sure.

1    Q.   Okay.   Did anyone else have input into

2  the -- the ultimate for Tidehunter?

3    A.   I do not -- I don't -- I don't know the answer

4  to that question.

5    Q.   Okay.   Did Neichus have any involvement in

6  Tidehunter?

7    A.   To the best of my knowledge, no.

8    Q.   If we could turn to, I guess, Exhibit 100,

9  page 9.   It's page -- it looks like it's 9 of 32.

10    A.   Okay.

11    Q.   You'll see -- are you there?

12    A.   Yes.

13    Q.   Okay.   About three-quarters of the way down the

14  page, it says:   Anyway, Terrorblaze basically thought of

15  Tidehunter, except his ultimate was something else I can't

16  remember, it was kinda bad.   And Neichus gave Tidehunter

17  his signature ability, Ravage.

18            Is that false?

19    A.   Well, that's something I'm not quite sure on

20  from an implementation stage, because one thing that I

21  don't know personally is, I do not know how early Neichus

22  contributed or started doing any work on DotA.   I don't

23  know where the point was that Guinsoo stopped doing active

24  development on the map or if he was just working with

25  Neichus secretly to put implementation in.   Neichus may

1    have been helping him with implementations way earlier

2    than before I started talking with him.  But I don't know

3    the answer to that question.  He may have been the person

4    who implemented that ultimate.

5          Q.   I see.  So -- so you may have conceived of the

6    ultimate, but either Neichus or Guinsoo actually put it in

7    the game?

8          A.   Yes.

9          Q.   Okay.  And created the animation and so forth?

10         A.   Yes.

11         Q.   Okay.  And would that include programming the

12   triggers?

13         A.   Yes.

14         Q.   Okay.  Did you create or design any of the

15   ability icons for Tidehunter?

16         A.   I did not create the icons for Tidehunter.

17   There were icons already in the World Editor that fit some

18   of the skills that were used.  Eventually, some custom

19   icons were implemented.

20         Q.   Okay. Did you ever use the Warcraft III Art

21   Tools or Art Tools Editor?

22         A.   No, I have not.

23         Q.   Okay.  Have you ever designed any custom icons?

24         A.   I have not designed custom icons.

25         Q.   Okay.  What about custom skins, do you ever

1  create any custom skins?

2       A.   I've never created any custom skins.

3       Q.   What about animations, have you ever programmed

4  or developed any character animations?

5       A.   I haven't -- I haven't created any animations.

6       Q.   Okay.  But you came up with the idea for a

7  number of animations, right?

8       A.   Yes, I would.

9       Q.   Is there anything else you remember about the

10  creation of Tidehunter that we haven't already discussed?

11            MR. TUNG:   Objection, vague.

12       A.   Can you clarify?

13       Q.   (BY MR. MAYER)   Yeah.  We've talked about the

14  IM chat with -- that -- creating something on Microsoft

15  Word and the IM chat with Guinsoo.  You gave him kind of

16  the structure of the character.

17            Is that fair?

18       A.   Uh-huh.  Yes, sir.

19       Q.   Okay.  And Guinsoo or someone implements the

20  character.

21            Any other specific -- anything else you

22  did, other than -- than chatting on IM or giving feedback

23  on the beta test that you did to create the Tidehunter

24  character?

25       A.   There's nothing else that comes to mind, besides

1    what has been discussed.

2          Q.   Okay.

3                THE VIDEOGRAPHER:  We have five minutes on

4    tape.

5                MR. MAYER:  Okay.

6          Q.   (BY MR. MAYER)   The next character I'd like to

7    talk about is Barathrum the Spirit Breaker.

8          A.   Yes.

9          Q.   Are you familiar with the character, Barathrum

10   the Spirit Breaker?

11         A.   Yes.

12         Q.   To the best of your recollection, when was

13   Spirit Breaker -- if I just call him Spirit Breaker,

14   you'll understand what I'm talking about; won't you?

15         A.   Yes.

16         Q.   Okay.  To the best of your recollection, when

17   was Spirit Breaker added to DotA?

18         A.   To the best of my knowledge, he was a few -- a

19   few versions after Tidehunter.  I do not remember which

20   specific version that was.

21         Q.   At the time that Spirit Breaker went into the

22   game, who was the -- the lead developer?

23         A.   Guinsoo, at that point, was still the lead

24   developer to the best of my knowledge.

25         Q.   Do you recall when development transitioned from

1   Guinsoo to Icefrog?

2        A.   The period where that transition happened

3   was -- to the best of my knowledge, the last stable

4   version of the map before version 6.0 was 5.84B.  That was

5   the map that everybody played for competitive reasons, the

6   one that was most balanced at that point.  There was a

7   point in time between 5.84B and 6.0 where Guinsoo started

8   to phase out completely out of development and where

9   Neichus became lead developer by default.

10       Q.   Okay.  To the best of your recollection, was

11   Spirit Breaker introduced in 6.0?

12       A.   Spirit Breaker, to the best of my knowledge,

13   existed before 6.0.  We implemented a variety of heros in

14   6.0.  Spirit Breaker predated them.

15       Q.   So was Spirit Breaker in 5.84?

16       A.   I am not completely sure.  I believe so.

17       Q.   One way or another, it was sort of at the end of

18   the Guinsoo period; is that correct?

19       A.   He was -- yeah, he was at the end of the Guinsoo

20   period, along with the Ursa Warrior and a couple of

21   others.

22       Q.   Were you involved at all in the creation of Ursa

23   Warrior?

24       A.   No, I was not.

25       Q.   How did you communicate Spirit Breaker -- the

1    concept of Spirit Breaker to Guinsoo?

