# MAYER DECLARATION

# EXHIBIT 8

# CONFIDENTIAL

# FILED UNDER SEAL