# MAYER DECLARATION

# EXHIBIT 9

# CONFIDENTIAL

# FILED UNDER SEAL