# MAYER DECLARATION

# EXHIBIT 10

| | |
|---|---|
| **From:** | Steve Feak <guinsoo@gmail.com> |
| **Sent:** | Wednesday, December 07, 2016 4:39 PM |
| **To:** | Michael LaFond; Kohler, Daniel; evettepennypacker@quinnemanuel.com; marktung@quinnemanuel.com; claudestern@quinnemanuel.com; maissachouraki@quinnemanuel.com; Mayer, Marc |
| **Subject:** | Fwd: Map |
| **Attachments:** | dota6.0Latest.w3x; ATT00001.htm |

(Confidential info please)

Sent from my iPhone

Begin forwarded message:

> **From:** Steve Springs <guinsoo@gmail.com>
> **Date:** January 4, 2005 at 7:39:46 PM PST
> **To:** neichus@hotmail.com
> **Subject: Map**
> **Reply-To:** Steve Springs <guinsoo@gmail.com>
>
> nt

1