# MAYER DECLARATION

# EXHIBIT 11

| Character | uCool's Contention of the Character's So-Called "Creator" (as Opposed To The Author) | uCool's Cited Evidence | Disputed by Plaintiffs? | Plaintiffs' Cited Evidence (Which Not Only Is Accurate, But Must be Viewed In The Light Most Favorable to Plaintiffs) |
|---|---|---|---|---|
| Drow Ranger | Meian and Madcow | Moss Depo. 117:9-117:13<br>Feak Depo. 124:3-125:6<br>Feak Depo. 135:21-136:22 | **Disputed.** uCool's cited evidence completely fails to support its contention. Guinsoo testified that he believed Drow Ranger was from Eul's original DotA. | Feak Depo. 124:3-125:6 |
| Lina | Meian and Madcow | Moss Depo. 121:10-121:17<br>Sommer Depo. 186:6-187:3 (Confidential Portion)<br>Baker Depo. 192:1-10<br>Feak Depo. 122:14-123:7<br>Feak Depo. 144:5-14 | **Disputed**. uCool's cited evidence completely fails to support its contention. None of the testimony cited by uCool supports that any witness recalls who "created" Lina. Icefrog also testified that he changed Lina during the time he was lead developer of the game, during which time he had exclusive creative control. | Moss Depo. 121:10-121:17<br>Baker Depo. 192:1-10<br>Feak Depo. 122:14-123:7<br>Feak Depo. 144:5-14<br><br>Ismail Depo. 373:20-374:15 |

| Character | uCool's Contention of the Character's So-Called "Creator" (as Opposed To The Author) | uCool's Cited Evidence | Disputed by Plaintiffs? | Plaintiffs' Cited Evidence (Which Not Only Is Accurate, But Must be Viewed In The Light Most Favorable to Plaintiffs) |
|---|---|---|---|---|
| Tidehunter | Terrorblaze | Moss Depo. 48:8-50:12<br>Moss Depo. 50:22-52:1<br>Moss Depo. 108:15-108:20<br>Moss Depo. 129:4-129:13<br>Sommer Depo. 205:11-206:3 (S-1)<br>Baker Depo. 146:10-157:24<br>Baker Depo. 253:21-255:24<br>Feak Depo. 79:19-80:6<br>Feak Depo. 163:16-164:3 | **Disputed.** The evidence demonstrates that Guinsoo was directly involved in creating and conceiving Tidehunter, including creating the animation. Guinsoo may have received feedback regarding the Tidehunter concept from people other than Terrorblaze. Guinsoo also made his own changes to the Tidehunter concept before writing the code for Tidehunter and adding it to the game. The testimony demonstrates that Guinsoo excercised exclusive creative control of the game during the time he was lead developer. | Baker Depo. 146:12-152:25<br>Baker Depo. 154:15-25<br>Baker Dep. 156:5-158:2<br><br>Feak Depo. 197:13-200:2<br>Feak Depo. 201:12-203:1<br>Feak Depo. 205:8-206:2 (<br><br>Feak Depo. 10:7-11:12<br>Feak Depo. 197:13-199:23<br>Feak Depo. 240:5-243:11 |

| Character | uCool's Contention of the Character's So-Called "Creator" (as Opposed To The Author) | uCool's Cited Evidence | Disputed by Plaintiffs? | Plaintiffs' Cited Evidence (Which Not Only Is Accurate, But Must be Viewed In The Light Most Favorable to Plaintiffs) |
|---|---|---|---|---|
| Bristleback | AfroThunder | Moss Depo. 87:20-90:21<br>Moss Depo. 98:14-99:13<br>Moss Depo. 106:25-108:7<br>Moss Depo. 113:19-114:7<br>Sommer Depo. 222:14-223:7 (S-1)<br>Baker Depo. 166:5-166:14<br>Baker Depo. 192:20-25<br>Feak Depo. 127:15-128:12<br>Baker Depo. 192:20-25<br>Feak Depo. 127:15-128:12 | **Disputed.** Neichus testified that he contributed to the creation of Bristleback, with input from other individuals, who he could not remember. Terrorblaze and Guinsoo's testimony supports that Neichus was involved in Bristleback's creation. Moreover, Bristleback was added to the game while Guinsoo was lead developer, and Guinsoo exercised exclusive creative control of the game during the time he was lead developer. | Moss Depo. 87:20-90:21<br>Moss Depo. 98:14-99:13<br>Baker Depo. 166:5-166:14<br>Feak Depo. 127:15-128:12<br><br>Feak Depo. 10:7-11:12<br>Feak Depo. 197:13-199:23<br>Feak Depo. 240:5-243:11 |
| Wraith King (Skeleton King until re-named Wraith King by Valve in Dota 2) | Meian and Madcow | Baker Decl, ¶ 18.<br>Sommer Depo. 73:18-74:16 (S-1)<br>Baker Depo. 192:20-193:4<br>Feak Depo. 169:15-24 | **Disputed.** Guinsoo testified that he re-implemented Skeleton King, and that it was similar or identical to a version present in Eul's original DotA. None of the remaining witnesses cited by uCool have any recollection. | Feak Depo. 169:15-24 |

