KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
DANIEL A. KOHLER (SBN 285501), dxk@msk.com
EMILY F. EVITT (SBN 261491), efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:   (310) 312-2000
Facsimile:    (310) 312-3100

Attorneys for Plaintiffs Blizzard
Entertainment, Inc. and Valve Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| Blizzard Entertainment, Inc., and Valve Corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>Lilith Games (Shanghai) Co. Ltd., uCool, Inc., and uCool Ltd.,<br><br>        Defendants. | CASE NO. 3:15-cv-04084-CRB-JSC<br><br>The Honorable Charles R. Breyer<br><br>**DECLARATION OF KYLE SOMMER IN SUPPORT OF MEMORANDUM OF PLAINTIFF VALVE CORPORATION IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT RE OWNERSHIP OF DOTA**<br><br>**DATE:**    March 10, 2017<br>**TIME:**    10:00 a.m.<br>**CTRM.:**  6, 17th Floor |

CASE NO. 3:15-cv-04084-CRB
**KYLE SOMMER DECLARATION**

**Declaration of Kyle Sommer (a/k/a "Eul")**

I, Kyle Sommer, declare as follows:

1. I am an individual and a resident of Bellevue, Washington. In the past, I have used the screen name or handle "Eul." I am currently employed as a developer at Valve Corporation, and I work on the game Dota 2. In this role, I am responsible for writing software code, designing, updating, refining, and otherwise assisting in creating the computer game Dota 2. I know all of the following facts of my own personal knowledge and, if called as a witness, could and would competently testify thereto.

**Warcraft III and the World Editor**

2. In or about 2002, I purchased and began playing the game Warcraft III: Reign of Chaos ("Warcraft III"). Warcraft III is a computer strategy game. In Warcraft III, the player assumes control of a faction (such as Orcs, Humans, Night Elves, or Undead), which is made up of individual "units." Units are the basic workers or soldiers in the game. Using a variety of different kinds of units, a player collects resources from within the map, such as food, lumber, and gold. Using these resources, the player then can deploy units to build structures such as barracks, farms, moon wells, and towers. These structures enable the player to build additional units, grow food to maintain these units, upgrade the units, and then, in turn, upgrade the structures to allow for the creation of ever more complex and powerful units. In this way, players build and equip an ever-growing army of specialized units, such as militia, riflemen, knights, priests, and air platoons. These armies then are used to defeat opponents and achieve various objectives on the battlefield.

3. In Warcraft III, in addition to standard worker and soldier units, the player is given access to "heroes." Heroes are more powerful, specialized units that have access to special powers, spells, and abilities (collectively, "skills"). Heroes can be upgraded or made more powerful by killing computer-controlled opponents, known as "creeps." Killing creeps or other

1 enemies gives the hero experience points. When a hero has accumulated enough experience
2 points, it achieves a new "level" and may spend those points to purchase additional skills or to
3 make existing skills stronger.

4     4.    Warcraft III came with a program called the "World Editor."  The Warcraft III
5 World Editor is a set of software tools that allows players to customize the game in a variety of
6 different ways.  For example, a user might change the placement of objects within the battlefield,
7 such as by adding forest terrain or mountains.  A user might also add creeps to the map, or
8 change "triggers," which are events or actions that occur at a certain time.  Using the World
9 Editor, a user can change the Artificial Intelligence (AI) programming, causing computer-
10 controlled characters to act in different ways.  The user can change the skills of heroes, or make
11 them more or less powerful.  The user can create new weapons or armor or change the abilities
12 of existing weapons and armor within the game.  The user also can change the appearance of
13 certain units within the game (for example, giving an Orc red skin instead of green skin).

14     5.    When a player-programmer has finished creating his or her creation, the World
15 Editor permits him or her to save the new work as a small computer file.  These files are
16 generally referred to as "Warcraft III maps."  Sometimes, they also are referred to as "mods,"
17 which is short for "modification."  People who create Warcraft III maps are known as, and refer
18 to themselves as, "modders."

