UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| Blizzard Entertainment, Inc., and Valve Corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>Lilith Games (Shanghai) Co. Ltd., uCool, Inc., and uCool Ltd.,<br><br>          Defendants. | CASE NO. 3:15-cv-04084-CRB-JSC<br><br>The Honorable Charles R. Breyer<br><br>**[PROPOSED] ORDER DENYING DEFENDANT UCOOL, INC,'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

The Court has read and considered all papers filed in support of and in opposition to uCool, Inc.'s Motion for Partial Summary Judgement, dkt. 120 ("Motion").

The Motion is DENIED.

**IT IS SO ORDERED.**

DATED:_____

Honorable Charles R. Breyer
United States District Court Judge