IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., AND VALVE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>LILITH GAMES (SHANGHAI) CO. LTD., AND UCOOL, INC.,<br><br>Defendants. | No. 3:15-cv-04084-CRB<br><br>**ORDER DEFERRING CONSIDERATION OF MOTION FOR RULE 11 SANCTIONS** |

The Court DEFERS consideration of uCool's motion for Rule 11 sanctions (dkt. 126) until after it has ruled on its motion for partial summary judgment (dkt. 120). At that time the Court will, if it sees fit, set a hearing date and deadline for Plaintiffs' opposition to the motion for sanctions. The Court likewise DEFERS consideration of whether to refer the request for discovery sanctions to Magistrate Judge Corley until that time.

**IT IS SO ORDERED.**

Dated: February 7, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE