KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
EMILY F. EVITT (SBN 261491), efe@msk.com
NAOMI BECKMAN-STRAUS (SBN 287804), nxs@msk.com
MELINDA M. CARRIDO (SBN 285445), m2c@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone:   (310) 312-2000
Facsimile:    (310) 312-3100

Attorneys for Plaintiffs Blizzard
Entertainment, Inc. and Valve Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| Blizzard Entertainment, Inc., and Valve Corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>Lilith Games (Shanghai) Co. Ltd., uCool, Inc., and uCool Ltd.,<br><br>            Defendants. | CASE NO. 3:15-cv-04084-CRB-JSC<br><br>The Honorable Jacqueline Scott Corley<br><br>**NOTICE OF ADMINISTRATIVE MOTION OF PLAINTIFFS BLIZZARD ENTERTAINMENT, INC. AND VALVE CORPORATION'S FILING OF THE DEPOSITION TRANSCRIPT OF THERESA CRUZ UNDER SEAL, PURSUANT TO THE COURT'S ORDER RE DISCOVERY HEARING – DKT. 170**<br><br>DATE:       August 10, 2017<br>TIME:        9:30 a.m.<br>CTRM.:      F, 15th Floor |

1  Pursuant to the Court's Order re: Discovery Hearing, filed August 7, 2017 (Dkt. 170), Plaintiffs Blizzard Entertainment, Inc. and Valve Corporation respectfully file, under seal, the entire final deposition transcript of Theresa Cruz, without exhibits, taken on July 25, 2017.

DATED: August 7, 2017              MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Karin G. Pagnanelli
    Karin G. Pagnanelli
    Attorneys for Plaintiffs Blizzard
    Entertainment, Inc. and Valve Corporation

# DEPOSITION OF THERESA CRUZ

# FILED UNDER SEAL

9146446.1