1 | Colin H. Murray (State Bar No. 159142)
     colin.murray@bakermckenzie.com
2 | Teresa H. Michaud (State Bar No. 296329)
     teresa.michaud@bakermckenzie.com
3 | **BAKER & McKENZIE LLP**
    Two Embarcadero Center, 11th Floor
4 | San Francisco, CA 94111
    Telephone: +1 415 576 3000
5 | Facsimile:  +1 415 576 3099

6 | W. Barton Rankin (*Admitted Pro Hac Vice*)
     w.rankin@bakermckenzie.com
7 | **BAKER & McKENZIE LLP**
    2300 Trammell Crow Center
8 | 2001 Ross Avenue
    Dallas, Texas 75201
9 | Telephone:  +1 214 978 3000
    Facsimile:  +1 214 978 3099

Attorneys for Defendant
Lilith Games (Shanghai) Co. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Blizzard Entertainment, Inc., and Valve Corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>Lilith Games (Shanghai) Co. Ltd., uCool, Inc., and uCool Ltd.,<br><br>  Defendants. | Case No. 3:15-cv-04084-CRB-JSC<br><br>**DECLARATION OF W. BARTON RANKIN IN SUPPORT OF LILITH GAMES (SHANGHAI) CO. LTD.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Date:    February 2, 2018<br>Time:   10:00 a.m.<br>Crtrm:  6, 17th Floor<br>Before:  The Hon. Charles R. Breyer |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

876342-v1\DALDMS

CASE NO. 3:15-cv-04084-CRB-JSC
Declaration of W. Barton Rankin

1. My name is Weldon Barton Rankin, and I am over the age of twenty-one (21) years, of sound mind, and am counsel of record for Defendant, Lilith Games (Shanghai) Co. Ltd ("Lilith"). I am currently employed as a Partner with the law firm of Baker & McKenzie LLP, and in that role, I have been personally involved in drafting, filing, and serving pleadings and discovery responses in this matter, as well as communicating directly with Plaintiffs' counsel.  As a result, I have personal knowledge of the statements set forth in this declaration.

2. On May 24, 2017, Plaintiffs served its first set of interrogatories and second requests for production on Lilith.  Subject to its objections, Lilith responded to Plaintiffs' discovery requests with respect to Lilith's game Dot Arena.  In those responses, Lilith disclosed that Dot Arena was developed in China, maintained on servers located outside the U.S., and released for users in Southeast Asia.  (*See* Lilith's Objections and Responses to Plaintiffs First Set of Interrogs, Interrogs. 5-17, at 3, a true and correct copy of which is submitted as Ex. A to this declaration.)  Further, Lilith disclosed that only a limited number of users had actually accessed and played Dot Arena from a U.S. IP address, and that the total revenues generated from that use equaled approximately $10,222.29 USD.  (*Id.*)  Because of the lack of revenue being generated by Dot Arena, as of approximately August 7, 2017, it was no longer available for new users to download.  (*See* Lilith's Objections and Responses to Plaintiffs First Set of Interrogs., Interrogs. 1-4, at 3, a true and correct copy of which is submitted as Ex. B to this declaration.)

3. I personally obtained the following screen shots of Soul Hunters, Dota 2, and World of Warcraft III from https://www.youtube.com/watch?v=HtO9JSwWwU0, http://www.dota2.com/play/, and https://en.wikipedia.org/wiki/Warcraft_III:_Reign_of_Chaos, respectively:

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 1 415 576 3000

1

CASE NO. 3:15-cv-04084-CRB-JSC
Declaration of W. Barton Rankin

## SOUL HUNTERS



## DOTA 2



## WORLD OF WARCRAFT III



Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

2

CASE NO. 3:15-cv-04084-CRB-JSC
Declaration of W. Barton Rankin

4. As referenced in Lilith's Motion to Dismiss Plaintiffs Second Amended Complaint filed contemporaneously with this declaration, I have submitted as Exhibits C to this declaration Lilith's further analysis of the remaining images from Exhibit A to Plaintiffs' Second Amended Complaint as those images relate to Lilith's game Soul Hunters.  Further, as also referenced in Lilith's Motion to Dismiss Plaintiffs Second Amended Complaint filed contemporaneously with this declaration, I have submitted as Exhibits D to this declaration Lilith's further analysis of the remaining images from Exhibit B to Plaintiffs' Second Amended Complaint as those images relate to Lilith's game Soul Hunters.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  November 17, 2017

W. Barton Rankin
Attorney for Lilith Games (Shanghai) Co. Ltd.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 1 415 576 3000