UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Blizzard Entertainment, Inc., and Valve Corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>Lilith Games (Shanghai) Co. Ltd., uCool, Inc., and uCool Ltd.,<br><br>    Defendants. | **Case No. 3:15-cv-04084-CRB**<br><br>**[PROPOSED] ORDER GRANTING MOTION BY DEFENDANT LILITH GAMES (SHANGHAI) CO. LTD. TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date:    February 2, 2018<br>Time:   10:00 a.m.<br>Crtrm:  6, 17th Floor<br>Before: The Hon. Charles R. Breyer |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No. 3:15-cv-04084-CRB
[PROPOSED] ORDER GRANTING MOTION BY DEF LILITH TO DISMISS SECOND AMENDED COMPLAINT; MEMO IN SUPPORT
876354-v1\DALDMS

1  Defendant Lilith Games (Shanghai) Co. Ltd.'s ("Lilith's") Motion to Dismiss Plaintiff's
2  Second Amended Complaint was regularly set for hearing at the date, time, and place set forth
3  above. The parties having appeared by their respective counsel of record and the Court having
4  considered the papers filed in support of and in opposition to the motion, ORDERS AS FOLLOWS:
5  Defendant Lilith's Motion to Dismiss Plaintiff's Second Amended Complaint is hereby
6  GRANTED without leave to amend as to Defendant Lilith.
7  IT IS SO ORDERED.

Dated:_____

_____
The Honorable Charles R. Breyer
United States District Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No. 3:15-cv-04084-CRB
[PROPOSED] ORDER GRANTING MOTION BY DEF LILITH TO DISMISS SECOND AMENDED COMPLAINT; MEMO IN SUPPORT