# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> LILITH GAMES (SHANGHAI) CO. LTD., et al., <br><br> Defendants. | Case No. 15-cv-04084-CRB (JSC) <br><br> **ORDER REGARDING LOCATION OF 30(B)(6) DEPOSITION** |

Now pending before the Court is the parties' joint letter brief regarding whether Plaintiffs' deposition of defendant Lilith's 30(b)(6) representative shall take place in California or Hong Kong. After carefully considering the parties' submission and exhibits, the Court rules that the deposition shall take place in Hong Kong. Plaintiffs noticed seven depositions to take place in Hong Kong; thus, their insistence that holding the 30(b)(6) deposition in Hong Kong would be unduly burdensome rings hollow. The time for Plaintiffs to research the burden and expense of taking depositions in Hong Kong was before they noticed depositions in Hong Kong, not after.

This Order disposes of Docket No. 287.

**IT IS SO ORDERED.**

Dated: June 5, 2018

JACQUELINE SCOTT CORLEY
United States Magistrate Judge