KARIN G. PAGNANELLI (SBN 174763), kgp@msk.com
MARC E. MAYER (SBN 190969), mem@msk.com
EMILY F. EVITT (SBN 261491), efe@msk.com
MARK C. HUMPHREY (SBN 291718), mxh@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000; Facsimile: (310) 312-3100
Attorneys for Plaintiffs Blizzard
Entertainment, Inc. and Valve Corporation

CLAUDE M. STERN (SBN 96737)
claudestern@quinnemanuel.com
EVETTE D. PENNYPACKER (SBN 203515)
evettepennypacker@quinnemanuel.com
MARK TUNG (SBN 245782)
marktung@quinnemanuel.com
MICHAEL F. LAFOND (SBN 303131)
michaellafond@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000; Facsimile: (650) 801-5100
Attorneys for Defendants uCool, Inc. and David Guo

CHERYL A. CAULEY (SBN 252262)
ccauley@taylorpatchen.com
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: (415) 788-8200; Facsimile: (415) 788-8208
Attorneys for Defendants
Huwa, Inc. and Huwa IP Holding Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| Blizzard Entertainment, Inc., and Valve Corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Lilith Games (Shanghai) Co. Ltd., uCool, Inc., and uCool Ltd., Huwa, Inc., Huwa IP Holding Ltd., and Guo Yao Qi (郭耀琦), a/k/a David Guo,<br><br>　　　　Defendants. | CASE NO. 3:15-cv-04084-CRB<br><br>The Honorable Charles R. Breyer<br><br>[PROPOSED] ORDER DISMISSING:<br>(1) PLAINTIFFS' CLAIMS AGAINST DEFENDANTS UCOOL, INC., DAVID GUO, HUWA, INC. AND HUWA IP HOLDING LTD., AND<br>(2) UCOOL'S COUNTERCLAIMS AGAINST BLIZZARD ENTERTAINMENT, INC., AND VALVE CORPORATION<br>[FRCP 41(a)(2)] |

CASE NO. 3:15-cv-04084-CRB
[PROPOSED] ORDER OF DISMISSAL

B084595.1

1 | uCool, Inc.,
2 |         Counterclaimant,
3 |    v.
4 | Blizzard Entertainment, Inc. and Valve Corporation,
5 |         Counterclaim Defendants.

1   Pursuant to Federal Rule of Civil Procedure FRCP 41(a)(2), the Court hereby DISMISSES
2   <u>with prejudice</u>: (1) Plaintiffs Blizzard Entertainment, Inc. and Valve Corporation's claims against
3   Defendants uCool, Inc., Guo Yao Qi (郭耀琦), a/k/a David Guo, Huwa, Inc. and Huwa IP
4   Holding Ltd., and (2) uCool, Inc.'s Counterclaims against Blizzard Entertainment, Inc., and Valve
5   Corporation.

7   Each party is to bear its own attorneys', experts' and other consultants' fees and all other
8   costs.

10  DATED: July 2, 2018

    Honorable Charles R. Breyer
    United States District Judge