2        A.   Very similar process to how the Tidehunter went.

3    The biggest differentiating factor, to my memory, between

4    Spirit Breaker and Tidehunter is, I was more confident at

5    that point about implementation, and so the Spirit Breaker

6    actually went into the map almost completely virtually

7    unchanged from how I presented him.  His skill set was

8    slightly different back then to even what you see in

9    DotA 2.  He -- his empowering case was a little -- his

10   passive empowering case was a little bit different, but

11   his core skill set was still the same.

12       Q.   So you communicated a concept for Spirit Breaker

13   over AIM to Guinsoo?

14       A.   Yes.

15       Q.   Okay.  And, again, you didn't provide any code

16   to Guinsoo; is that right?

17       A.   That is correct.  I didn't provide any code.

18       Q.   Okay.

19               THE VIDEOGRAPHER:  Change tapes?

20               MR. MAYER:  Yeah, let's take a break to

21   change the tape.

22               THE VIDEOGRAPHER:  We are off the record at

23   2:17 p.m.

24               (Recess in the proceedings from 2:17 to

25               2:30 p.m.)

1        THE VIDEOGRAPHER:  We're back on the record

2   at 2:30 p.m.  Start of Tape 3.

3        MR. MAYER:  Are we at 101?  Is that --

4        MR. TUNG:  101, yeah.

5        (Exhibit 101 marked.)

6   Q.   (BY MR. MAYER)   I've marked as Exhibit 101, a

7   document that I also pulled from the da-archive.com and

8   the Suggestions archive.  And it's titled, Spirit Breaker.

9   And there's a poll question that says:  Should Spirit

10  Breaker be changed?  And it appears there's a post by

11  Aurora that discusses Spirit Breaker.

12            And I'd just like to turn to page 4.  And

13  you'll see down near the bottom of page 4, there's a post

14  from Terrorblaze, which I assume is you.

15  A.   Uh-huh.  That's me.

16  Q.   Okay.  Posted February 27th, 2006.

17            Does that sound about right?

18  A.   Yes.

19  Q.   Okay.  Do you remember writing this post?

20  A.   Seeing it, I do remember writing this post.

21  After having saw this poll and read through the changes

22  that were suggested, I didn't like them.

23  Q.   Okay.  And you'll see it says here:  This remake

24  compromises what me and Icefrog originally had -- had in

25  mind for him when we conceived him.

1            Did you conceive of Spirit Breaker with

2    Icefrog?

3            MR. TUNG:   Object to the extent it calls

4    for a legal conclusion.

5        A.   When I was -- when I was having a dialogue with

6    Icefrog about this hero -- because when you're in the

7    process of implementing that character, I'm presenting an

8    idea, and he's providing feedback and then implementing it

9    in map at the same time that we're discussing it, I felt

10   when I was reading this poll, that it compromised the

11   vision that I had and then the vision that Icefrog

12   realized upon the implementation of the character.

13            So I was speaking for both of us here,

14   because I knew that he didn't normally make posts

15   responding to stuff like this.   I felt like we were

16   friends at that point; and as friends, I wanted to

17   not -- I wanted to support the vision that he had.

18       Q.   (BY MR. MAYER)   But you say that -- that Spirit

19   Breaker was a shared vision with you and Icefrog?

20            MR. TUNG:   Same objection.

21       A.   The way it's worded doesn't make it clear here.

22   The idea as it was presented was my idea, but Icefrog

23   visualized it and tweaked some things as he implemented

24   it.  So at the end of it, I felt it was something we had

25   created and completed together.   The original conception

1   of the abilities and how they worked was mine, but it

2   wouldn't have been possible to fully implement that

3   character the way he was, obviously, if Icefrog hadn't

4   been involved the way he was.

5              And this post here just did not ring true

6   to the character as I had envisioned him and then as

7   Icefrog had implemented it.

8       Q.   (BY MR. MAYER)   Okay.  So is it fair to say

9   that Spirit Breaker really is a joint effort between you

10  and Icefrog?

11              MR. TUNG:  The same objection.

12      A.   From my perspective, most of the heros that were

13  implemented would not have been possible, obviously,

14  without somebody to program the heros.  Would those heros

15  exist without the conceptualization of those heros?  No.

16  But would those heros exist without the programming?  The

17  answer is also no.

18              So I always -- I enjoyed working with Ice

19  to put things and -- and bring them alive.  I liked seeing

20  the vision of something that I had come to life.  It's

21  like drawing something beautiful on paper, and then having

22  somebody else color it in and put it up somewhere where

23  others can see it.  That is, in a way, a type of joint

24  effort.

25              I felt that the Spirit Breaker character

1    was something I had envisioned, but Icefrog helped me

2    bring it to life.  And that was how I felt about it.

3         Q.   (BY MR. MAYER)  So your idea, but Icefrog's

4    implementation of the idea?

5         A.   Yes.

6         Q.   Okay.  Moving on to our friend, Enigma.

7              Are you familiar with the character,

8    Enigma?

9         A.   Yes.

10        Q.   Okay.  What role did you play with respect to

11   Enigma?

12        A.   My role in regards to the Enigma was the

13   conception of the original character, the Malefice

14   ability, the -- the concept of a creature of the void.

15   The name, Darkrow the Enigma, was my creation.  The

16   conceptual idea of a black hole ability was my creation.

17   There was a test map for that character.  The black hole

18   ability was programmed by Neichus -- I mean, Neichus,

19   Neichus.  And he was a character that actually had a test

20   map before he was implemented into the 6.0 series.

21        Q.   So the test map was done by Neichus?

22        A.   The test -- I created the initial test map for

23   Dark Row the Enigma.  Neichus -- I sent the copy to

24   Neichus, and he filled it out, and we were able to test

25   certain abilities before trying to implement them into the

1    game that way.

2         Q.   When you say "I created the initial test map,"

3    what -- what does that mean?

4         A.   I created just a -- in the World Editor, I had a

5    general random landscape with the character's model in the

6    game and some test abilities.  And Neichus contributed to

7    developing that test map.  He created -- so he triggered

8    and created the black hole ability after it had been -- I

9    had conceptualized it.  And the final version of -- of

10   what was -- what was in the test map ended up in the -- as

11   implemented as a hero into the actual game.