| Character | uCool's Contention of the Character's So-Called "Creator" (as Opposed To The Author) | uCool's Cited Evidence | Disputed by Plaintiffs? | Plaintiffs' Cited Evidence (Which Not Only Is Accurate, But Must be Viewed In The Light Most Favorable to Plaintiffs) |
|---|---|---|---|---|
| Razor | Meian and Madcow/Guinsoo changed one power | Moss Depo. 126:4-126:11<br>Baker Depo. 192:20-193:16<br>Feak Depo. 154:22-155:25 | **Disputed.** uCool's cited evidence completely fails to support its contention. Guinsoo testified that Razor was in Eul's original DotA and that he made changes to Razor, including by adding an "ultimate" ability. | Feak Depo. 154:22-155:25 |
| Troll Warlord | Meian and Madcow | Moss Depo. 131:5-10<br>Sommer Depo. 72:13-15 (S-1)<br>Sommer Depo. 78:19-79:9 (S-1)<br>Sommer Depo. 175:7-176:8 (S-1)<br>Sommer Depo. 222:14-223:18 (S-1)<br>Sommer Depo. 225:24-226:6 (S-1)<br>Sommer Depo. 230:22-232:16 (S-1)<br>Baker Depo. 194:5-11<br>Feak Depo. 165:10-166:8 | **Disputed.** uCool's cited evidence completely fails to support its contention. Eul testified extensively that he created Troll Warlord. | Sommer Depo. 72:13-15 (non-confidential)<br>Sommer Depo. 78:19-79:9 (non-confidential)<br>Sommer Depo. 175:7-176:8 (non-confidential)<br>Sommer Depo. 222:14-223:18 (non-confidential)<br>Sommer Depo. 225:24-226:6 (non-confidential)<br>Feak Depo. 165:10-166:8 |

| Character | uCool's Contention of the Character's So-Called "Creator" (as Opposed To The Author) | uCool's Cited Evidence | Disputed by Plaintiffs? | Plaintiffs' Cited Evidence (Which Not Only Is Accurate, But Must be Viewed In The Light Most Favorable to Plaintiffs) |
|---|---|---|---|---|
| Death Prophet | Unknown (Guinsoo copied from another map) | Moss Depo. 97:22-98:13<br>Moss Depo. 116:3-117:3<br>Sommer Depo. 71:25-73:3 (S-1)<br>Sommer Depo. 78:19-24 (S-1)<br>Sommer Depo. 127:2-4 (S-1)<br>Baker Depo. 194:9-195:7<br>Feak Depo. 133:5-134:19 | **Disputed.** Neichus testified that an earlier version of Death Prophet preexisted him, but that he worked on Death Prophet, including by changing her abilities significantly. Moreover, Guinsoo testified that he "adapted" Death Prophet from Eul's original DotA, including by changing her abilities. | Moss Depo. 97:22-98:13<br>Moss Depo. 116:3-117:3<br>Feak Depo. 133:5-134:19 |
| Lich | Unknown (Guinsoo copied from another map) | Moss Depo. 121:2-9<br>Baker Depo. 194:9-195:11<br>Feak Depo. 143:13-144:4 | **Disputed.** Guinsoo testified that he added Lich to the game, but that some version of Lich may have existed in Eul's original DotA. | Feak Depo. 143:13-144:4 |
| Lion | Meian and Madcow | Baker Depo. 154:2-7<br>Baker Depo. 195:20-196:5<br>Feak Depo. 144:15-21 | **Disputed**. uCool's cited evidence completely fails to support its contention. The cited testimony demonstrates that the witnesses do not remember who created Lion. | Baker Depo. 195:20-196:5<br>Feak Depo. 144:15-21 |