19     6.    Warcraft III maps cannot be used on their own.  In order to play a Warcraft III
20 map, a player must first install and load Warcraft III.  In the start-up screen for Warcraft III, one
21 of the options that a user is presented with is to access and play "custom games."  If the player
22 possesses a copy of the map, he or she can use it as the basis for a custom game.  Or, the player
23 can view a list of custom games being hosted by another player.  If a player wishes to join a
24 custom game hosted by another player, he or she may click on that game.  If the player does not
25 already possess a copy of the map, it will automatically download from the host computer.
26 Then, the map will load into Warcraft III from the player's computer and can be played with
27 other people.

28

**My Creation and Development of "Defense of the Ancients" or "DotA"**

7. "Defense of the Ancients," or "DotA" is a Warcraft III map that I created using the Warcraft III World Editor. As set forth below, I created and released the very first version of DotA in 2002 and I continued to update and improve DotA until approximately September 2004.

8. I first began working with the Warcraft III World Editor when I was either sixteen or seventeen years old. I was living at home with my parents and was in high school. In or about 2002, I used the Warcraft III World Editor to create a Warcraft III map that I called "Defense of the Ancients," or "DotA." In DotA, players could choose from a roster of unique heroes and join with others to fight opponents along three "lanes" or paths within a map. The goal of DotA was to destroy the opposing team's central structure, while defending the player's team's own structure.

9. My first version of DotA was a "beta" (or test) version known as "DotA Beta 2." DotA Beta 2 was released to a limited group of Warcraft III fans. Shortly thereafter, I released the first "public" version of DotA, which I believe was version 1.0. DotA 1.0 allowed users to select from 20 heroes, across two teams. DotA 1.0 was updated to version 1.1 shortly thereafter. While I cannot remember the precise amount of time I spent creating these very first DotA maps, it was a substantial amount of time, likely hundreds of hours. I worked on DotA in nearly all of my spare time.

10. My earliest versions of DotA featured 20 heroes, each with a formal name, description, and set of skills and abilities. Each DotA hero was distinct and supported a different playstyle. I created all of the heroes in these versions of DotA, with one exception, Pit Lord, which was a Warcraft III hero that was left largely unchanged from the original.

11. Throughout 2003 and into 2004, I worked on improving and expanding DotA. During this time, I released several dozen updates to DotA. Each of these versions of DotA built on and updated the previous version, with additions such as mechanical tweaks, new items and heroes (or reworked versions of existing heroes), and improved animations and spells. By version 2.5 (released sometime in 2003), DotA contained 32 heroes, all of which I created.

12. Some of the heroes present in these early versions of DotA were Omniknight, Crystal Maiden, Clinkz, Sniper, Juggernaut, Luna Moonfang, Earthshaker, Phantom Lancer, and Stealth Assassin. In my deposition, I did not remember that I had created the hero Luna Moonfang, the Lunar Matriarch. However, since my deposition I have gone back and reviewed my early versions of DotA. I was able to confirm that Luna Moonfang is one of the heroes that was present in these versions. Thus, I did in fact create this hero.

13. In 2003 and 2004, DotA started to gain popularity and recognition among Warcraft III players and modders. During that time, I was a regular contributor to the website www.thewarcenter.com (the "WarCenter"). The WarCenter was a group of Warcraft III modders who congregated to discuss and share information about what they were working on, and to make suggestions and offer assistance to others. Because DotA had become so popular, an entire forum was created on the WarCenter that was dedicated to discussing DotA. I posted to the WarCenter on a regular basis. At that time, the WarCenter was a fairly close-knit community, and I corresponded frequently with many of the regular contributors to the community.