12        Q.   You came up with the idea of the black hole, but

13   then Neichus coded it into the test map?

14        A.   Yes.

15        Q.   Okay.  And then either Neichus or Icefrog or

16   Guinsoo, one of those three, actually programmed the

17   character into the game?

18        A.   Neichus -- actually, at the time that Enigma was

19   implemented, Neichus was the lead developer of the map for

20   version 6.0 and 6.1, that early part of the series.  He

21   was lead developer of the map at that time, because

22   Guinsoo was no longer working on the game.  This was

23   before Icefrog had transitioned in as lead developer.

24        Q.   And then Enigma -- Enigma made his first

25   appearance in 6.0; is that right?

1        A.    Yes.

2        Q.    Okay.   And to the best of your knowledge and

3    understanding, Neichus was the lead developer on 6.0?

4        A.    Yes.

5        Q.    How did you present the idea of Enigma to

6    Neichus?

7        A.    The nature of my interaction with Neichus was

8    actually fairly interesting, because, at that point, we

9    had both been in the role of talking to Guinsoo a lot and

10   getting our respective ideas properly implemented.   He had

11   the Ursa Warrior character, Bristleback.   Heros -- some of

12   these heros were completely from his creative side, while

13   I had contributed to characters like the Tidehunter and

14   Spirit Breaker and stuff like that.

15            So we had both contributed different things

16   to the game at that point, and now that Guinsoo was no

17   longer talking to anybody or leading development, we were

18   the only people that we felt we could talk to each other

19   and the other people that tested the map at that point to

20   actually have a development team and put things together.

21            We didn't always get along as well as we

22   should have, different personality types, things like

23   that, but we were both very creative in coming up with

24   ideas and characters.   But Neichus took the lead role of

25   actual development, because he could -- he was a

1    very -- he was very good with the World Editor.

2        Q.   So whereas you had a particular skill in

3    conceiving and coming up with ideas for characters,

4    Neichus was much better at working them into the World

5    Editor; is that fair?

6        A.   Yes.   Neichus -- Neichus had -- definitely had a

7    gift with implementing characters.   He had -- he had a

8    great grasp of the game mechanics and creating new

9    mechanics out of nothing.   He was also very creative.   But

10   I -- I was contributing as many ideas as possible to help

11   formulate his -- I wanted to contribute to his creative

12   process, too.   So we had a lot of intermingling of ideas

13   during that period, which culminated in a lot of the

14   characters that showed up during 6.0.

15       Q.   Okay.   So you gave him a lot of ideas; is that

16   fair?

17       A.   I gave him ideas.   He would give me ideas.

18   There were characters that he conceived of from a vision

19   standpoint that I would try to contribute to and act as

20   somebody he could bounce ideas off of and refine.   And,

21   likewise, I would bounce ideas off of him in regards to

22   the Enigma character and such.   And when he later

23   implemented him, the character was far more refined than

24   he would have been if I had tried to conceive of every

25   minor little detail about him myself, like, how a certain

1   ability worked.

2        Q.   All right.

3        A.   So we -- we tried to refine each other's ideas

4   as much as possible to create a better end result.

5        Q.   Okay.  Did you have the programming skill to

6   create the black hole animation?

7        A.   It wasn't the animation of the black hole

8   ability that was difficult.  That was some -- that was a

9   darkened stock model of something in the World Editor, the

10  Eye of Segarious (phonetic) or something like that, in the

11  test map.  It was the ability for it to suck things in

12  that required a lot of custom triggering and coding, and

13  that was something I could not do.

14       Q.   Okay.  Did you ever have access to the source

15  code for version 6.0?

16       A.   I did not have access to it.

17       Q.   Did you ever have access to any unlocked

18  versions or modifiable versions of the DotA map?

19       A.   I never had any access to an -- to an

20  unprotected version of the DotA map.

21       Q.   Was Enigma a custom model?

22       A.   Yes.

23       Q.   Do you know who made the model?

24       A.   No.

25       Q.   But you didn't make the custom model?

1    A.   No.

2    Q.   Did you have an idea or conception for what the

3    model should look like?

4    A.   Yes.

5    Q.   What was your -- what was your idea?

6    A.   I wanted a void-like creature that represented

7    the concept of the black hole or the void of space in

8    time, that -- that kind of concept in a visual creature.

9    So when we -- I forget if it was -- who ran across the

10   model.  I believe it might -- it might have been Neichus

11   who ran across the model, but we both agreed that it

12   represented the idea very well, and so it was used.

13   Q.   So the model already existed, and then you

14   pulled it for -- for Enigma?

15   A.   Yes, it was a case of where you actually found

16   something that matched the idea that you had in your head.

17   Q.   I see.  So you never sketched out or drew

18   the -- drew the design for the model, correct?

19   A.   No.

20   Q.   Okay.  How did you talk to Neichus; was it by IM

21   or in Battle.net?

22   A.   Mostly on Battle.net, as far as I remember.

23   Q.   Did you ever talk to him on Skype or anything

24   like that?

25   A.   I don't remember talking to Neichus anywhere off

1    of Battle.net.

2         Q.   Okay.  And, obviously, you never e-mailed him

3    any code or any -- any source code, right?

4         A.   No, I never e-mailed him anything.

5         Q.   Okay.  You wouldn't consider yourself the

6    developer of version 6.0 of DotA; would you?

7         A.   I would not consider myself the developer for

8    any version of DotA at all.  I would consider myself a

9    creative -- creative consultant, designer, whatever the

10   equivalent role would be in a company from a conceptual

11   standpoint.

12        Q.   Okay.  So you contributed in terms of creative

13   ideas to the game?