| Character | uCool's Contention of the Character's So-Called "Creator" (as Opposed To The Author) | uCool's Cited Evidence | Disputed by Plaintiffs? | Plaintiffs' Cited Evidence (Which Not Only Is Accurate, But Must be Viewed In The Light Most Favorable to Plaintiffs) |
|---|---|---|---|---|
| Obsidian Destroyer | Terrorblaze/Icefrog | Moss Depo. 124:4-14<br>Baker Depo. 170:15-174:14<br>Baker Depo. 174:15-175:1<br>Baker Depo. 187:6-187:17<br>Feak Depo. 151:12-18 | **Disputed.** The evidence demonstrates that Obsidian Destroyer was created largely by Icefrog, who was lead developer and excised exclusive creative control of the game. Specifically, Terrorblaze testified that Obsidian Destroyer was created with general feedback from numerous unidentified individuals. | Baker Depo. 170:15-175:1<br>Moss Depo. 124:4-14<br>Ismail Decl. ¶¶ 17-22. |
| Silencer | Added by Guinsoo but created by unknown parties | Moss Depo. 126:20-126:24<br>Baker Depo. 195:20-196:7<br>Feak Depo. 159:5-160:5 | **Disputed**. Guinsoo testified that he fully remade Silencer. Moreover, Silencer was created while Guinsoo was lead developer, and Guinsoo exercised exclusive creative control of the game during the time he was lead developer. | Feak Depo. 159:5-160:5<br>Feak Depo. 10:7-11:12<br>Feak Depo. 197:13-199:23<br>Feak Depo. 240:5-243:11 |

| Character | uCool's Contention of the Character's So-Called "Creator" (as Opposed To The Author) | uCool's Cited Evidence | Disputed by Plaintiffs? | Plaintiffs' Cited Evidence (Which Not Only Is Accurate, But Must be Viewed In The Light Most Favorable to Plaintiffs) |
|---|---|---|---|---|
| Luna | Unknown (Guinsoo copied from another map) | Moss Depo. 121:23-122:1<br>Sommer Depo. 72:8-72:12 (S-1)<br>Sommer Depo. 127:5-11 (S-1)<br>Sommer Depo. 207:14-208:10 (S-1)<br>Rigole Depo. 402:8-402:12<br>Baker Depo. 195:20-196:11<br>Feak Depo. 144:22-145:24 | **Disputed.** Created by Eul. | Eul Decl. ¶ 12. |
| Queen of Pain | Meian and Madcow | Moss Depo. 125:21-126:3<br>Baker Depo. 195:20-196:16<br>Feak Depo. 154:4-21<br>Feak Depo. 242:1-243:5 | **Disputed.** Guinsoo testified that Queen of Pain was from Eul's original DotA. | Feak Depo. 154:4-155:25 |
| Viper | Guinsoo (but could have been Meian and Madcow, Guinsoo was not sure) | Moss Depo. 132:2-23<br>Baker Depo. 197:11-198:1<br>Feak Depo. 168:3-168:22 | **Disputed.** Guinsoo testified that he believes he created Viper, though his recollection is foggy. uCool's cited evidence completely fails to support its contention that "Meian" or "Madcow" were involved. | Feak Depo. 168:3-168:22 |

| Character | uCool's Contention of the Character's So-Called "Creator" (as Opposed To The Author) | uCool's Cited Evidence | Disputed by Plaintiffs? | Plaintiffs' Cited Evidence (Which Not Only Is Accurate, But Must be Viewed In The Light Most Favorable to Plaintiffs) |
|---|---|---|---|---|
| Doom | Unknown (Guinsoo copied from another map) | Baker Decl. ¶ 19<br>Moss Depo. 117:4-8<br>Baker Depo. 197:11-198:11<br>Feak Depo. 134:21-135:20 | **Disputed.** Guinsoo testified that he added Doom to the game, and that it was an "adaptation" of a previous version of Doom, probably from Eul. Terrorblaze also testified that Doom was "redesigned" while Neichus was working on the game, which was while Guinsoo or Icefrog was the lead developer.. | Feak Depo. 134:21-135:20<br>Baker Decl. ¶ 19 |