14. Though I considered and sometimes received feedback or input from the WarCenter community, I was the sole creator and developer of all of the DotA versions that I released to the public. I did all of the work on these maps on my own, with my own time and money, on my own personal computer. I made all of the decisions concerning what would be contained in each update. No one else contributed to DotA while I was the developer, other than possibly by providing some suggestions or thoughts on the community forum.

**My License to the Modding Community**

15. In early 2004, I was working on an update to DotA that would have been Version 4.0. However, as the year progressed, it became apparent that I could no longer dedicate the time and effort that would be required to maintain, improve, and develop DotA. I thus made a decision to cease my work on DotA and to allow other Warcraft III and DotA fans to further develop and build on DotA. So, in September 2004, I wrote a post on the WarCenter message

1   board stating that "from this point forward DOTA is now open source.  Whoever wishes to
2   release a version of DOTA may do so without my consent, I just ask for a nod in the credits to
3   your map."  (the "WarCenter Post.")

4       16.    I understand that uCool has claimed that by the WarCenter Post I intended to
5   "abandon" my rights in DotA or to put DotA into the public domain.  That is not what I intended.
6   Rather, what I intended was to give permission to other Warcraft III modders to work on my
7   DotA map and to release updated or alternative versions of that map.

8       17.    At the time I wrote the WarCenter Post, I had heard the term "open-source" used
9   in the modding and game development community.  As I understood the phrase, "open-source"
10  means that a game developer gives a license to other developers to work on a project.  A lot of
11  game developers make their code "open source" so that people can make new levels or mods.  I
12  always understood that when they did this they were allowing other people to look at their work
13  or build off of it – not that they were giving away their intellectual property to the public.  Thus,
14  when I said that "from this point forward DOTA is now open source," I meant that other
15  Warcraft III and DotA players had my consent to work on the project.  I did not mean to suggest
16  that DotA would be thereafter in the public domain or would be abandoned so that anyone could
17  exploit it and make money from it.

18      18.    The WarCenter Post also stated that "[w]hoever wishes to release a version of
19  DOTA may do so without my consent" and that future modders should give me "a nod in the
20  credits to your map."  What I was referring to was that it was OK with me if other modders built
21  on my work, but only to release new *versions* of the *Warcraft III map file* that I had developed
22  and released, and as long as they gave me credit and recognition as the original author.  That is
23  why I used the phrases "version of DotA" and "your map."  The only thing I was thinking about
24  were future "versions of DotA" that, like my versions of DotA, were Warcraft III map files.  It
25  never occurred to me that someone might read the WarCenter Post to mean that they could copy
26  my DotA characters and use them in a stand-alone commercial product that was something other
27  than a Warcraft III map file.

28

19. In other words, when I wrote the WarCenter Post, I intended to give authorization to the WarCenter community, and to other Warcraft III modders, to build on my work and to distribute free Warcraft III DotA maps. I fully intended that my work would be used and integrated into any new version of DotA that subsequent modders would create, such as the versions of DotA released by Guinsoo and Icefrog, and that I would be given credit in those maps for my role in having created DotA. It was never my intention to relinquish or abandon all of my rights in the DotA mods that I had created.

### My Assignment to Valve

20. After I wrote the WarCenter Post, I left the game development scene for several years. During the period from 2004 to 2010, as far as I knew, no one had ever sold or attempted to sell or profit from DotA or made a stand-alone version of DotA with my characters.

21. On or about September 27, 2010, I executed an assignment of rights to Valve (the "Assignment.") Exhibit I to the Declaration of Michael LaFond appears to be a true and correct copy of my Assignment. The Assignment is consistent with my understanding that I had "released DotA to the public for further development" because I was allowing other Warcraft III modders (such as Guinsoo and Icefrog) to further develop the game. I did not understand the Assignment to be confirming or stating that I had abandoned DotA or "dedicated" it to the public.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of January, 2017, at Belleve, Washington.

_Kyle Sommer_

6   CASE NO. 3:15-cv-04084-CRB
**KYLE SOMMER DECLARATION**