14        A.   Yes.

15        Q.   Okay.  Obsidian Destroyer is our next one.

16             Are you familiar with Obsidian Destroyer?

17        A.   Yes.

18        Q.   What was your role in connection with Obsidian

19   Destroyer?

20        A.   The Obsidian Destroyer was more -- from my

21   perspective, it felt more like a general collaborative

22   effort of the character.  The general concept behind him

23   was something I pushed out that I wanted to see in the

24   game, but I wasn't as involved in all of the various

25   details of his skills as I was in some of my other

1    characters.

2        Q.   Were there other people that worked on Obsidian

3    Destroyer?

4        A.   It felt like he was the result of more people's

5    feedback to get him to where he was functional.  He was a

6    little more of a complicated character.

7        Q.   What made him more complicated?

8        A.   The way his ultimate, Sanity's Eclipse, works.

9    I came up -- a lot of the names -- the names of his skills

10   were all things I came up with.  He was passive where he

11   would generate manna when he casts something in his

12   arcane -- his arcane volt that deals manna damage.  It was

13   a concept.  But I was not directly responsible for all of

14   the details of his complete skill set.

15       Q.   Did you come up with some of his skills?

16       A.   His essence, his essence aura; Sanity's Eclipse,

17   I contributed to; and his first arcane orb skill.

18       Q.   And Sanity's Eclipse, in what way did you

19   contribute to that one?

20       A.   I thought the concept of him dealing damage to

21   his enemies based on a difference of intelligence

22   was -- was interesting.  It sounded kind of funny, too,

23   when you said it, Oh, all these heros are dumb; he's

24   smart.  But that was the idea behind it.

25       Q.   So basically an intelligence-based damage

1    modifier or an intelligence-based damage skill?

2        A.    Yeah.    An intelligence-based damage, you know,

3    game -- you know, kind of a team skill that you could

4    attack an entire team with it.

5        Q.    Okay.    And so he had -- he was given a high

6    intelligence number?

7        A.    He was a hero based entirely around his ability

8    to have a very high manna pool and keep a consistently

9    high manna pool.

10       Q.    So other than the essence aura and the

11   contributions to Sanity's Eclipse, how else did you

12   contribute to Obsidian Destroyer?

13       A.    I contributed to his name, his back story, his

14   general -- his -- the way his character looked, the model,

15   visual things about him.

16       Q.    Was the model a custom model or was -- it was a

17   Warcraft III model?

18       A.    It was from -- it was a Warcraft III model.

19       Q.    So what sort of visual -- visual contributions

20   did you make to Obsidian Destroyer?

21       A.    There was a -- some -- there was a sphinx-like

22   character -- character model in the game that had not been

23   used in the map.    We thought -- or I thought that that

24   would be the basis of a really good evil kind of

25   character, because it looked very menacing.    And that's

1  where the concept of the Obsidian Destroyer came from,

2  because he looks like he's made out of obsidian.  And his

3  name, Harbinger, is supposed to be ominous -- kind of

4  ominous sounding.

5       Q.   So the name, the back story, two of the

6  abilities; anything else on Obsidian Destroyer?

7       A.   No.

8       Q.   Okay.  And do you recall what version Obsidian

9  Destroyer was introduced into the game?

10       A.   I don't recall which specific version he was

11  implemented in.

12       Q.   So I have written the word, Outworld Devourer,

13  in connection with Obsidian Destroyer.

14            Is there a connection between Obsidian

15  Destroyer and Outworld Devourer?

16       A.   Yes.

17       Q.   What's that relationship?

18       A.   They share the same skill set, the same general

19  look and feel, and the same, I believe -- I believe the

20  Outworld Devourer's name is still Harbinger, associated

21  with that character.

22       Q.   Who is Outworld Devourer; is that a DotA

23  character or Warcraft III character?

24       A.   Outworld Devourer, I believe, is the DotA 2

25  equivalent to the Obsidian Destroyer from DotA Allstars.

Page 174

1          Q.    So Obsidian Destroyer come before Outworld

2    Devourer?

3          A.    Yes.

4          Q.    Was there ever a character called Outworld

5    Devourer in DotA?

6          A.    His -- Outworld Devourer was not his -- his

7    exact hero name in Allstars.  It was -- it was Obsidian

8    Destroyer or some variation of that in the original game.

9    His name was changed to Outworld Devourer, I'm assuming,

10   for copyright-related reasons in DotA 2.

11         Q.    Okay.  Is Obsidian Destroyer a name that exists

12   in Warcraft III, or that's a name you came up with?

13         A.    I'm -- to the best of my knowledge, I'm not

14   quite sure about that.

15         Q.    And with respect to all these -- to -- to some

16   of these characters we've been talking about, Spirit

17   Breaker, Enigma, Obsidian Destroyer, Tidehunter, you

18   haven't been able to find any documentation, e-mails, IM

19   logs, or anything like that reflecting your work on these

20   characters, correct?

21         A.    That is correct.  I have my memories and what I

22   remember doing, and that -- that's all I have at that

23   time.

24         Q.    Okay.  And you've looked to see if you have any

25   of that stuff?

1      A.    Yes.

2      Q.    Okay.  Did you look to see if you have any old

3  versions of DotA on -- on your computer or anywhere?

4      A.    I -- I have looked.  They are -- they are a

5  particular file type, unique, you know, and you load them,

6  and Battle.net recognized that file type.  I could

7  not -- I -- I have looked everywhere.  I could not find

8  any old maps on my computers.

9      Q.    And the file type, that's a W3X file?

10     A.    I believe that is the file type.

11     Q.    So you haven't been able to find any versions of

12 DotA on your computer, correct?

13     A.    That is correct.

14     Q.    Okay.  Alchemist.  Did you have any involvement

15 in the character, Alchemist?

16     A.    Yes, I had involvement with the Alchemist.

17     Q.    What -- what was your involvement with

18 Alchemist?

19     A.    The general character and how he was

20 implemented.

21     Q.    When you say "general character," what -- what

22 do you mean?

23     A.    He was -- at the time that the Alchemist

24 character was implemented in the game, we were

25 capitalizing on the fact that Warcraft III Frozen hadn't

1    released a new patch with actual new hero models and stuff

2    in the World Editor, and new types of things to play with

3    mechanic -- game mechanic-wise.  We had wanted an

4    Alchemist character to use that character model for a long

5    time in the game, but hadn't had a chance to.

6         Q.   Did you conceive of the skills that would go

7    along with the Alchemist character?

8         A.   Yes.

9         Q.   All four of them?

10        A.   I was involved in all four skills.  Acid spray

11   and chemical rage, how they interact, you know,

12   as -- as -- as -- with the core of his skill set.

13   Unstable concoction was something I came up with as well,

14   though it functioned slightly differently than the fully

15   implemented version does, but the basic concept behind it

16   is the same.

17        Q.   So similar to all of these other characters, you

18   came up with the basic concept for Alchemist, but then

19   Icefrog implemented it into the game?

20        A.   Yes.

21        Q.   Okay.  And so, you -- again, you didn't do any

22   of the coding for Alchemist, correct?

23        A.   Correct.

24        Q.   Do you know what version of the -- of DotA,

25   Alchemist was introduced?

1      A.   He was one of the later heros implemented, so

2  I'm assuming it was sometime in the 6.2 series, but I'm

3  not quite sure.

4      Q.   And how did you communicate your ideas or

5  conceptions for Alchemist?

6      A.   AOL Instant Messenger.

7      Q.   And was it to Icefrog or other people other than

8  Icefrog?

9      A.   Icefrog.

10      Q.   Okay.  Was Alchemist a character that Icefrog

11  asked you to work on, or you sort of gave him the ideas

12  that you were thinking about; how did that work?

13      A.   To my recollection, it had been something I had

14  been thinking about, and Icefrog liked the sound of it.

15      Q.   And then you told him your conception via

16  Instant Messenger?

17      A.   Yes.

18      Q.   And was there a back and forth like there was

19  with some of these other characters?

20      A.   Yes.  After a while, the process became

21  pretty -- pretty similar for almost everything.  Once we

22  got into a certain way of doing something and it worked,

23  we would just rinse and repeat when you have that kind of

24  dynamic.

25      Q.   Okay.  And so the dynamic was, you'd come up

1  with a concept, you'd communicate it to Icefrog, you'd

2  have some back and forth, and then he'd go and implement

3  it into the game?

4      A.   Yes.

5      Q.   Okay.  And with all of these, the

6  implementation, you know, may or may not have been the

7  same as the concept you gave Icefrog, correct?

8      A.   Not -- not 100 percent.  A lot of the time,

9  sometimes we would come up -- I would come up with

10 something, and he would implement it as is; other times,

11 there were minor -- little things changed.  But, again, if

12 the core concept was very good, it was -- we always tried

13 to change it as least as possible, or at least if we did

14 change something, we wanted it to stay true to that

15 character's core idea.

16     Q.   Okay.  Was it your understanding that Icefrog

17 had the ability to do what he wanted with your ideas; he

18 could implement them, he could change them, he could sort

19 of play with them a little bit?

20     A.   On -- on an unconscious level, you know, during

21 that time, I -- I realized that.  But when you're friends

22 with somebody and you have a mutual trust, that kind of

23 thing doesn't normally occur to you as much.  I just

24 trusted that he would implement things because we

25 had -- we were visualizing the same thing at that point.

1      Q.   But there was nothing preventing him from, say,

2    using a different character model because the one you

3    suggested didn't work or doing a different animation

4    because that didn't work, correct?

5      A.   Correct.

6      Q.   And that would have been consistent with your

7    understanding after you finished the AIM chat; is that

8    correct?

9      A.   Yes.

10      Q.   So he didn't have to use your ideas; it was sort

11    of up to him how to -- how to implement it into the game?

12      A.   Yes.  And I'm -- I would assume it was like that

13    for anybody else he might have interacted with.  It was

14    ultimately all up to him.  He held -- he was the only

15    person, as far as I knew, with access to the unprotected

16    version of the game.

17      Q.   So maybe we can go through these sort of

18    quickly, and maybe you can just -- you know, I have a few

19    more characters, and you can tell me if the process was

20    different for these.

21      A.   Okay.

22      Q.   Dark Seer, was that one you were involved with?

23      A.   Yes, and similar process to the characters we've

24    discussed.

25      Q.   Did you conceive of all of the skills for Dark

1    Seer or just some of the skills?

2         A.   I conceived of all of the skills for Dark Seer.

3         Q.   And similar to the others, the character model

4    was something that preexisted, correct?

5         A.   Yes.

6         Q.   Okay.  And there was no test map for Dark Seer,

7    correct?

8         A.   As far as I know, there was no test map.

9         Q.   Okay.  What about Clockwork Goblin, were you

10   involved in that character?

11        A.   Yes.

12        Q.   What was your involvement with Clockwork Goblin?

13        A.   Core concept behind the character.  I recall

14   that one having -- Icefrog actually responded with more

15   input than he usually did.  So that felt more like a

16   co-collaboration, per se.

17        Q.   That -- that the concept of Clockwork Goblin was

18   both you and Icefrog?

19        A.   Yes.  He -- he actively would contribute things

20   that I couldn't think of in that case, so it felt more

21   like a true -- a legitimate from the ground up

22   collaborative effort on that character.

23        Q.   Okay.  Collaboration on the idea of the

24   character?

25        A.   Yeah, the core concept, because I would

1    come -- I came in, I recall, with one type of idea about

2    what the character should be, and he had a slightly

3    different take on it, but our ideas melded very well on

4    that case.

5        Q.   Okay.  And then he took that sort of

6    collaborative idea and ran with it in the game?

7        A.   Yes.

8        Q.   Malevolence, is that one you were involved in?

9        A.   I was involved in Orchid Malevolence.

10       Q.   I'm sorry?

11       A.   I was involved in the item, Orchid Malevolence.

12       Q.   So "Malevolence" is referring to an item?

13       A.   Yeah, I'm assuming that the item it's referring

14   to is Orchid Malevolence.  It's a red-looking staff thing

15   that silences people.

16       Q.   And that's one of the items that can be

17   purchased by all the characters in the game?

18       A.   Yes.

19       Q.   And did you come up with the -- when you say

20   you -- you were involved in conceiving of the Orchid

21   Malevolence item, how -- what was your contribution; what

22   did you come up with; how did that work?

23       A.   We needed new higher-level items.  And I

24   suggested, Let's have a higher-level item that can

25   physically silence an enemy hero, because we don't have

1   an item that does that.  And they said -- Ice said,  What

2   are we going to call it?  I said, Let's use this icon and

3   call it Orchid Malevolence.  And he just rolled with it.

4        Q.   Who's "he"; is that Guinsoo or Icefrog?

5        A.   Icefrog.

6        Q.   Witch Doctor.  Were you involved in Witch

7   Doctor?

8        A.   Yes.

9        Q.   What was your involvement with Witch Doctor?

10       A.   All of his abilities.

11       Q.   For Witch Doctor, was that a custom character

12   model or a standard Warcraft III model?

13       A.   As far as I know, that was a standard Warcraft

14   III model.

15       Q.   Did you come up with all four of the abilities

16   for Witch Doctor?

17       A.   Yes, from a pitch standpoint.

18       Q.   From a pitch standpoint in that, Here's

19   some -- here's some ideas.  Let me know if you want to use

20   them and --

21       A.   Yeah, like -- like the Baradus format.  Here's a

22   stun that bounces.  Here's his maledictability.  Here's

23   his healing toggle.

24       Q.   Okay.

25       A.   And here's his death ward.

1   character that was in the Allstars game.  They wanted to

2   preserve it somehow.

3        Q.   So they preserve the spirit, but the details of

4   the character might be different?

5        A.   Potentially, yes.

6        Q.   Okay.  With respect to the characters we've been

7   discussing, Abaddon, Tidehunter, Barathrum, Enigma,

8   Obsidian Destroyer, Alchemist, Dark Seer, Clockwork

9   Goblin, Witch Doctor, Phantom Lancer, do any of these

10   characters play or feel different when they're played in

11   DotA 2 than in DotA 1?

12        A.   For me, they -- they play so similarly that

13   it's -- it's -- sometimes when I play them, even now in

14   DotA 2, it's like I'm playing Allstars again.  The

15   good -- all the good things that I associate with those

16   characters in Allstars, I still feel them when I play

17   DotA 2.

18        Q.   Can you recall any skills that are

19   different -- any particular skills that are different in

20   these characters between DotA 1 and DotA 2?

21        A.   Phantom Lancer has a different -- doesn't have

22   doppelwalk anymore.  He has sort of an illusion

23   displacement skill that creates -- puts -- puts them in a

24   random position with two of his images parallel to him.

25   It's a little different.  But it changes -- it changes the

1   way the character is played a little bit, but it's still

2   very close.

3                   The Dark Seer is pretty much identical to

4   his Allstars counterpart.  His skills haven't changed.

5   They all play very, very similarly to how they -- they did

6   in Allstars, and that's partly why I enjoy them so much

7   even today when I play them.

8           Q.   The last one I have here is Jakiro.

9                   Were you involved in Jakiro?

10          A.   Yes.

11          Q.   What was your involvement in -- your involvement

12   with the Jakiro character?

13          A.   His story is similar to the Phantom Lancer's.

14   There was originally a twin-headed dragon character, kind

15   of, in Eul's version of the game, but who was phased out

16   at some point before I started playing.  I wanted to bring

17   a character like that back into the game, but with new

18   abilities that set him apart.

19          Q.   Are you familiar with someone -- are you

20   familiar with someone named Cotton Top?

21          A.   Yes.

22          Q.   Was Cotton Top also involved in Jakiro?

23          A.   Yes.

24          Q.   Okay.  What was Cotton Top's role with respect

25   to Jakiro?

1      A.   Cotton Top's role in Jakiro was helping us

2  develop him visually, and he also triggered the test map

3  that was originally designed for public reception.

4      Q.   So can you tell me, as specifically as possible,

5  what your involvement was with Jakiro?

6      A.   Out of the -- out of those of us that brought

7  him back, I was sort of the creative director equivalent

8  for that character, similar to kind of what I did with

9  Icefrog.  I came up with almost his entire skill set

10  verbatim, which we then programmed into a test map,

11  refined a little bit visually, and then presented.

12      Q.   Now, when you say you came up with his skill

13  set, you came up with the concepts of the four skills,

14  correct?

15      A.   Correct.

16      Q.   Okay.  And you didn't program the test map,

17  correct?

18      A.   I did not program the test map.

19      Q.   That was done by Cotton Top?

20      A.   To my best recollection, he was the one involved

21  with creating the test map.

22      Q.   Okay.  And who implemented Jakiro into DotA?

23      A.   Icefrog implemented Jakiro into DotA.

24      Q.   Okay.  So you and Cotton Top sort of came up

25  with the concept of Jakiro; Icefrog put him in the game;

1      is that correct?

2           A.   Yes.

3           Q.   Other than the characters we've discussed, were

4      there any other characters that you had some involvement

5      with or participated in conceiving or creating?

6           A.   The one character that was not on that list that

7      I conceptualized with a similar process that has been

8      described for the others, was Huskar.

9           Q.   Is that with two "R"s?

10          A.   That's with one "R."  H-U-S-K-A-R.

11          Q.   Okay.

12          A.   He looks -- he's kind of like a troll character

13     with a spear.

14          Q.   Were any of the characters we discussed put up

15     in the Suggestions form?

16          A.   As far as I know, Jakiro, the Twin-Headed

17     Dragon, was moved to the public suggestions forum for

18     feedback from people temporarily.  But none of the other

19     characters I was directly involved with were -- started

20     off in Suggestions forum.

21          Q.   Okay.  So all of those were communicated via

22     AIM?

23          A.   AIM or -- AIM or Battle.net or a combination of

24     the two, yes.

25          Q.   Okay.  So for all those characters, other than

Page 191

1  Jakiro, I wouldn't be able to find -- if I went hunting

2  through the DotA Allstars archive, I wouldn't be able to

3  find anything in the Suggestions forum reflecting his

4  character; is that correct?

5       A.   That is correct.

6       Q.   Okay.  Was Huskar on the forum?

7       A.   I do not -- to my recollections, I do not

8  believe he was ever on the forum.  I -- my memory serves,

9  we -- the process for him was very similar to the

10 processes for the others.

11      Q.   Okay.  I just want to run through a few

12 characters very quickly, and I just want to see what you

13 know about certain characters.

14            Are you familiar with the character,

15 Kunkka?

16      A.   I -- I'm familiar with the character, Kunkka.

17      Q.   Did you have any input or -- any input into the

18 creation of Kunkka?

19      A.   No.

20      Q.   What about Axe; did you have any input or

21 involvement in conceiving or the idea of the Axe

22 character?

23      A.   Axe was a 6.0 character.  That was one of the

24 characters Neichus would bounce ideas off of me about, but

25 that was his creation.

Page 192

1      Q.    What about Trail Ranger, did you have any

2    involvement in conceiving or creating Trail Ranger?

3      A.    No.

4      Q.    What about Zeus?

5      A.    No.

6      Q.    Brewmaster?

7      A.    No.

8      Q.    Earthshaker?

9      A.    No.

10     Q.    Lina?

11     A.    No.

12     Q.    Enchantress?

13     A.    No.

14     Q.    Slardar?

15     A.    No.

16     Q.    Do you know who created Slardar?

17     A.    No, I do not.

18     Q.    Okay.  Tiny?

19     A.    No.

20     Q.    Any idea who came up with the idea for Tiny?

21     A.    Tiny and Earthshaker were both stuff Neichus was

22    involved with.  Earthshaker was one of his big hero

23    contributions, actually.

24     Q.    Bristleback?

25     A.    Neichus.

Page 193

1        Q.    Centaur Warrunner?

2        A.    No idea.

3        Q.    Wraith King?

4        A.    He was there before even I started playing.

5        Q.    Anti-Mage?

6        A.    Don't know.

7        Q.    Ogre Magi?

8        A.    Neichus.

9        Q.    Omniknight?

10       A.    No idea.

11       Q.    Okay.  Ursa?

12       A.    Neichus.

13       Q.    Necrophos?

14       A.    Neichus.

15       Q.    Razor?

16       A.    No idea.

17       Q.    Terrorblade?

18       A.    No idea.

19       Q.    Terrorblade, I assume, existed before you came

20   on the scene?

21       A.    Yes.

22       Q.    Okay.  Naga Siren?

23       A.    Neichus might have had some involvement with the

24   Siren, but I don't know much about her.

25       Q.    Okay.  Ember Spirit; were you involved in

Page 194

1   creating Ember Spirit?

2       A.   No.   Ember Spirit was one of the heros

3   implemented after I -- after I stopped communicating with

4   Icefrog.

5       Q.   Troll Warlord, is that Huskar?

6       A.   No.

7       Q.   No?   That's -- that's different from Huskar?

8       A.   Yes.

9       Q.   Okay.  Did you have any involvement with Troll

10  Warlord?

11      A.   No.

12      Q.   Shadow Fiend?

13      A.   Neichus.

14      Q.   Okay.  Death Prophet?

15      A.   Shadow Fiend, I was -- I did come up with the

16  Necromastery passive for Shadow Fiend.

17      Q.   The -- what was it, Necromastery?

18      A.   Yes.

19      Q.   So you came up with the idea for that passive

20  ability?

21      A.   Yes.

22      Q.   Okay.  And for Shadow Fiend, was that put in the

23  game by Neichus to the best of your knowledge?

24      A.   Uh-huh.

25      Q.   Yes?

1    A.   Yes.

2    Q.   Okay.

3    A.   Sorry.  Neichus came up with that entire hero

4  concept; I just contributed the -- that passive ability to

5  him.

6    Q.   Okay.  Death Prophet?

7    A.   No idea.

8    Q.   Okay.  Medusa?

9    A.   No idea.

10    Q.   Okay.  Lich?

11    A.   No idea.

12    Q.   Tinker?

13    A.   That was Neichus.

14    Q.   Okay.  Crystal Maiden?

15    A.   No idea.

16    Q.   Okay.  Pugna?

17    A.   I was involved in Pugna a little bit.  His

18  Nether Ward ability was me.  Guinsoo's creation mostly,

19  though.

20    Q.   What was your involvement with Pugna?

21    A.   His third ability, Nether Ward, was my

22  contribution to that character.

23    Q.   Did you come up with the ability or just give

24  feedback on the ability?

25    A.   I -- I proposed the ability, and then they got

1    back feedback on it, and then it was implemented

2    into -- into his skill set.

3         Q.   Okay.  Just a few more; sorry.

4              Lion?

5         A.   No idea.

6         Q.   Okay.  Silencer?

7         A.   Not sure.

8         Q.   Okay.  Phoenix?

9         A.   Neichus, I believe.

10        Q.   Luna?

11        A.   No idea.

12        Q.   Dazzle?

13        A.   I was -- I gave feedback on Dazzle, but I wasn't

14   directly responsible for his specific skills.

15        Q.   Queen of Pain?

16        A.   No idea.

17        Q.   Vengeful Spirit?

18        A.   No idea.

19        Q.   Windranger?

20        A.   No involvement.

21        Q.   Gyrocopter?

22        A.   Not sure about Gyrocopter either.

23        Q.   Mirana?

24        A.   Guinsoo, maybe.

25        Q.   Guinsoo -- you're not sure if it was Guinsoo or

1    not?

2        A.   I'm not -- I'm not sure.  I -- Mirana was around

3    when I was involved, but I don't know -- I think it was

4    Guinsoo, but I'm not sure.

5        Q.   Okay.  And did -- to the best of your

6    recollection, did Mirana make her first appearance in one

7    of the -- one of the versions released by Guinsoo?

8        A.   It was either right at the end or right before

9    Icefrog came in.  I forget exactly when Mirana was

10   implemented.

11       Q.   Okay.  Keeper of the Light?

12       A.   I was involved with Keeper of the Light.

13       Q.   Okay.  What was your involvement with Keeper of

14   the Light?

15       A.   His -- concept of his illuminate ability, that

16   first skill.  Chakra was somebody else's idea.  I -- I

17   generally contributed to the Keeper of the Light.  I don't

18   claim him as something I completely conceived of.

19       Q.   Okay.  Who else, besides you, worked on Keeper

20   of the Light?

21       A.   I think both Guinsoo and Neichus both worked on

22   Keeper of the Light at different points.

23       Q.   Clinkz?

24       A.   No idea.

25       Q.   Okay.  Viper?

1    come back.

2         Q.   He's like a legendary hero?

3         A.   Yes.

4         Q.   You'll see at the top, it says:  Maverick meets

5    the requirements to be potentialed.

6              What does that mean?

7         A.   In the old days of the Suggestions forum, heros

8    that got enough positive public feedback could go into a

9    Potential subforum, which were then supposedly considered

10   for -- to be top-level contenders to be actually

11   implemented into the game.

12        Q.   And so was the idea of the Potential subforum to

13   kind of, let's say, separate the wheat from the chaff and

14   get the good stuff to rise to the top?

15        A.   Yes.  I know that Icefrog actually looked at

16   heros that made it to the Potential thing.  He didn't ever

17   implement anything completely from that subforum, but I

18   know he looked at it every once in a while.

19        Q.   Okay.  Okay.  So if things made it to the

20   Potentials forum, they were more likely to be looked at by

21   Guinsoo, Icefrog, and Neichus, and then maybe work their

22   way into the game?

23        A.   Potentially, yes.

24        Q.   Okay.  And it was more likely that those guys

25   would look at the Potential subforum than the big

1    Suggestions forum; is that right?

2         A.   Well, yes, there's just -- there was hundreds of

3    heros being suggested every week.  It's impossible to wade

4    through them all.

5         Q.   Right, right.

6         A.   You need some quality control.

7         Q.   Correct.  So you need to figure out which of

8    those heros are good enough to -- to even be considered by

9    Guinsoo and Icefrog?

10        A.   Yes.

11        Q.   Okay.  Is that true generally that people were

12   constantly making suggestions about things to do in the

13   game, ways to improve it?  Is that -- is that something

14   that would happen quite frequently?

15        A.   Yes.  The Suggestions forum was very crowded,

16   because so many people were making so many suggestions so

17   quickly.

18        Q.   So people had lots of suggestions, but then it

19   was up to Icefrog to decide what to do with those

20   suggestions, correct?

21        A.   Yes.

22        Q.   Or Guinsoo when he was in charge, right?

23        A.   Yes.

24        Q.   Okay.  And I assume that some of those

25   suggestions probably conflicted with each other?

Page 202

1        A.    Quite often, yes.

2        Q.    So do you have any knowledge of what process,

3   say, Icefrog used to determine which suggestions to take

4   into account and which ones to ignore?

5        A.    I don't have any insight knowledge of his

6   thought process in regards to that; I just know that he

7   had one.

8        Q.    Okay.   And you understood that he had the

9   discretion to take suggestions or leave them, correct?

10        A.    Yes.

11        Q.    Okay.   Any idea why Maverick the Gambler didn't

12   make it into the game -- let me back up -- your version of

13   Maverick the Gambler?

14        A.    My -- just based on my experiences back then,

15   Maverick was very, very hard to balance because he's a

16   gold-based hero.   He had a -- his old ultimate could deal

17   thousands of damage to an enemy instantly if he had enough

18   gold accumulated.   He was a -- he wasn't a hero that was

19   based on manna or magic.   He just -- all you had to do was

20   have a lot of money, and you could win the game.

21        Q.    So is it your understanding that Icefrog decided

22   not to put him in ultimately?

23        A.    He tried to keep him in the game initially for a

24   few versions.   And Guinsoo was very passionate about him.

25   He was -- Maverick and the Invoker character were, like,

1    DotA Allstars, correct?  Just a yes-or-no question.

2                    MR. TUNG:  You can answer the question any

3    way you wish.

4         A.   Yes, I don't think anybody owns DotA or DotA

5    Allstars due to the complicated nature of its creation and

6    ongoing development.

7         Q.   (BY MR. MAYER)   And just to be clear, you don't

8    believe that you own DotA or DotA Allstars, correct?

9         A.   Correct, I do not believe I own DotA or DotA

10   Allstars.

11        Q.   Okay.  And that would include as a sole owner or

12   joint owner or anything like that.

13                   You don't believe you have any ownership

14   interest in DotA or DotA Allstars, correct?

15                   MR. TUNG:  I'm objecting to -- to -- to the

16   extent it calls for a legal conclusion.

17        A.   I -- as I -- as we discussed in the deposition

18   up until this point, I -- I fulfilled the role of kind of

19   a creative director and somebody who helped develop and

20   conceptualized ideas.  I -- I never had a stake in

21   ownership.  I was contributing creatively to the property.

                              REDACTED